United States Bankruptcy Court
Southern District of Texas
FILED

NOV 0 4 2009

Clerk of Court

UNITED STATES BANKRUPTCY COURT       SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| | Houston | | 09-38044 |
|---|---|---|---|
| | In Re: | Express Energy Services Operating, L.P., et al. | |

This lawyer, who is admitted to the State Bar of _____ New York _____ :

Joon P. Hong
Richards Kibbe & Orbe LLP
One World Financial Center
New York, New York 10281
(212) 530-1800 (telephone)
New York Bar Reg. No. 2501831

Seeks to appear as the attorney for this party:

Orix Finance Corp.

Dated: November 3, 2009      Signed: _____

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

Dated: 11/4/09      Signed: _____
                                Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____      _____
                       United States Bankruptcy Judge

# Attorney Directory - Attorney Search

# New York State Unified Court System

## COURTS

Welcome

Attorney Search

Resources

Attorney Registration

E-Courts

Contact Us

## Attorney Search

**Required Fields:**

To search you must enter at least the first character of the Attorney's first name OR the first character of the Attorney's middle name AND the first character of the last name. To narrow your search enter the Attorney's full name.

First Name: Joon

Middle Name: P

Last Name: Hong

**Sort by:**
- ◯ City
- ⦿ Last Name
- ◯ State

◯ Registration Number
◯ Registration Status
◯ Year Admitted

**Search Results: 1 Returned**

| Attorney Name (Click name for details) | Registration Number | City | State | Year Admitted | Registration Status |
|---|---|---|---|---|---|
| 1 | JOON P. HONG | 2501831 | New York | NY | 1992 | Currently registered |

COURTS
LITIGANTS
ATTORNEYS
JURORS
JUDGES
CAREERS
SEARCH