IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| | § | |
| In re | § | Chapter 11 |
| | § | |
| **EXPRESS ENERGY SERVICES** | § | |
| **OPERATING, LP,** *et al.*, | § | Case No. 09-38044 |
| | § | |
| | § | |
| Debtors. | § | |
| | § | |
| | § | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Patrick M. Leathem, Esq., being duly sworn, depose and state:

1.   I am a Bankruptcy Consultant with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.   On November 12, 2009, at the direction of Weil, Gotshal & Manges LLP, proposed counsel for the Debtors, I caused a true and correct copy of the following document to be served by e-mail on the parties identified on Exhibit "A" annexed hereto (Master Service List and Notice of Appearance Parties), by facsimile on the parties identified on Exhibit "B" annexed hereto (Master Service List and Notice of Appearance Parties with failed or unavailable e-mail addresses), and by first class mail on the parties identified on Exhibit "C" annexed hereto (Master Service List and Notice of Appearance Parties with failed or unavailable facsimile numbers):

- **Notice of Filing of (I) the Debtor-In-Possession Credit Agreement, and (II) Proposed Final Order Granting the DIP Motion** [Docket No. 93].

3. On November 13, 2009, I caused an additional true and correct copy of the following document to be served by overnight delivery on the party identified on Exhibit "D" annexed hereto, which had previously been served via its counsel listed on Exhibit "A":

- **Notice of Filing of (I) the Debtor-In-Possession Credit Agreement, and (II) Proposed Final Order Granting the DIP Motion.**

      /s/ Patrick M. Leathem
      Patrick M. Leathem, Esq.

Sworn to before me this
16th day of November, 2009

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in New York County
My Commission Expires May 19, 2012

# EXHIBIT A

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATT: C.GIBBS, C.KETTER & E.SEITZ<br>ATTY FOR CREDIT SUISSE<br>1700 PACIFIC AVENUE, SUITE 4100<br>DALLAS, TX  75201<br>cgibbs@akingump.com ; cketter@akingump.com ; eseitz@akingump.com | AKIN GUMP STRAUSS HAUER FELD LLP<br>J. MICHAEL CHAMBERS<br>1111 LOUISIANA ST FL 44<br>HOUSTON, TX  77002-5248<br>mchambers@akingump.com |
| BRACEWELL & GIULIANI LLP<br>ATTN:  PHILLIP D. SHARP<br>711 LOUISIANA ST., STE. 2300<br>HOUSTON, TX  77002<br>phillip.sharp@bgllp.com | BRACEWELL & GIULIANI LLP<br>ATT: WILLIAM WOOD & CHRIS TILLMANNS<br>ATTY FOR DARRELL BREWER<br>711 LOUISIANA, SUITE 2300<br>HOUSTON, TX  77002<br>Trey.Wood@bgllp.com; Chris.Tillmanns@bgllp.com |
| CHAFFEE MCCALL, L.L.P.<br>ATT: KEVIN WALTERS & PRISIDHA GOVENDER<br>ATTY FOR GENERAL ELECTRIC CAPITAL CORP.<br>815 WALKER STREET, SUITE 953<br>HOUSTON, TX  77002<br>walters@chaffe.com; govender@chaffe.com | EXPRESS ENERGY SERVICES OPERATING, LP<br>ATTN:  JAMES DAVIS<br>PHOENIX TOWER<br>3200 SOUTHWEST FREEWAY, SUITE 2000<br>HOUSTON, TX  77027<br>jdavis@eeslp.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATT: DIANE W. SANDERS<br>TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>P.O. BOX 17428<br>AUSTIN, TX  78760<br>austin.bankruptcy@publicans.com | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATT: ELIZABETH WELLER<br>ATTY FOR TARRANT COUNTY & NORTHWEST ISD<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX  75201<br>dallas.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATT: DAVID G. AELVOET<br>ATTY FOR ECTOR CAD<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX  78205<br>sanantonio.bankruptcy@publicans.com | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: HECTOR DURAN<br>REGION 7<br>515 RUSK ST STE 3516<br>HOUSTON, TX  77002-2604<br>hector.duran.jr@usdoj.gov |
| PA ENVIRONMENTAL PROTECTION AGENCY<br>RACHEL CARSON STATE OFFICE BUILDING<br>400 MARKET STREET<br>HARRISBURG, PA  17101<br>RA-epcontactus@state.pa.us | PERDUE, BRANDON, FIELDER, COLLINS & MOTT<br>ATT: ELIZABETH BANDA<br>ATTY FOR JOHNSON COUNTY<br>P.O. BOX 13430<br>ARLINGTON, TX  76094<br>ebanda@pbfcm.com |
| RICHARDS KIBBE & ORBE LLP<br>ATT: JOON HONG; NICHOLAS WHITNEY<br>ATTY FOR ORIX FINANCE CORP.<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY  10281<br>nwhitney@rkollp.com | RICHARDS KIBBE & ORBE LLP<br>ATTN:  NICHOLAS WHITNEY, DOUGLAS PLANTE<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY  10281-1003<br>nwhitney@rkollp.com; dplante@rkollp.com |
| ROGERS/DAVIS/HRACH, L.L.P.<br>ATT: BRIAN W. ROGERS, ESQ.<br>ATTY FOR SOUTHERN FIELD MAINTENANCE<br>121 E. CONSTITUTION<br>VICTORIA, TX  77901<br>brogers@rogersdavis.com | SCOTT STEVENS<br>C/O WACHOVIA CAPITAL PARTNERS<br>301 S. COLLEGE ST.<br>12TH FLOOR NC0732<br>CHARLOTTE, NC  28228<br>scott.stevens@wachovia.com |
| SECURITIES AND EXCHANGE COMMISSION<br>ROSE L. ROMERO, REGIONAL DIRECTOR<br>BURNETT PLAZA, SUITE 1900<br>801 CHERRY STREET, UNIT 18<br>FORT WORTH, TX  76102<br>dfw@sec.gov | SNOW FOGEL SPENCE LLP<br>ATTN: PHIL F. SNOW & KENNETH P. GREEN<br>ATTY FOR BAKER HUGHES OILFIELD OPR. INC.<br>2929 ALLEN PARKWAY, SUITE 4100<br>HOUSTON, TX  77019<br>kennethgreen@snowfogel.com |
| SULLINS, JOHNSTON, ROHRBACH & MAGERS<br>ATTN:  MICHAEL HALE JOHNSTON<br>2200 PHOENIX TOWER<br>3200 SOUTHWEST FREEWAY<br>HOUSTON, TX  77027<br>mjohnston@sjrm.com | TEXAS WORKFORCE COMMISSION<br>PAUL N. JONES, GENERAL COUNSEL<br>101 E 15TH ST<br>AUSTIN, TX  78778-0001<br>paul.jones@twc.state.tx.us |

| | |
|---|---|
| THE GARDEN CITY GROUP, INC.<br>ATTN:  EAMON MASON<br>105 MAXESS ROAD<br>MELVILLE, NY  11747<br>EESTeam@gardencitygroup.com | THE GARDEN CITY GROUP, INC.<br>ATTN:  PATRICK M. LEATHEM<br>105 MAXESS ROAD<br>MELVILLE, NY  11747<br>Patrick.Leathem@gardencitygroup.com |
| US ATTORNEY GENERAL (LOUISIANA)<br>JIM LETTEN<br>500 POYDRAS STREET<br>ROOM B210<br>NEW ORLEANS, LA  70130<br>usalae.mailbox@usdoj.gov | US ATTORNEY GENERAL (PENNSYLVANIA)<br>MICHAEL L. LEVY<br>615 CHESTNUT STREET, STE. 1250<br>PHILADELPHIA, PA  19106<br>Patricia.Hartman@usdoj.gov |
| US ATTORNEY GENERAL (WASHINGTON DC)<br>CHANNING D. PHILLIPS<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC  20530-0001<br>dc.outreach@usdoj.gov | WEIL GOTSHAL & MANGES LLP<br>ATTN: ALFREDO R. PEREZ<br>700 LOUISIANA ST STE 1600<br>HOUSTON, TX  77002-2755<br>alfredo.perez@weil.com |
| WEIL GOTSHAL & MANGES LLP<br>ATTN: CHRIS LOPEZ<br>700 LOUISIANA ST STE 1600<br>HOUSTON, TX  77002-2755<br>chris.lopez@weil.com | WINSTEAD PC<br>ATT: JOSEPH G. EPSTEIN, ATTY FOR ORIX<br>1100 JP MORGAN CHASE TOWER<br>600 TRAVIS STREET<br>HOUSTON, TX  77002<br>jepstein@winstead.com |
| WINSTEAD PC<br>ATT: M. MASSAD JR. & "ERIK" WEITING HSU<br>ATTY FOR ENCANA OIL & GAS (USA) INC.<br>1201 ELM STREET, SUITE 5400<br>DALLAS, TX  75270<br>mmassad@winstead.com ; whsu@winstead.com | |

# EXHIBIT B

| | |
|---|---|
| ALVAREZ & MARSAL NORTH AMERICA, LLC<br>ATTN: TODD MATHERNE & DEAN E. SWICK<br>700 LOUISIANA STREET<br>SUITE 900<br>HOUSTON, TX 77002<br>FAX: 713-547-3697 | ARKANSAS EMPLOYMENT SECURITY DEPT<br>PO BOX 8007<br>LITTLE ROCK, AR 72203-8007<br>FAX: 866-329-7284 |
| ASSURANCE FIRE, SAFETY & TRAINI<br>ATTN: NATALIE HODGE<br>2239 SOUTH MAIN AVE.<br>LOVINGTON, NM 88260<br>FAX: 575-396-9700 | BOURQUE SALES & SERVICE INC.<br>ATTN: NATALIE MHIRE<br>114 ROW 3<br>LAFAYETTE, LA 70505<br>FAX: 337-232-6982 |
| CIRCLE MONOGRAMS & UNIFORMS<br>ATTN: ANN CHAPMAN<br>1799 ENTERPRISE<br>ATHENS, TX 75751<br>FAX: 903-675-4050 | COWSER TIRE & SERVICE<br>ATTN: JAN DAVIS<br>1700 NE LOOP 820<br>FT. WORTH, TX 76106<br>FAX: 817-546-2038 |
| DEVLIN, NAYLOR & TURBYFILL, PLLC.<br>ATT: R.C. NAYLOT & K.B. DAVIS<br>ATTY FOR FORD MOTOR CREDIT COMPANY LLC<br>4801 WOODWAY, SUITE 420 WEST<br>HOUSTON, TX 77056<br>FAX: 713-622-4586 | DIESEL TECH OF LOUISIANA LLC<br>ATTN: LIZ BONZILLAN<br>102 CLENDENNING ROAD<br>HOUMA, LA 70363<br>FAX: 985-868-9978 |
| DOWN HOLE PRESSURE, INC.<br>ATTN: RICHARD REAUX<br>408 EOLA ROAD<br>BROUSSARD, LA 70518<br>FAX: 337-837-2756 | DOWNHOLE SOLUTIONS INC.<br>ATTN: W. C. JONES<br>5704 EAST ADMIRAL BLVD.<br>TULSA, OK 74115<br>FAX: 918-835-4475 |
| FEDERAL EXPRESS<br>ATTN: LELINDA COX<br>3965 AIRWAYS BLVD.<br>MODULE G, 3RD FLOOR<br>MEMPHIS, TN 38116<br>FAX: 901-434-9270 | FIRST BANKCARD<br>ATTN: CHRISTINE KLEMENT<br>1620 DODGE STREET<br>OMAHA, NE 68197<br>FAX: 402-938-5242 |
| GLOVER'S TRUCK PARTS & EQUIPMENT<br>ATTN: APRIL HARRELL<br>1200 BAUCUM INDUSTRIAL DR.<br>NORTH LITTLE ROCK, AR 72117<br>FAX: 501-945-1196 | HOLIDAY INN SELECT<br>ATTN: JOHN COLEMAN<br>2712 SOUTHWEST FREEWAY<br>HOUSTON, TX 77098<br>FAX: 713-577-1273 |
| JOHNSON FORD LINCOLN MERCURY<br>ATTN: JENNIFER MCKINNEY<br>405 INDUSTRIAL DRIVE<br>MINDEN, LA 71055<br>FAX: 318-377-4254 | KNAPP CHEVROLET<br>ATTN: BOB FLANDERS<br>815 HOUSTON AVE.<br>HOUSTON, TX 77007<br>FAX: 713-331-3057 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATT: JOHN P. DILLMAN<br>ATTY FOR WHARTON, JACKSON &HARRIS COUNTY<br>POST OFFICE BOX 3064<br>HOUSTON, TX 77253<br>FAX: 713-844-3503 | LOUISIANA DEPT OF EVIRONMENTAL QUALITY<br>OFFICE OF ENVIRONMENTAL SERVICES<br>P.O. BOX 4313<br>BATON ROUGE, LA 70821-4313<br>FAX: 225-219-3156 |
| LOUISIANA UNEMPLOYMENT INSURANCE FUND<br>OFFICE OF UNEMPLOYMENT INSURANCE ADMIN.<br>UNEMPLOYMENT CLAIMS UNIT<br>P.O. BOX 94094, ROOM 386<br>BATON ROUGE, LA 70804-9096<br>FAX: 225-342-5822 | MACQUARIE ENERGY HOLDINGS LLC<br>C/O SIDLEY AUSTIN LLP<br>ATTN : JAMES P. SEERY, JR.<br>787 SEVENTH AVE.<br>NEW YORK, NY 10019<br>FAX: 212-839-5599 |

| | |
|---|---|
| OFFICE OF THE U.S. ATTORNEY (D.N.J.)<br>ATTN: RALPH J. MARRA, JR., USA<br>PETER RODINO FEDERAL BUILDING<br>970 BROAD STREET, SUITE 700<br>NEWARK, NJ  07102<br>FAX: 973-645-2702 | OFFICE OF THE U.S. ATTORNEY (E.D. LA.)<br>ATTN: JIM LETTEN, USA<br>500 POYDRAS STREET<br>ROOM B210<br>NEW ORLEANS, LA  70130<br>FAX: 504-589-3594 |
| OFFICE OF THE U.S. ATTORNEY (N.D. ILL.)<br>ATTN: PATRICK FITZGERALD, USA<br>219 S. DEARBORN STREET<br>FIFTH FLOOR<br>CHICAGO, IL  60604<br>FAX: 312-353-2067 | OFFICE OF THE U.S. ATTORNEY (TX)<br>ATTN: TIM JOHNSON<br>PO BOX 61129<br>HOUSTON, TX  77208-1129<br>FAX: 713-718-3300 |
| OFFICE OF THE U.S. ATTORNEY (W.D. ARK.)<br>ATTN: DEBORAH J. GROOM, USA<br>414 PARKER AVE<br>FORT SMITH, AR  72901-1902<br>FAX: 479-785-2442 | OFFICE OF THE U.S. ATTORNEY (W.D. WIS.)<br>ATTN: STEVE SINNOT, USA<br>PO BOX 1585<br>MADISON, WI  53701-1585<br>FAX: 608-264-5172 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>SUITE 204A<br>110 N 8TH STREET<br>PHILADELPHIA, PA  19107-2412<br>FAX: 215-965-3170 | PENNSYLVANIA UNEMPLOYMENT INSURANCE FUND<br>STATE WORKERS' INSURANCE FUND<br>444 NORTH 3RD STREET, 6TH FLOOR<br>PHILADELPHIA, PA  19123-4186<br>FAX: 215-560-2951 |
| PROFESSIONAL SAFETY ASSOCIATES<br>ATTN:  PETER DOTTOLO<br>2209 N. PADRE ISLAND DR.<br>CORPUS CHRISTI, TX  78408<br>FAX: 361-241-5238 | RED LINE INSTRUMENTS, INC.<br>ATTN:  JAMES JOHNSON<br>1139 FLTECHER ROAD<br>SULPHUR, OK  73086<br>FAX: 580-622-4785 |
| ROBERTS TRUCK CENTER<br>ATTN:  MICHELLE GANN<br>621 INTERSTATE DRIVE<br>ARDMORE, OK  73401<br>FAX: 580-223-6062 | SECURITIES AND EXCHANGE COMMISSION<br>ATTN: JAMES A. CLARKSON, REGIONAL DIRECT<br>3 WORLD FINANCIAL CENTER<br>SUITE 400<br>NEW YORK, NY  10281-1022<br>FAX: 212-336-1323 |
| SECURITIES AND EXCHANGE COMMISSION<br>ATTN: DAVID M. BECKER, GEN. COUNSEL<br>100 F ST NE<br>WASHINGTON, DC  20549-2000<br>FAX: 202-772-9263 | SUMMIT OILFIELD SERVICES INC.<br>ATTN:  BRAD DICK<br>211 CORPORATE DRIVE<br>SIBLEY, LA  71073<br>FAX: 318-686-0774 |
| SWANBERG TEXAS, INC<br>ATTN:  LETTY BITNER<br>500 DENNIS STREET<br>WEATHERFORD, TX  76087<br>FAX: 817-565-1215 | TEXAS COMMISSION ON ENVIRONMENTAL QUALIT<br>MARK R. VICKERY, P.G.<br>MC 109 - TCEQ<br>PO BOX 31087<br>AUSTIN, TX  78711-3087<br>FAX: 512-239-3939 |
| TEXAS SECRETARY OF STATE<br>ATTN: HOPE ANDRADE<br>PO BOX 12887<br>AUSTIN, TX  78711-2887<br>FAX: 512-475-2815 | TEXAS WORKFORCE COMMISSION<br>ATTN: TAX DEPARTMENT<br>101 E 15TH ST<br>AUSTIN, TX  78778-1442<br>FAX: 512-463-4046 |
| THE LAW OFFICES OF T.H. KELLEY, P.C.<br>ATT: TERI H. KELLEY, ESQ.<br>ATTY FOR JOHN DEERE CONSTRUCTION<br>6750 WEST LOOP S., STE 920<br>BELLAIRE, TX  77401<br>FAX: 832-485-3517 | U.S. DEPARTMENT OF JUSTICE<br>ATTN: ELLEN SLIGHTS<br>1007 ORANGE STREET<br>SUITE 700<br>WILMINGTON, DE  19899<br>FAX: 302-573-6220 |

| | |
|---|---|
| US ATTORNEY - SOUTHERN DISTRICT<br>TIM JOHNSON<br>PO BOX 61129<br>HOUSTON, TX  77208-1129<br>FAX: 713-718-3300 | VAREL INTERNATIONAL<br>ATTN:  JONAS PERCOLARI<br>1434 PATTON PLACE #106<br>CARROLLTON, TX  75007<br>FAX: 972-242-8770 |
| FAX: | FAX: |
| FAX: | FAX: |
| FAX: | FAX: |
| FAX: | FAX: |
| FAX: | FAX: |
| FAX: | FAX: |
| FAX: | FAX: |
| FAX: | FAX: |

# EXHIBIT C

| | |
|---|---|
| B&B SAFETY SERVICES, LLC<br>ATTN:  CAPRICE GARRETT<br>101 TURKEY CREEK TRAIL<br>BRIDGEPORT, TX  76426 | BAKER HUGHES INCORPORATED<br>C/O SNOW FOGEL SPENCE LLP<br>ATTN: CHRISTOPHER J. RYAN<br>2929 ALLEN PARKWAY, SUITE 2300<br>HOUSTON, TX  77019 |
| CREDIT SUISSE<br>AS ADMINISTRATIVE AGENT FOR SECURED CRED<br>ATTN: AGENCY GROUP<br>ONE MADISON AVE.<br>NEW YORK, NY  10010 | FASTENAL COMPANY<br>ACCOUNTS RECEIVABLE DEPT.<br>2001 THEURER BLVD.<br>WINONA, MN  55987 |
| G&B WORKS<br>ATTN:  WILLIAM BROWN<br>110 ROLLING HILLS LOOP<br>COUSHATTA, LA  71019 | GCR VICTORIA TIRE CENTER<br>ATTN:  THERESA TERENIO<br>4202 HIGHWAY 59 NORTH<br>VICTORIA, TX  77901 |
| HIJET BIT LLC<br>ATTN:  TIM VAUGHY<br>193 FAIRVIEW COURT<br>DECATUR, TX  76234 | HOLLOWAY DRILLING<br>ATTN:  DANIELLE BODIN<br>204 RUE NAPOLEON<br>BROUSSARD, LA  70518 |
| HOWARD JOHNSON INN<br>ATTN:  KEN MASTERS<br>12450 SOUTH FREEWAY<br>BURLESON, TX  76028 | INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>AUSTIN, TX  73301-0014 |
| INTERNAL REVENUE SERVICE<br>ATTN: INSOLVENCY SECTION<br>PO BOX 21126<br>PHILADELPHIA, PA  19114-0326 | INTERNAL REVENUE SERVICE<br>ATTN: LEGAL DEPARTMENT<br>844 KING STREET<br>WILMINGTON, DE  19801 |
| LADD EQUIPMENT INC.<br>ATTN:  DALE REID<br>1304 SE 25TH STREET<br>OKLAHOMA CITY, OK  73129 | LOUISIANA DEPT OF TAXATION AND FINANCE<br>PO BOX 201<br>BATON ROUGE, LA  70821 |
| MALLARD OILFIELD EQUIPMENT, INC<br>ATTN:  JERRY MOSLEY<br>125 NO. SUNNYLANE RD.<br>MOORE, OK  73153 | MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>ATT: MICHAEL REED<br>ATTY FOR COUNTY OF BRAZOS<br>P.O. BOX 1269<br>ROUND ROCK, TX  78680 |
| MCNEW FABRICATION & WELDING<br>ATTN:  TERRI HIGGS<br>6 SNOWDEN CIRCLE<br>GREENBRIER, AR  72058 | OFFICE OF THE ATTORNEY GENERAL<br>GREG ABBOTT<br>300 W 15TH ST<br>AUSTIN, TX  78701-1649 |
| PENNSYLVANIA SLING COMPANY<br>ATTN:  BOB NEGHERBON<br>6951 ALLENTOWN BLVD.<br>HARRISBURG, PA  17112 | PRO-FAB EQUIPMENT L.P.<br>ATTN:  BRANDY CLARK<br>705 W. KENNEDALE PARKEAY<br>KENNEDALE, TX  76060 |

| | |
|---|---|
| RDI FLUID SERVICE LLC<br>ATTN:  CHARLENE APPLEBY<br>2040 N. HIGHWAY 287<br>ALICE, TX  78332 | RENTAL & FISHING TOOLS INC<br>ATTN:  JIM JONES<br>608 GARBER ROAD<br>BROUSSARD, LA  70518 |
| SECRETARY OF STATE OFFICE<br>HOPE ANDRADE<br>PO BOX 12887<br>AUSTIN, TX  78711-2887 | SECURITIES AND EXCHANGE COMMISSION<br>ATTN: DANIEL M. HAWKE, REGIONAL DIRECTOR<br>THE MELLON INDEPENDENCE CENTER<br>701 MARKET STREET<br>PHILADELPHIA, PA  19106-1532 |
| SECURITIES AND EXCHANGE COMMISSION<br>ATTN: LEGAL DEPARTMENT<br>15TH & PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC  20020 | SHIPLEY MOTOR EQUIPMENT CO.<br>ATTN:  MELISSA IMMEL<br>324 SOUTH BLOOMINGTON<br>LOWELL, AR  72745 |
| STEIGHNER CRANE SERVICES<br>ATTN:  JOHN STEIGHNER<br>136 VERNDALE DRIVE<br>BUTLER, PA  16002 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>ATTN: SUSAN COMBS<br>111 E 17TH ST<br>PO BOX 13528, CAPITAL STATION<br>AUSTIN, TX  78711-1440 |
| TEXAS STATE TAX DEPT<br>SUSAN COMBS<br>111 E 17TH ST<br>AUSTIN, TX  78711-1440 | U.S. ENVIRONMENTAL PROTECTION AGENCY<br>OFFICE OF GENERAL COUNSEL<br>ARIEL RIOS BUILDING, RM 4000, MAIL 2310A<br>1200 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC  20460 |
| VERSATILE ENERGY SERVICES CORP.<br>ATTN:  KENT STOREMOEN<br>201 N. 15TH STREET #1800<br>FARGO, ND  58108 | |

# EXHIBIT D

ORIX FINANCE CORP.
ATTN: THEODORE THORP
1717 MAIN STREET
SUITE 1100
DALLAS TX 75201