IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re | § | Chapter 11 |
|  | § |  |
| EXPRESS ENERGY SERVICES | § |  |
| OPERATING, LP, *et al.*, | § | Case No. 09-38044 |
|  | § |  |
|  | § |  |
| Reorganized Debtors. | § | Jointly Administered |
|  | § |  |

**SUMMARY OF FIRST AND FINAL APPLICATION OF WEIL, GOTSHAL & MANGES LLP, AS ATTORNEYS FOR THE DEBTORS, FOR FINAL ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM OCTOBER 27, 2009 THROUGH DECEMBER 7, 2009**

| | |
|---|---|
| Name of Applicant: | Weil, Gotshal & Manges LLP |
| Applicant's role in case: | Attorneys for Debtors and Debtors in Possession |
| Date Order of Appointment signed: | November 17, 2009 |
| Amount of retainer received prior to filing of petition: | $123,520.27 |
| Any amount received after filing of petition: | $0 |

| | Beginning of Period | End of Period |
|---|---|---|
| Time period covered by this Application: | October 27, 2009 | December 7, 2009 |
| Time period(s) covered by prior Applications: | N/A | N/A |
| Total amounts awarded in all prior Applications: | N/A | |
| Total fees requested in this Application and in all prior Applications: | $490,114.50 | |
| Total fees requested in this Application: | $490,114.50 | |
| Total professional fees requested in this Application: | $449,552.50 | |
| Total actual professional hours covered by this Application: | 760.3 | |
| Approximate average hourly rate for professionals: | $591.28 | |
| Total paraprofessional fees requested in this Application: | $40,562.00 | |
| Total actual paraprofessional hours covered by this Application: | 213.8 | |
| Average hourly rate for paraprofessionals: | $189.75 | |
| Reimbursable expenses sought in this Application: | $28,444.11 | |

| | |
|---|---|
| Total of payments already paid to administrative claimants (other than applicant): | $0[1] |
| Estimated total to be paid to general unsecured creditors: | $400,000 |
| Estimated percentage dividend to unsecured creditors: | 5% - 16%[2] |
| Date that plan was confirmed: | December 7, 2009 |

[1]      This amount does not include amounts paid to The Garden City Group, Inc. ("**GCG**"), the Debtors' claims and notice agent.  Pursuant to this Court's order dated October 29, 2009, the Debtors are authorized to pay GCG in the ordinary course of business without the necessity of GCG filing fee applications with this Court.  *See* Docket No. 36, ¶ 6.

[2]      This estimated percentage dividend to unsecured creditors is based on certain assumptions provided in the Disclosure Statement for the Debtors' Joint Plan Under Chapter 11 of the Bankruptcy Code (Docket No. 18, "**Disclosure Statement**") and, accordingly, is qualified in its entirety by the assumptions contained therein.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| In re | § | **Chapter 11** |
| | § | |
| **EXPRESS ENERGY SERVICES** | § | |
| **OPERATING, LP**, *et al.*, | § | **Case No. 09-38044** |
| | § | |
| Reorganized Debtors. | § | |
| | § | **Jointly Administered** |

**FIRST AND FINAL APPLICATION OF WEIL, GOTSHAL & MANGES LLP,
AS ATTORNEYS FOR THE DEBTORS, FOR FINAL ALLOWANCE OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES
<u>INCURRED FROM OCTOBER 27, 2009 THROUGH DECEMBER 7, 2009</u>**

**IF YOU OPPOSE THIS APPLICATION YOU SHOULD IMMEDIATELY CONTACT
THE APPLICANT TO RESOLVE THE DISPUTE.  IF YOU AND THE APPLICANT
CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE
APPLICANT.  YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN TWENTY
DAYS OF THE DATE OF THIS APPLICATION WAS SERVED ON YOU.  YOUR
RESPONSE MUST STATE WHY THE APPLICATION SHOULD NOT BE GRANTED.
IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED
WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE APPLICATION
AND HAVE NOT REACHED AN AGREEMENT WITH THE APPLICANT, YOU MUST
ATTEND A HEARING ON THIS APPLICATION.  UNLESS THE PARTIES AGREE
OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THAT HEARING AND
MAY DECIDE THIS APPLICATION AT THAT HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS**

TO THE HONORABLE JEFF BOHM,
UNITED STATES BANKRUPTCY JUDGE:

Weil, Gotshal & Manges LLP ("**WG&M**"), the attorneys for Express Energy

Services Operating, LP ("**EES**") and its affiliated reorganized debtors in the above-referenced

chapter 11 cases (collectively the "**Debtors**" and the "**Reorganized Debtors**"), hereby file

WG&M's first and final application (the "**Application**") for the allowance of compensation for

1

services rendered and reimbursement of actual and necessary expenses incurred by WG&M during the period from October 27, 2009 through, and including, December 7, 2009 (the "**Compensation Period**"), pursuant to section 330(a) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Texas (the "**Local Rules**"), and the Guidelines for Compensation and Expense Reimbursement of Professionals (the "**Guidelines**"), and respectfully represents as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334, article 12(c) of the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Dated as of November 3, 2009 (Docket No. 171, ex. A, the "**Plan**"), and paragraph 36 of the order confirming the Plan (Docket No. 189, the "**Confirmation Order**").  Consideration of this Application is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2.      On October 27, 2009 (the "**Commencement Date**"), each of the Debtors commenced a case under chapter 11 of the Bankruptcy Code.  The Debtors were authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      Pursuant to an order of this Court dated November 17, 2009 (Docket No. 122, the "**WG&M Retention Order**"), the Debtors were authorized to retain WG&M as their attorneys to render legal services in prosecution of their chapter 11 cases.  Attached hereto as **Exhibit 1** is the Court's order approving WG&M's retention and attached hereto as **Exhibit 2**

are copies of (i) the Declaration of Alfredo R. Pérez filed with the Debtors' application to

employ WG&M (Docket No. 21, ex. B, the "**Declaration**") and (ii) the Supplemental

Declaration of Alfredo R. Pérez filed on November 16, 2009 (Docket No. 103, the

"**Supplemental Declaration**").

       4.      No committee of unsecured creditors, trustee or examiner was appointed

in the Debtors' chapter 11 cases.

       5.      On October 27, 2009, the Debtors filed the Plan, and a disclosure

statement (Docket No. 18, the "**Disclosure Statement**") for the Plan.  Two days later, this Court

issued an order preliminarily approving the Disclosure Statement, approving certain solicitation

procedures, and fixing a hearing to consider confirmation of the Plan.  (Docket No. 44).

Pursuant to that order, this Court held a hearing on December 7, 2009 and entered an order

confirming the Plan (Docket No. 189, the "**Confirmation Order**").  The  Plan became effective

pursuant to its own terms on December 31, 2009 (Docket No. 215, the "**Effective Date**").  This

Court entered the Confirmation Order within 41 days from the Commencement Date and the

Debtors substantially consummated the Plan within 65 days from the Commencement Date.

       6.      The Debtors have advised WG&M that, to date, they have filed all

monthly operating reports required by the U.S. Trustee and have paid all quarterly fees due to the

U.S. Trustee.

## COMPENSATION REQUESTED

       7.      This is WG&M's first and final application for compensation in these

cases.  Section 330 of the Bankruptcy Code allows a court to award a professional

(a) "reasonable compensation for actual, necessary services" rendered by a professional and by

any paraprofessional person employed by such person based on "the nature, the extent, and the

value of such services" and taking into account factors such as the "time spent on such services"

and whether the services were necessary and beneficial to the estate, and (b) "reimbursement for actual, necessary expenses."  11 U.S.C. § 330.

8.      As set forth in the Declaration, in the one year prior to the Commencement Date, WG&M received advances in the aggregate amount of $1,341,436.40 from the Debtors on account of services performed and to be performed, including the commencement and prosecution of these chapter 11 cases, and expenses incurred and to be incurred in connection therewith.  Declaration at ¶ 7.  Further, for that same one year period, the fees and expenses incurred by WG&M debited against amounts advanced by the Debtors were $1,226,436.40.  Id. The Supplemental Declaration provides that, upon further review by WG&M, the fees and expenses actually incurred during the one year period prior to the Commencement Date were $1,217,916.13.  Supplemental Declaration at ¶ 5.  As of the Commencement Date, WG&M had a remaining credit balance in favor of the Debtors in the amount of $123,520.27 that is held by WG&M as a retainer (the "**Retainer**").  Supplemental Declaration at ¶ 5.

9.      In accordance with the WG&M Retention Order, WG&M has not received any amounts from the Debtors for compensation for services rendered or expenses incurred during the Compensation Period.

10.     By this Application, and in accordance with sections 330 and 331 of the Bankruptcy Code, WG&M requests final allowance of $518,588.61 in the aggregate for the Compensation Period.  This sum consists of $490,114.50 as compensation for professional services rendered and $28,444.11 as reimbursement for actual and necessary expenses WG&M incurred.  WG&M further requests the Court authorize and direct the Debtors to pay $395,038.34, which represents the unpaid aggregate balance of amounts due to WG&M for services rendered and disbursements made during the Compensation Period less the Retainer.

11.     There is no agreement or understanding between WG&M and any other person for the sharing of compensation to be received for services rendered in these cases.

12.     WG&M's charges for professional services rendered in these cases are billed in accordance with WG&M's existing billing procedures.  The rates WG&M charged for the services rendered by its professionals in these chapter 11 cases are the same rates WG&M charged during the Compensation Period for professional services rendered in comparable nonbankruptcy matters and are reasonable based on the customary compensation charged by comparably skilled professionals in comparable nonbankruptcy cases in a competitive national legal market.

13.     WG&M submits that this Final Application complies with section 330 of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and the Guidelines.

**Time Records**

14.     A summary of time billed by WG&M professionals and paraprofessionals during the Compensation Period is attached hereto as **Exhibit 3** and the detailed time records for the Compensation Period are attached hereto as **Exhibit 4**.  Both of these exhibits are incorporated herein by reference.  The detailed time records contain daily time logs describing the professional services rendered and the time expended by each WG&M professional and paraprofessional during the Debtors' chapter 11 cases.  WG&M submits that the time entries comply with the following guidelines:  (a) no lumping of time, (b) each activity description includes the type of activity, and (c) each activity description includes the subject matter.

**The Core Team**

15.     WG&M has staffed this matter with a core group of professionals (the "**Core Team**") to ensure efficiency and to minimize costs.  To this end, of the 974.10 hours recorded in the Compensation Period by WG&M partners, associates, and paraprofessionals,

650.5 hours or approximately 66.8% of the total hours, were billed by a core group of professionals with bankruptcy expertise, which consisted of one partner, three associates, and two paraprofessionals.  The attorneys comprising the Core Team during the Compensation Period are:

(a)    Alfredo R. Pérez

Mr. Pérez is a partner of WG&M and is responsible for overseeing all aspects of this matter.  Accordingly, during the Compensation Period, Mr. Pérez' responsibilities primarily involved overseeing and guiding the Debtors through the bankruptcy process, resolving contested matters, presenting key motions and applications at hearings before this Court, providing general corporate strategy, enhancing the Debtors' business operations, and guiding overall bankruptcy strategy.

(b)    Christopher M. López

Mr. López is a senior associate of WG&M.  During the Compensation Period, Mr. López' responsibilities primarily involved working on issues related to bankruptcy case management, insurance, cash collateral, debtor-in-possession financing, claims administration, solicitation of the Plan, resolution of adequate assurance requests, and resolution of objections to the confirmation of the Plan, as well as assisting the Debtors and their professionals in drafting declarations in support of various motions, prosecuting motions to pay potential lienors, preparing the Plan Supplement and documents contained therein, advising on matters related to executory contracts and unexpired leases, and providing overall bankruptcy strategy.

(c)    Manesh J. Shah

Mr. Shah is an associate of WG&M.  During the Compensation Period, Mr. Shah's responsibilities primarily involved working on issues related to bankruptcy case management, assumption and rejection of contracts and leases, claims against the estate, solicitation of the Plan, preparing for hearings before this Court, assisting the Debtors and their professionals in drafting declarations in support of various motions, prosecuting emergency motions to pay potential lienors and redact commercially sensitive information from bankruptcy filings, and preparing the Plan Supplement and documents contained therein, and providing overall bankruptcy strategy.

    (d)    <u>Matthew L. Curro</u>

Mr. Curro is an associate of WG&M.  During the Compensation Period, Mr. Curro's responsibilities primarily involved working on issues relating to obtaining debtor-in-possession financing and confirmation of the Plan, including drafting a legal brief in support thereof.

16.    From time to time throughout the Debtors' bankruptcy cases, WG&M staffed this matter with other professionals as was required to effectively and efficiently represent the Debtors.  These reasons included, for example, staffing additional professionals as appropriate in order to utilize specialized legal expertise or to handle particular issues due to urgent time constraints.  In each such circumstance, the Core Team was supplemented by WGM attorneys and paraprofessionals specializing in tax law, commercial litigation, and various aspects of corporate law.  WG&M used every effort to avoid unnecessary or duplicative effort.  For example, WG&M endeavored to assign to such additional professionals tasks that were separate and discrete and did not require significant amounts of time to explain.

## Summary of Services

17.    Pursuant to Local Rule 2016-1, fee applications must include a detailed description of each major task performed by the applicant.  A summary of the significant professional services rendered by WG&M during the Compensation Period, as well as the compensation sought for such services follows herein.  The summaries are organized in accordance with WG&M's internal system of task codes.

18.    Given that the Reorganized Debtors are a service oriented business, WG&M's primary focus was to move the Debtors expeditiously through the bankruptcy process and restructure the Debtors' senior secured debt.  Specifically, WG&M (i) successfully obtained an order two days after the Commencement Date authorizing solicitation of the Plan and preliminarily approval of the Disclosure Statement, (ii) prepared witnesses by working with the

Debtors and their professionals; (iii) drafted declarations in support of confirmation of the Plan and other motions, and (iv) prosecuted several motions, often on an emergency basis, to ensure (a) minimal disruption to the Debtors during their bankruptcy process and (b) redaction of commercially sensitive information. Moreover, WG&M assisted the Debtors in (i) restructuring approximately $330 million in prepetition secured debt by means of the transactions described in the Plan, and (ii) securing debtor in possession financing of $20 million. Additionally, WG&M engaged in extensive negotiations with parties objecting to the Plan. As a result of these efforts, of the two classes eligible to vote, the Plan received nearly unanimous support from Class 4 (as defined in the Plan) (99.9% in amount) as well as very broad support from the Class 3 (as defined in the Plan) (91.89% in amount). No class eligible to vote for the Plan voted to reject the Plan. Moreover, WG&M worked with various parties in interest to ensure that any objection (either formal or informal) was resolved prior to a hearing before this Court. As a result, the Debtors were able to expeditiously proceed through their bankruptcy process and emerge as reorganized entities within ten weeks of the Commencement Date.

> 19. Specifically, during the Compensation Period, WG&M rendered professional services as reflected below:[3]

> (a) Case Administration (Task Code W110) - $55,193.00

> > WG&M professionals engaged in work to address all relevant case issues in a timely manner and facilitate the administration of the cases, including reviewing pleadings filed by parties in interest in the cases, reviewing the case docket and calendar in order to respond timely to objections, responding to inquiries of the Debtors and third parties regarding the administration of the cases, and conferring with the Debtors' other professionals. In order to track deadlines, organize documents, and notify attorneys of upcoming matters, WG&M paraprofessionals engaged in

---

[3]   Attached as Exhibit 5 hereto is a table containing a description of the services provided, as well as a summary of the hours and fees, for each task code discussed below. The numbers after each section heading represent the value of the services rendered.

work related to preparing, maintaining, and reviewing court dockets, creating internal docket updates, creating internal case calendars, creating hearing agendas, creating service lists, filing pleadings, coordinating service of process with the Debtors' servicing agent, organizing hearing notebooks, and updating service lists.

Of the 225.00 billed by WG&M partners, associates, and paraprofessionals to this task code, approximately 88.18% or 198.4 hours were billed by the Core Team.

(b)   <u>WG&M Retention/Billing (Task Code W120)</u> - $906.50

This work primarily included drafting and filing the Supplemental Declaration.

All of the 1.90 hours billed by WG&M to this task code were billed by the Core Team.

(c)   <u>Retention/Fee Application: Other Professionals</u> (Task Code W130) - $837.00

This work primarily included assisting the Debtors' special litigation counsel in the preparation and filing of its retention application, a declaration in support thereof, and responding to inquiries regarding compensation procedures.

All of the 1.80 hours billed by WG&M to this task code were billed by the Core Team.

(d)   <u>Schedules/Statements of Financial Affairs</u> (Task Code W140) - $22,166.00

This work primarily included assisting the Debtors in the preparation and filing of the Debtors' schedules and statements of financial affairs as well as successfully prosecuting a motion to redact certain commercially sensitive information from the Debtors' schedules.

Of the 38.60 hours billed by WG&M partners, associates and paraprofessionals to this task code, approximately 95.6% or 36.9 hours were billed by the Core Team.

(e)   <u>Financing/Cash Collateral (Task Code W200)</u> - $110,470.50

This work primarily included (i) reviewing and analyzing (a) the Debtors' cash flow projections, (b) financing agreements, and (c) communications with lenders and other parties in interest regarding the same; (ii) drafting, negotiating, and closing on a debtor-in-possession financing facility; and

(iii) successfully obtaining an uncontested interim and final cash collateral order.

The Debtors' bankruptcy cases required complex rearrangement of the Debtors' prepetition secured debt facilities and a major financing transaction. Accordingly, of the 204.70 hours billed by WG&M partners, associates, and paraprofessionals to this task code, approximately 94.97% or 194.40 hours were billed by the Core Team, and one corporate partner and two corporate associates each with expertise in financing transactions and debt restructurings.

(f)     Business Operations (Task Code W210) - $53,730.00

In order to facilitate the seamless continuation of the Debtors' business operations, WG&M professionals engaged in work related to various issues including cash and accounts, management, insurance, vendors, and other operational issues. Time in this category also includes the successful prosecution of motions to pay certain claims to prevent liens being placed on the Debtors' or their clients' property.

Of the 86.70 hours billed by WG&M partners and associates to this task code, approximately 96.2% or 83.4 hours were billed by the Core Team.

(g)     Real Property Leases (Task Code W310) - $6,255.00

The work in this category was performed primarily to review certain non-residential real property lease agreements and to obtain authority to reject certain non-residential real property leases.

Of the 13.80 hours billed by a WG&M partner, and two associates to this task code, approximately 43.5% or 6.0 hours were billed by the Core Team.

(h)     Automatic Stay/Adequate Protection (Task Code W320) - $4,633.00

In order to enforce or modify the automatic stay when appropriate, WG&M professionals engaged in work related to communicating with parties regarding (i) the effect of, and any modifications to, the automatic stay, and (ii) responding to actions by creditors which appeared to be in violation of the automatic stay.

Of the 7.20 hours billed by a WG&M partner, and two associates to this task code, approximately 50.0% or 3.6 hours were billed by the Core Team.

(i)     Employee/Benefits Issues (Task Code W 340) - $450.00

This work related to assisting the Debtors determine amounts due to

employees under certain change of control provisions.

All of the 0.50 hours billed by WG&M to this task code were billed by the Core Team.

(j)     Claims Administration Process (Task Code W 400) - $9,964.00

In order effectively and efficiently address outstanding claims, WG&M professionals engaged in work related to reviewing and analyzing claims, conducting legal research in connection therewith, responding to inquiries concerning proofs of claim, filing objections to certain proofs of claim, reviewing the Schedules and Statements, and exchanging general correspondence with parties regarding claims issues.

Of the 18.10 hours billed by WG&M partners and associates to this task code, approximately 98.9% or 17.90 hours were billed by the Core Team.

(k)     Plan of Reorganization Process (Task Code W500) - $119,068.50

This work primarily included responding to inquiries regarding chapter 11 exit strategies, revising the Plan and Disclosure Statement, performing legal research to prepare a brief in support of confirming the plan, participating in various conference calls and meetings, negotiations resolving disputes relating to objections to the Plan, and exchanging general correspondence in connection therewith.

Of the 206.30 hours billed by WG&M partners, associates, and paraprofessionals to this task code, approximately 99.1% or 204.50 hours of the total hours were billed by the Core Team and an associate with expertise in corporate law.

(l)     Plan Implementation (Task Code W510) - $39,790.50

This work primarily included providing the Debtors with counsel related to the tax implications of the Plan, as well as preparing organizational documents necessary to implement the Plan.

Implementing the Plan required expertise in tax and corporate law. Accordingly, all of the 61.60 hours billed by WG&M partners and associates to this task code were billed by two attorneys with expertise in tax law and two attorneys with expertise in corporate law.

(m)     Litigation (Task Code W520) – $66,650.50

This work primarily consisted of defending, and providing advice related to, a lawsuit filed by Darrell Brewer, the Debtors' former president and chief executive officer.

Because such work relied on an expertise in commercial litigation, of the 107.90 hours billed by WG&M partners, associates, and paraprofessionals to this task code, approximately 96.3% or 103.90 hours were billed by the Core Team, plus a partner, an associate, and a paraprofessional each with expertise in commercial litigation.

20.     WG&M submits that the foregoing services were necessary to the administration of these cases, were necessary and beneficial to the Debtors' estates at the time at which such services were rendered, and were performed without unnecessary duplication of effort or expense. WG&M supplemented the Core Team only in instances where specific expertise was necessary in order to preserve or maximize value to the estates. WG&M's request for compensation for such services is reflective of a reasonable and appropriate amount of time expended in performing such services commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved.

## SECTION 330 FACTORS

21.     The Bankruptcy Code requires the Court to consider "the nature, the extent, and the value of" the services provided to the Debtors by any professional seeking compensation. 11 U.S.C. § 330(a)(3); see, e.g., American Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp. of America), 544 F.2d 1291, 1298-99 (5th Cir.), cert. denied, 431 U.S. 904 (1977) (listing twelve factors when considering fee applications); Johnson v. Georgia Highway Express, Inc., 488 F.2d 714, 717-19 (5th Cir. 1974). This Application contains an analysis of the factors set forth in First Colonial Corp. of America and Johnson. The following discussion indicates that WG&M's request for compensation in these cases is reasonable:

(a)     Time and Labor Required:  WG&M requests compensation for 987.00 hours during the Compensation Period. WG&M utilized the talents of its paraprofessionals whenever possible for tasks that did not involve the rendering of legal service, but rather required routine preliminary drafting, subject to attorney review, or the sorting and

allocation of information, in order to reduce the overall fees in this matter without any sacrifice to the quality of the services being rendered.  Time devoted by the paraprofessionals may be compensated through the Debtors' estates, as set forth in <u>In re Busy Beaver Bldg. Ctrs., Inc.</u>, 19 F.3d 833 (3d Cir. 1994).  **Exhibit 3** contains a list of attorneys and paraprofessionals employed by WG&M who performed services for the Debtors during the Compensation Period and their respective billing rates.

        (b)    <u>Novelty and Difficulty of the Questions</u>:  As with any large chapter 11 case, the Debtors bankruptcy cases presented a variety of complex bankruptcy, corporate, commercial litigation, and tax law issues.

        (c)    <u>Skill Requisite to Perform the Legal Service Properly</u>:  Bankruptcy is a specialized area of federal practice, requiring knowledge of the Bankruptcy Code and other related federal statutes.  Given this interplay with other areas of law, and in order to address the range of issues presented, WG&M was required to draw upon its skill and experience in bankruptcy, corporate, commercial litigation, and tax law.

        (d)    <u>Preclusion of Other Employment Due to the Acceptance of the Cases</u>:  Although WG&M's representation of the Debtors has consumed a significant portion of the time of several of the attorneys who have worked on this matter, WG&M was not precluded from taking other employment as a result of these cases.

        (e)    <u>Customary Fee</u>:  During the Compensation Period, WG&M's hourly billing rates for attorneys ranged from $355 to $900 per hour.  Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable bankruptcy cases in a competitive national legal market.  As noted, attached hereto as <u>Exhibit 3</u> is a schedule listing each WG&M professional and paraprofessional who performed services in

these cases during the Compensation Period, the hourly rate charged by WG&M for services performed by each such individual, and the aggregate number of hours and charges by each such individual.  As shown in **Exhibit 3**, WG&M charged a blended rate of approximately $591.28 for all attorneys (i.e. partners and associates) performing services in the prosecution of the Debtors' bankruptcy cases.

(f)     <u>Whether the Fee is Fixed or Contingent</u>:  WG&M's fee is neither a fixed nor a contingent fee.  Instead, WG&M's fee is based upon the total number of hours expended by WG&M's professionals and paraprofessionals representing the Debtors, plus the actual costs incurred by WG&M.

(g)     <u>Time Limitations</u>:  Generally, in bankruptcy cases, there are numerous deadlines imposed for the filing of documents, reports, motions, or objections. Moreover, in these bankruptcy cases, WG&M assisted the Debtors and their professionals in, among other things, (i) preparing for hearings and depositions; (ii) resolving both formal and information objections to the Plan; and (iii) otherwise complying with time limitations set forth by the Bankruptcy Code, the Bankruptcy Rules, and the Court.  With respect to reviewing and responding to pleadings, WG&M worked within the relevant time limitations and did not seek for any extension of time during the Debtors' bankruptcy cases.

(h)     <u>Amount Involved and Results Obtained</u>:  WG&M's work helped the Debtors to enter, reorganize in, and exit from chapter 11 as smoothly as possible. Significantly, WG&M's work allowed the Debtors to confirm a plan within 41 days from the Commencement Date and substantially consummate that Plan within 65 days from the Commencement Date.  No creditors' committee was appointed and nearly every motion filed was either uncontested, or any objections (whether formal or informal) were resolved prior to

this Court hearing such a motion.  To accomplish these results, WG&M worked with the Debtors

on a number of issues during the Compensation Period, including, but not limited to, (i)  working

to ensure the smooth functioning of the Debtors' operations throughout the chapter 11 process,

(ii) rejecting certain contracts, (iii) protecting the Debtors' commercially sensitive information;

(iv) negotiating, drafting, and obtaining approval of a sophisticated credit facility, and (v)

resolving objections to the Plan and working with the Debtors to secured their expeditious

emergence from chapter 11 with streamlined operations.

        (i)    <u>Experience, Reputation and Ability of Attorneys</u>:  The Debtors

selected WG&M as their counsel because of the firm's extensive general experience and

knowledge and, in particular, because of its recognized expertise in the field of debtors' and

creditors' rights and business reorganization under chapter 11 of the Bankruptcy Code.  The

Debtors also selected WG&M as their counsel because of the firm's familiarity with

reorganization and debt restructuring of service-based companies.  WG&M has a preeminent

practice in the business finance and restructuring area and enjoys a national reputation for its

expertise in financial and bankruptcy reorganization and restructurings, with over 80 attorneys

specializing in this area of practice.  WG&M has actively represented debtors in major chapter

11 cases throughout the country including, <u>inter</u> <u>alia</u>, the representation of General Motors,

Lehman Brothers, Encompass Services Corp., the New York Racing Association, Parmalat SpA,

Armstrong World Industries, Inc., PWS Holding Corporation (Bruno's), Fine Host Corporation,

Sun Healthcare Group, Olympia & York Development Limited, Texaco, Inc., Edison Brothers

Stores, Inc. (I and II), Weiner's Stores, Inc., G. Heileman Brewing Company, Inc., R.H. Macy &

Co., Inc., Eastern Airlines, Inc., Continental Airlines, Inc. (I), Greyhound Lines, Inc., Circle K

Corporation, Best Products Co., Inc. (I and II), P.A. Bergner & Co. Holding Company,

FoxMeyer Corporation, The Drexel Burnham Lambert Group, Inc., Pioneer Companies, Inc.,
Bethlehem Steel Corporation, Adelphia Business Solutions, Enron Corp., Sunbeam Corporation,
APW Ltd., Formica, Republic Technologies International, United Companies Financial
Corporation, Velocita, WorldCom, Inc., Integrated Health Services, Inc., Mariner Post-Acute
Network, Episcopal Health Services, Greater Southeast Community Hospital Corporation,
Mission: Health, Inc., United Healthcare (Newark Hospital for Children), FPA Medical
Management Inc., Allegheny Hospital Systems, Michigan Health Care, and PHP Health Care.

        (j)    <u>Undesirability of the Case</u>:  Whenever an attorney agrees to
represent a debtor, there is an inherent risk that the firm's attorneys' fees and expenses will not
be paid.  Due to this uncertainty, attorneys frequently choose not to represent debtors.

        (k)    <u>Nature and Length of the Professional Relationship with the
Client</u>:  WG&M has provided restructuring services to the Debtors since approximately August
12, 2009.

        (l)    <u>Awards in Similar Cases</u>:  WG&M's requested fees and expenses
are similar to fees and expenses paid in other chapter 11 bankruptcy cases of this nature, length
of time, and complexity.

        22.    This Final Application does not include fees or expenses for the
preparation of this Final Application.  WG&M reserves the right to seek additional compensation
for preparing, defending, and prosecuting this Final Application and will seek such compensation
directly from the Reorganized Debtors.

## **ACTUAL AND NECESSARY EXPENSES**

        23.    WG&M seeks reimbursement of actual and necessary expenses incurred
by WG&M during the Compensation Period in the aggregate amount of $28,494.11.  Attached
hereto as **<u>Exhibit 6</u>** and incorporated herein by reference is a detailed description of the actual

and necessary expenses incurred by WG&M in connection with its employment by the Debtors during the Compensation Period.  Such descriptions are incorporated herein by reference.

24.     The following is a brief description of each category of disbursements, and the charges incurred by WG&M in each category:

(a)     <u>Local Transportation</u> - $1,217.19

This primarily relates to local transportation costs for professionals working overtime and ground transportation for traveling professionals. WG&M charges provider's cost without markup.  WG&M's longstanding firm policy is to provide local transportation home to a professional that works past 8:30 P.M. and, on weekends and holidays, local transportation to and from the office.  While every effort was made to minimize these expenses, the time constraints during this period resulted in these charges.

(b)     <u>Domestic Travel</u> - $145.19

This primarily relates to transportation costs for an attorney traveling from New York to prepare for first-day hearings.  WG&M charges provider's cost without markup.

(c)     <u>Professionals and Paraprofessionals O/T Meals</u> - $402.64

This  relates to meals, capped at $20.00 per meal, for those attorneys and support staff needing to stay beyond 8:00 PM for dinner.  WG&M charges provider's cost without markup.

(d)     <u>Postage</u> - $20.55

This relates to United States Postal Service first-class mail charges for documents and packages, which include the service of court filings. WG&M charges the provider's cost without markup.

(e)     <u>Air Courier/Express Mail</u> - $27.54

This relates to charges based on the use of certain third-party services (e.g. Federal Express or United Parcel Service) for the expedited delivery of documents and packages, which include the service of court filings. WG&M charges the provider's cost without markup.

(f)     <u>Duplicating (In House)</u> - $3,883.05

This relates to internal document duplication charges.  WG&M charges $0.15 per page for internal copying charges.  WG&M charges such services at a rate that approximates cost.

(g) <u>Document Scanning and Coding</u> - $380.55

This category includes the binding of documents, color copies, and document processing. WG&M charges such services at a rate that approximates cost.

(h) <u>Corporation Service</u> - $18,130.73

This primarily relates to corporate record searches, as well as UCC and other lien searches, performed by third parties during the Debtors' chapter 11 cases. WG&M charges the provider's cost without markup.

(i) <u>Messenger – Courier & Taxi</u> - $29.90

In two instances, due to certain exigencies during the prosecution of the Debtors' cases, costs were incurred because hard copies of documents needed to be delivered. At those times, WG&M utilized third party couriers to personally deliver such hard copies. In each instance, WG&M charges the provider's cost without markup.

(j) <u>Filing Fees</u> - $250.00

Theses charges relate to fees incurred by the Debtors upon filing certain documents and motions. WG&M asks for the costs charged by the Court without markup.

(k) <u>Computerized Research</u> - $2,863.73

This relates to the cost of online legal research services, such as Lexis and Westlaw. WG&M charges one-half of the provider's normal billing rate. WG&M believes that it does not make a profit on this service as a whole, although the cost of any particular search is difficult to ascertain.

(l) <u>Business Meals</u> - $501.04

This relates to business meals ordered during or for meetings between the Debtors and WG&M professionals. WG&M charges the provider's cost without markup.

(m) <u>Color Copies</u> - $592.00

This relates to internal document duplication charges in color. WG&M charges $1.00 per page for internal color copying charges. WG&M charges such services at a rate that approximates cost.

**NOTICE**

25.    Notice of this Application has been given in accordance with the Court's

Order, dated October 29, 2009, implementing notice and case management procedures.  WG&M

submits that no other notice need be given.

26.    No previous application for the relief sought herein has been made to this

or any other Court.

**CONCLUSION**

WHEREFORE, WG&M respectfully requests (a) allowance of $518,558.61 for

the Compensation Period, representing $490,114.50 as compensation for professional and

paraprofessional services rendered and $28,444.11 as reimbursement for actual and necessary

expenses WG&M incurred, (b) authorization for the Debtors to pay WG&M $395,038.34, which

represents unpaid fees for services rendered during the Compensation Period less the Retainer,

(c) authority to seek compensation for preparing, defending, and prosecuting this Application,

and (d) for such other and further relief as is just.


Dated:   Houston, Texas
         February 16, 2009                          Respectfully submitted,


                                            By:    _/s/  Alfredo R. Pérez_____
                                                   Alfredo R. Pérez

                                            WEIL, GOTSHAL & MANGES LLP
                                            700 Louisiana St., Suite 1600
                                            Houston, TX  77002-2784
                                            Telephone: (713) 546-5000
                                            Facsimile:  (713) 224-9511


                                            Attorneys for Debtors in Possession
                                            and the Reorganized Debtors

## LIST OF EXHIBITS

**EXHIBIT 1:**   Order Authorizing the Employment and Retention of Weil, Gotshal & Manges LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Commencement Date [Docket No. 122]

**EXHIBIT 2:**   Declaration of Alfredo R. Pérez and Disclosure Statement of Weil, Gotshal & Manges LLP Pursuant to Bankruptcy Code Sections 327, 328(a), 329 and 504 and Federal Rules of Bankruptcy Procedure 2014(a) and 2016(b) in Support of Debtors' Application for Authorization to Retain Weil, Gotshal & Manges LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Commencement Date [Docket No. 21, ex. B]

First Supplemental Declaration of Alfredo R. Pérez and Disclosure Statement of Weil, Gotshal & Manges LLP Pursuant to Bankruptcy Code Sections 327, 328(a), 329 and 504 and Federal Rules of Bankruptcy Procedure 2014(a) and 2016(b) in Support of Debtors' Application for Authorization to Retain Weil, Gotshal & Manges LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Commencement Date [Docket No. 103]

**EXHIBIT 3:**   Summary of Professional Services Rendered by Weil, Gotshal & Manges LLP on Behalf of the Debtors in Possession from October 27, 2009 through December 7, 2009

**EXHIBIT 4:**   Daily Time Logs Itemizing Professional Services Rendered by Weil, Gotshal & Manges LLP on Behalf of the Debtors in Possession from October 27, 2009 through December 7, 2009

**EXHIBIT 5:**   Summary of Services by Task Code for Services Rendered by Weil, Gotshal & Manges LLP on Behalf of the Debtors in Possession from October 27, 2009 through December 7, 2009

**EXHIBIT 6:**   Summary of Actual and Necessary Disbursements Incurred by Weil, Gotshal & Manges LLP on Behalf of the Debtors in Possession from October 27, 2009 through December 7, 2009

**EXHIBIT 7:**   Certification Under Guidelines for Compensation and Expense Reimbursement of Professionals in Respect of the First and Final Application of Weil, Gotshal & Manges, LLP as Attorneys for the Debtors, for Final Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 27, 2009 through December 7, 2009

**EXHIBIT 8:**   Proposed Order

**EXHIBIT 1**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/17/2009

|  |  |  |
|---|---|---|
| In re | § § § | Chapter 11 |
| EXPRESS ENERGY SERVICES OPERATING, LP, *et al.*, | § § § § | Case No. 09-38044 |
| Debtors. | § § § § | Jointly Administered |

**ORDER PURSUANT TO SECTIONS 327(a) AND 328(a) OF THE
BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY
PROCEDURE 2014(a) FOR AUTHORIZATION TO EMPLOY AND
RETAIN WEIL, GOTSHAL & MANGES LLP AS ATTORNEYS FOR
THE DEBTORS *NUNC PRO TUNC* TO THE COMMENCEMENT DATE**

**[Related to Docket No. 21]**

Upon the Application (the "**Application**") of Express Energy Services Operating,

LP and its affiliated debtors in the above referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "**Debtors**") for an Order Pursuant to Sections 327(a) and 328(a) of

Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2014(a) of

the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), for Authorization to

Employ and retain Weil, Gotshal & Manges LLP ("**WG&M**") as their Attorneys Nunc Pro Tunc

to the Commencement Date, all as more fully described in the Application; and upon

consideration of the Declaration of Alfredo R. Pérez, a member of WG&M, dated October 27,

2009 (the "**Pérez Declaration**"); and the Court having jurisdiction to consider the Application

and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and upon

consideration of the Declaration of Darron Anderson in Support of the Debtors' Chapter 11

Petitions and First Day Motions; and consideration of the Application and the requested relief

the requested relief being a core proceeding the Court can determine pursuant to 28 U.S.C.

§ 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

due and proper notice of the Application and the hearing thereon has been given under the

circumstances and that no other or further notice need be provided; and the Court having

determined that the legal and factual bases set forth in the Application establish just cause for the

relief granted herein; and upon all of the proceedings had before the Court and after due

deliberation and sufficient cause appearing therefor, it is ORDERED that

    1.    The Application is GRANTED nunc pro tunc to the Commencement Date

to the extent provided herein.

    2.    Pursuant to sections 327(a) and 328(a) of the Bankruptcy Code, the

Debtors' retention of WG&M as their attorneys under a general retainer in accordance with

WG&M's normal hourly rates and disbursement policies as set forth in the Pérez Declaration is

approved.

    3.    WG&M shall apply for compensation and reimbursement in accordance

with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable

provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules for the

Southern District of Texas, and such other procedures as may be fixed by order of this Court.

    4.    This Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: **Nov. 17, 2009**
      Houston, Texas

                          UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 2**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| In re | § | Chapter 11 |
| | § | |
| **EXPRESS ENERGY SERVICES** | § | |
| **OPERATING, LP,** *et al.*, | § | Case No. 09-_____ (___) |
| | § | |
| | § | |
| Debtors. | § | |
| | § | |
| | § | Joint Administration Requested |

**DECLARATION OF ALFREDO R. PÉREZ AND DISCLOSURE
STATEMENT OF WEIL, GOTSHAL & MANGES LLP PURSUANT
TO BANKRUPTCY CODE SECTIONS 327, 328(a), 329 AND 504 AND
FEDERAL RULES OF BANKRUPTCY PROCEDURE 2014(a) AND 2016(b)
IN SUPPORT OF DEBTORS' APPLICATION FOR AUTHORIZATION TO
EMPLOY AND RETAIN WEIL, GOTSHAL & MANGES LLP AS ATTORNEYS
FOR THE DEBTORS, *NUNC PRO TUNC* TO THE COMMENCEMENT DATE**

Alfredo R. Pérez makes this declaration (this "**Declaration**") under 28 U.S.C. § 1746, and states:

        1.      I am a member of the firm of Weil, Gotshal & Manges LLP ("**WG&M**"

or the "**Firm**"), a law firm with principal offices at 767 Fifth Avenue, New York, New York

10153; regional offices in Washington, D.C.; Houston and Dallas, Texas; Miami, Florida;

Boston, Massachusetts; Providence, Rhode Island; Wilmington, Delaware; and Redwood Shores,

California; and foreign offices in London, United Kingdom; Paris, France; Budapest, Hungary;

Warsaw, Poland; Frankfurt and Munich, Germany; Prague, The Czech Republic; Dubai, United

Arab Emirates; and Hong Kong and Shanghai, China.  I am admitted to practice before this

Court.

        2.      I submit this Declaration in connection with the application dated October

27, 2009 (the "**Application**") of Express Energy Services Operating, LP ("**EES**") and its

affiliated debtors in the above referenced chapter 11 cases (collectively, the "**Debtors**"), for

approval of the Debtors' retention of WG&M, as their attorneys in the above-captioned chapter 11 cases at their normal hourly rates in effect from time-to-time and in accordance with their normal reimbursement policies, in compliance with sections 327(a), 328(a), 329, and 504 of title 11 of the United States Code (the **"Bankruptcy Code"**), and to provide disclosure required under Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**).  Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.  To the extent any information disclosed herein requires amendment or modification upon WG&M's completion of further review or as additional party-in-interest information becomes available to it, a supplemental Declaration will be submitted to the Court reflecting such amended or modified information.

### WG&M's Disinterestedness

3.      Except as set forth herein, to the best of my knowledge, after due inquiry, neither I, WG&M, nor any member or counsel, or associate of the Firm represents any party in interest or any other entity other than the Debtors in connection with these chapter 11 cases.

4.      WG&M is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code. Insofar as I have been able to ascertain, I know of no conflict of interest that would preclude WG&M's representation of the Debtors in these cases.  To the best of my knowledge, WG&M, its members, counsel, and associates:

    a.      are not creditors, equity security holders, or insiders of the Debtors;

    b.      are not and were not, within two years before the Commencement Date, a director, officer, or employee of the Debtors;

    c.      do not have an interest materially adverse to the interests of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason; and

d. have not represented any party in connection with matters relating to the Debtors, although, as described below, WG&M has certain relationships with other parties in interest and other professionals in connection with unrelated matters.

<u>**WG&M's Prepetition Relationship with the Debtors**</u>

5. In or around March 2008, WG&M began rendering legal services to Macquarie Energy Holdings LLC and its affiliates (collectively, "**Macquarie**"), the Debtors' largest equity sponsor, in connection with Macquarie's investment in the Debtors. WG&M's representation of Macquarie previously included advice concerning the Debtors' affairs, debt obligations, and restructuring alternatives. On or about August 12, 2009, the Debtors retained WG&M to represent and advise them with regard to a potential restructuring of the Debtors' financial obligations. As a result, on August 12, 2009, with the consent of the Debtors and Macquarie, WG&M withdrew from the representation of Macquarie and continued to advise the Debtors exclusively. Macquarie has retained Sidley Austin LLP to advise them in connection with this matter.

6. The Debtors pursued various restructuring efforts from the time of WG&M's retention to the Commencement Date. Ultimately, however, the Debtors determined that restructuring their financial obligations could best be achieved through the chapter 11 process. WG&M was instrumental in helping the Debtors reach an agreement with certain of their senior secured lenders, which enabled the Debtors to file their chapter 11 cases with a pre-arranged plan of reorganization and accompanying disclosure statement. WG&M prepared the chapter 11 petitions for the Debtors, the initial motions, applications, and affidavits relating to these chapter 11 cases, and the proposed plan of reorganization and disclosure statement.

7. WG&M is not a creditor of the Debtors. In the one year prior to the commencement of these chapter 11 cases (the "**Commencement Date**"), WG&M received

advances in the aggregate amount of $1,341,436.40, from the Debtors on account of services performed and to be performed, including the commencement and prosecution of these chapter 11 cases, and expenses incurred and to be incurred in connection therewith.  As of the Commencement Date, the fees and expenses incurred by WG&M during the same one year period and debited against the amounts advanced to it by the Debtors were $1,226,436.40.  The precise amount will be determined upon the final recording of all time and expense charges.  As of the Commencement Date, WG&M has a remaining credit balance in favor of the Debtors in the amount of $115,000 for additional professional services performed and to be performed and expenses incurred and to be incurred in connection with these chapter 11 cases.  After application of amounts for any additional prepetition professional services and related expenses, the excess advance amounts will be held by WG&M as a retainer.

        8.      None of the Debtors' prepetition payments to WG&M constitute voidable preferential transfers pursuant to section 547 of the Bankruptcy Code.

### WG&M Disclosure Procedures

        9.      WG&M, which employs approximately 1,300 attorneys, has a large and diversified legal practice that encompasses the representation of many financial institutions and commercial corporations.  WG&M has in the past represented, currently represents, and may in the future represent, entities that are claimants of or interest holders in the Debtors in matters unrelated to the Debtors' pending chapter 11 cases.  Some of these entities are, or may consider themselves to be, creditors or parties in interest in the Debtors' pending chapter 11 cases or to otherwise have interests in these cases.

        10.      In preparing this Declaration, I used a set of procedures developed by WG&M to ensure compliance with the requirements of the Bankruptcy Code, the Bankruptcy

Rules, and the Bankruptcy Local Rules for the Southern District of Texas, regarding the retention

of professionals by a debtor under the Bankruptcy Code (the "**Firm Disclosure Procedures**").

Pursuant to the Firm Disclosure Procedures, I performed, or caused to be performed, the

following actions to identify the parties relevant to this Declaration and to ascertain WG&M's

connection to such parties:

a.   A comprehensive list of the types of entities that may have contacts with the Debtors was developed through discussions with the WG&M attorneys who have provided services to the Debtors and in consultation with senior management of the Debtors (the "**Retention Checklist**").

b.   WG&M obtained information responsive to the Retention Checklist through several inquiries of the Debtors' senior management and review of documents provided by the Debtors to WG&M. WG&M then used that information, together with other information identified by WG&M, to compile a list of the names of entities that may be parties in interest in the chapter 11 cases (the "**Potential Parties In Interest**").

c.   WG&M maintains a master client database as part of its conflict clearance and billing records. The master client database includes the names of the entities for which any attorney time charges have been billed since the database was first created, approximately 25 years ago (the "**Client Database**"). The Client Database includes the name of each current or former client, the names of the parties who are or were related or adverse to such current or former client, and the names of the WG&M personnel who are or were responsible for current or former matters for such client. It is the policy of WG&M that no new matter may be accepted or opened within the Firm without completing and submitting to those charged with maintaining the conflict clearance system the information necessary to check each such matter for conflicts, including the identity of the prospective client, the name of the matter, adverse parties and, in some cases, parties related to the client or to an adverse party. Accordingly, the database is updated for every new matter undertaken by WG&M. The accuracy of the system is a function of the completeness and accuracy of the information submitted by the attorney opening a new matter.

d.   WG&M compared the names of each of the Potential Parties In Interest to client matters in the Client Database for which professional time was recorded during the two years prior to the comparison.[1] Any matches to

---

[1] For purposes of the Firm Disclosure Procedures, WG&M considers an entity a "former client" if all matters for such client have been closed or, if any matters for such client have not been closed, if no billable time for such client has been recorded in the past two years. Because the Firm Disclosure Procedures only reflect client activity during the past two years, matches to client matters outside that timeframe are not reflected in this Declaration.

names in the Client Database generated by the comparison were compiled in a list, together with the names of the respective WG&M personnel responsible for the identified client matters (the "**Match List**").

e.      A WG&M attorney then reviewed the Match List and deleted obvious name coincidences and individuals or entities that were adverse to WG&M's clients in both this matter and the matter referenced on the Match List.

f.      Using information in the Client Database concerning entities on the Match List, and making general and, if applicable, specific inquiries of WG&M personnel, WG&M verified that it does not represent and has not represented any entity on the Match List in connection with the Debtors or the chapter 11 cases.

g.      In addition, a general inquiry to all WG&M personnel (attorneys and staff) was sent by electronic mail to determine whether any such individual or any member of his or her household (i) owns any debt or equity securities of any of the Debtors; (ii) holds a claim against any of the Debtors; or (iii) is or was an officer, director, or employee of any of the Debtors.

### WG&M's Connections with Parties in Interest in Matters Unrelated to these Chapter 11 Cases

11.      Either I or an attorney working under my supervision reviewed the connections between WG&M and the clients identified on the Match List and the connections between those entities and the Debtors and determined, in each case, that WG&M does not hold or represent an interest that is adverse to the Debtors' estates and that WG&M is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, for the reasons discussed below.

12.      WG&M previously has represented, currently represents, and may represent in the future the entities described below (or their affiliates), in matters totally unrelated to the Debtors:

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| AIG | Insurer | Current Client |
| Allied Irish Bank | Secured Lender | Current Client |
| Alvarez & Marsal North America, LLC | Restructuring Professional | Current Client |
| AON Premium Credit LLC | Insurer | Affiliate of a Current Client |
| Apollo | Secured Lender | Current Client |
| Bank of America Centre Pacific LLC | Secured Lender | Current Client |
| Barclays Bank PLC | Secured Lender | Current Client |
| Capital Source | Secured Lender | Current Client |
| Caterpillar Financial Services | Secured Lender | Former Client |
| Cerberus Serues Four Holdings LLC | Secured Lender | Current Client |
| CIT Bank | Secured Lender | Affiliate of a Current Client |
| Comcast | Utility | Affiliate of a Former Client |
| Commerce & Industry Insurance Company | Insurer | Affiliate of a Former Client |
| Credit Suisse | Agent to Secured Lenders | Current Client |
| CSAM | Secured Lender | Current Client |
| Deerfield Capital | Secured Lender | Current Client |
| Deutsche Asset Management | Secured Lender | Current Client |
| DirecTV | Utility | Current Client |
| Guggenheim | Secured Lender | Current Client |
| Hartford Insurance (Himco) | Secured Lender | Current Client |
| JPMorgan Chase Bank | Bank Account | Current Client |

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
| --- | --- | --- |
| Laminar Direct Capital | Equity Holder | Current Client |
| Marsh LLP | Insurance Agent | Current Client |
| Newstar Financial | Secured Lender | Current Client |
| Oklahoma Natural Gas | Utility | Affiliate of a Former Client |
| Pequot Special Opportunities Fund III, LP | Secured Lender | Current Client |
| Sankaty Advisors Inc. | Secured Lender | Current Client |
| Stanfield Capital Partners | Secured Lender | Affiliate of a Former Client |
| TXU Energy | Utility | Affiliate of a Former Client |
| Verizon Southwest | Utility | Current Client |
| Wachovia Capital Partners LLC | Equity Holder | Current Client |
| XL Insurance America, Inc. | Insurer | Current Client |

13.     As noted above, WG&M also represented Macquarie in the acquisition of a controlling interest in each of the Debtors, and a variety of related matters. WG&M continues to represent Macquarie on matters unrelated to the Debtors. In addition, WG&M also represents Lehman Brothers Holdings Inc. and its affiliated debtors in their chapter 11 bankruptcy proceedings. Lehman Brothers Commercial Bank is not a debtor in the Lehman bankruptcy proceedings.

14.     In addition to the entities identified above, the following entities either (i) have a name similar to a client in the Client Database or (ii) are or may be related to a client (collectively, the "**Potential Clients**"). After a diligent effort, WG&M was unable to determine whether the similarity of names was in fact a name coincidence or whether, and to what extent,

the Potential Client is related to a client in the Client Database.  However, out of an abundance of

caution, WG&M has confirmed that, similar to the clients identified above, WG&M does not

represent any of the Potential Clients in matters related to the Debtors' chapter 11 cases.

| Matched Entity | Relation to Debtors | Relation to WG&M |
|---|---|---|
| ACE American Insurance Co. | Insurer | May be an Affiliate of a Current Client |
| Churchill Management Limited | Secured Lender | May be an Affiliate of a Current Client |
| Gulf Stream Asset Management | Secured Lender | May be an Affiliate of a Current Client |
| National Union Fire Insurance Company | Insurer | May be an Affiliate of a Current Client |
| Orix Business Credit | Secured Lender | May be an Affiliate of a Current Client |

15.     To the best of my knowledge and information, the annual fees paid to

WG&M by any of the Current Clients (and their respective affiliates) for either of the last three

years did not exceed 1% (one percent) of the annual gross revenue of WG&M for such year, with

the exception of Lehman Brothers, AIG, and General Electric.

16.     Additionally, WG&M has represented, and may currently represent,

entities that hold certain of the Debtors' debt in beneficial accounts on behalf of unidentified

parties.  These entities, however, maintain no direct financial stake in the Debtors' economic

performance.

17.     WG&M has not, does not, and will not represent any of the Current

Clients or their respective affiliates or subsidiaries in the Debtors' chapter 11 cases or in other

matters directly adverse to the Debtors during the pendency of these chapter 11 cases.  To the

extent issues may arise which would cause the Debtors to be adverse to any of WG&M's clients

such that it would not be appropriate for WG&M to represent the Debtors with respect to such

matters, another law firm will be retained to represent the Debtors with respect to such matters.

### WG&M Personnel Inquiry

18.     As noted above, WG&M has conducted a general inquiry of its personnel

to determine whether any WG&M personnel or any member in his or her household (i) owns any

debt or equity securities of any of the Debtors; (ii) holds a claim against any of the Debtors; or

(iii) is or was an officer, director, or employee of any of the Debtors.

19.     As a result of the inquiry, I have determined that no WG&M personnel

maintains any connection with or relationship to the Debtors and holds no claims against the

Debtors.

20.     In addition to the foregoing, through diligent inquiry, I have ascertained

no connection, as such term is used in section 101(14)(C) of the Bankruptcy Code, as modified

by section 1107(b), and Bankruptcy Rule 2014(a), between WG&M and (i) the United States

Trustee for the Southern District of Texas (the "**U.S. Trustee**") or any person employed by the

Office of the U.S. Trustee, (ii) any attorneys, accountants, or financial consultants in the chapter

11 cases, and (iii) any investment bankers that represent or may represent the Debtors or

claimants or other parties in interest in the chapter 11 cases, except as set forth herein.  As part of

its practice, WG&M appears in cases, proceedings, and transactions involving many different

attorneys, accountants, financial consultants, and investment bankers, some of which now or may

in the future represent  claimants and other parties in interest in these cases.  WG&M has not

represented, and will not represent, any of such parties in relation to the Debtors or their chapter

11 cases.  WG&M does not have any relationship with any such attorneys, accountants, financial

consultants, and investment bankers that would be adverse to the Debtors or their estates.

21.     Because distressed debt is actively traded in the commercial markets, WG&M may be unaware of the actual holder of such debt at any given moment.  Because WG&M represents in unrelated matters numerous entities that may buy and sell distressed debt of chapter 11 debtors, out of an abundance of caution, I am listing here many such entities represented by WG&M: Salomon Smith Barney, Donaldson Lufkin Jenrette, JP Morgan/Chase Manhattan Bank, Bay Harbour Management, Mackay Shields, Perry Corporation, Whipporwill Associates, Teachers Insurance Company, Elliott Associates, Morgens Waterfall Vintiades & Co., Oaktree Associates, Argent Capital, Leucadia Corporation, Halcyon Management Co., Bennett Management Co., Resurgence Asset Management Co., M.D. Sass & Co., Angelo, Gordan & Co., Venor Capital Management, GSO Capital Partners, and Goldman Sachs & Co.  In addition, WG&M has represented, may currently represent, and may in the future represent entities with respect to matters involving legal and regulatory authorities such as the Securities Exchange Commission and the Federal Trade Commission, among others, which may be involved in the Debtors' chapter 11 cases.

22.     WG&M will continue to apply the Firm Disclosure Procedures as additional information concerning entities having a connection with the Debtors is developed and will file appropriate supplemental disclosure with the Court.

### WG&M's Rates and Billing Practices

23.     WG&M's current customary hourly rates, subject to change from time to time, are $675 to $950 for members and counsel, $355 to $640 for associates and $50 to $310 for paraprofessionals in our United States offices.

24.     WG&M's disbursement policies pass through all out of pocket expenses at actual cost or an estimated actual cost when the actual cost is difficult to determine.  For example, with respect to duplication charges, WG&M will charge $.10 per page because the

actual cost is difficult to determine.  Similarly, as it relates to computerized research, WG&M believes that it does not make a profit on that service as a whole although the cost of any particular search is difficult to ascertain.  Other reimbursable expenses (whether the service is performed by WG&M in-house or through a third party vendor) include, but are not limited to, facsimiles, toll calls, overtime, overtime meals, deliveries, court costs, cost of food at meetings, transcript fees, travel, and clerk fees.

25.     No promises have been received by WG&M or any member, counsel or associate thereof as to payment or compensation in connection with these cases other than in accordance with the provisions set forth herein.  WG&M has no agreement with any other entity to share with such entity any compensation received by WG&M or by such entity.

26.     The Debtors' Application requests, pursuant to section 328(a) of the Bankruptcy Code, approval of their retention of WG&M on rates, terms and conditions consistent with what WG&M charges non-chapter 11 debtors, namely, prompt payment of its hourly rates as adjusted from time to time and reimbursement of out-of-pocket disbursements at cost or based on formulae that approximate the actual cost where the actual cost is not easily ascertainable.  Subject to these terms and conditions, WG&M intends to apply pursuant to section 330 of the Bankruptcy Code for allowances of compensation for professional services rendered in these chapter 11 cases and for reimbursement of actual and necessary expenses incurred in connection therewith.

## Coordination with Other Professionals for the Debtors

27.     WG&M is aware that the Debtors have submitted, or intend to submit, applications to retain Alvarez & Marsal North America, LLC as their restructuring and financial advisors and The Garden City Group, Inc. as their claims, noticing, and balloting agent in their

chapter 11 cases.  WG&M intends to carefully monitor and coordinate efforts of all professionals retained by the Debtors in the chapter 11 cases and will clearly delineate their respective duties so as to prevent duplication of effort, whenever possible.

28.     The foregoing constitutes the statement of WG&M pursuant to sections 327(a), 328(a), 329, and 504 of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b).

I declare under penalty of perjury that, to the best of my knowledge, and after reasonable inquiry, the foregoing is true and correct.

Executed this 27th day of October, 2009.

 /s/  Alfredo R. Pérez
Alfredo R. Pérez
A Member of the Firm

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re | § | Chapter 11 |
|  | § |  |
| **EXPRESS ENERGY SERVICES** | § |  |
| **OPERATING, LP,** *et al.*, | § | **Case No. 09-38044** |
|  | § |  |
|  | § |  |
| Debtors. | § |  |
|  | § |  |
|  | § | **Jointly Administered** |

**FIRST SUPPLEMENTAL DECLARATION OF ALFREDO R. PÉREZ AND
DISCLOSURE STATEMENT OF WEIL, GOTSHAL & MANGES LLP PURSUANT
TO BANKRUPTCY CODE SECTIONS 327, 328(a), 329 AND 504 AND FEDERAL
RULES OF BANKRUPTCY PROCEDURE 2014(a) AND 2016(b) IN SUPPORT
OF DEBTORS' APPLICATION FOR AUTHORIZATION TO EMPLOY AND
RETAIN WEIL, GOTSHAL & MANGES LLP AS ATTORNEYS
FOR THE DEBTORS, *NUNC PRO TUNC* TO THE COMMENCEMENT DATE**

Alfredo R. Pérez makes this supplemental declaration (this "**Supplement**") under 28 U.S.C. § 1746, and states:

1.      I am a member of the firm of Weil, Gotshal & Manges LLP ("**WG&M**"), and I am admitted to practice before the Court.

2.      On October 27, 2009 (the "**Commencement Date**"), I submitted a declaration (Docket No. 21, Ex. B, the "**Declaration**") in connection with the application of Express Energy Services Operating, LP and its affiliated debtors in the above referenced chapter 11 cases (collectively, the "**Debtors**"), for approval of the Debtors' retention of WG&M, as their attorneys in the above-captioned chapter 11 cases.

3.      I submit this Supplement to provide more precise amounts for certain payments made in connection with fees and expenses incurred by WG&M with respect to services provided to the Debtors. To the extent any information disclosed herein or in the

Declaration requires amendment or modification upon WG&M's completion of further review or as additional information becomes available, another supplemental Declaration will be submitted to the Court reflecting such amended or modified information.

4. The Declaration provides that in the one year prior to the Commencement Date, WG&M received advances in the aggregate amount of $1,341,436.40 from the Debtors on account of services performed and to be performed, including the commencement and prosecution of these chapter 11 cases, and expenses incurred and to be incurred in connection therewith. Declaration, ¶ 7. Further, for that same one year period, the fees and expenses incurred by WG&M during that same one year period and debited against amounts advanced by the Debtors were $1,226,436.40. Id.

5. Upon further review, the fees and expenses actually incurred by WG&M during the one year period prior to the Commencement Date and debited against the amounts advanced by the Debtors were $1,217,916.13. Accordingly, as of the Commencement Date, WG&M has a remaining credit balance in favor of the Debtors in the amount of $123,520.27 for additional professional services performed and to be performed and expenses incurred and to be incurred in connection with these chapter 11 cases. The excess advance amounts will be held by WG&M as a retainer.

I declare under penalty of perjury that, to the best of my knowledge, and after reasonable inquiry, the foregoing is true and correct.

Executed this 16th day of November, 2009.

 /s/ Alfredo R. Pérez
Alfredo R. Pérez
A Member of the Firm

## EXHIBIT 3

**Summary of all Professionals and Paraprofessionals Providing Services to the Debtors
for the Period between October 27, 2009 through December 7, 2009**

| NAME OF PROFESSIONAL<br><br>PARTNERS: | DEPARTMENT AND YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Warren T. Buhle | C-1977 | $900.00 | 0.4 | $360.00 |
| Malcolm E. Landau | C-1994 | $790.00 | 20.2 | $15,958.00 |
| Alfredo R. Pérez | B-1980 | $900.00 | 97.5 | $87,750.00 |
| Jared M. Rusman | T- 1997 | $850.00 | 11.9 | $10,115.00 |
| John B. Strasburger | L- 1989 | $790.00 | 26.8 | $21,172.00 |
| Douglas R. Urquhart | C- 1986 | $825.00 | 14.0 | $11,550.00 |
| **Total Partners/Counsel** | | | **170.8** | **$146,905.00** |

| NAME OF PROFESSIONAL<br><br>ASSOCIATES: | DEPARTMENT AND YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Kristina L. Coffee | T-2004 | $465.00 | 23.2 | $10,788.00 |
| Matthew L. Curro | B-2007 | $465.00 | 74.4 | $34,596.00 |
| Rachel Dougnac | C-2009 | $355.00 | 47.5 | $16,862.50 |
| Jennifer N. Ganesh | B-Admission Pending | $355.00 | 11.3 | $4,011.50 |
| Barry A. Jacobs | C-2004 | $540.00 | 1.1 | $594.00 |
| Junine K. Johnson | C-2005 | $540.00 | 43.2 | $23,328.00 |
| Sachin Kohli | C-2007 | $465.00 | 11.5 | $5,347.50 |
| Christopher M. López | B-2003 | $580.00 | 180.4 | $104,632.00 |
| Giana Ortiz | L-2007 | $415.00 | 3.5 | $1,452.50 |
| Manesh J. Shah | B-2007 | $465.00 | 126.1 | $58,636.50 |
| Andrew R. Swartz | L-2002 | $630.00 | 67.3 | $42,399.00 |
| **Total Associates** | | | **589.5** | **$302,647.50** |

B – Bankruptcy          C – Corporate          L – Litigation          T – Tax

| NAME OF PARAPROFESSIONAL: | DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Chris Jalomo | B | $130.00 | 71.8 | $9,334.00 |
| Pauline Justice | L | $180.00 | 10.8 | $1,944.00 |
| Daniel F. McLaughlin | LIB | $195.00 | 2.4 | $468.00 |
| Gayle E. Mitchel | B | $230.00 | 100.3 | $23,069.00 |
| Ann M. Scarpa | L | $180.00 | 7.9 | $1,422.00 |
| Christine Shrestha | C | $245.00 | 9.8 | $2,401.00 |
| Rene A. Olvera | B | $180.00 | 10.3 | $1,854.00 |
| Sherri Wright | L | $140.00 | 0.5 | $70.00 |
| **Total Paraprofessionals** | | | **213.8** | **$40,562.00** |

B – Bankruptcy        C – Corporate        L – Litigation        LIB – Library Staff

| PROFESSIONALS & PARAPROFESSIONALS TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| **Partners/Counsel** | **$860.10** | 170.8 | $146,905.00 |
| **Associates** | **$513.40** | 589.5 | $302,647.50 |
| **Paraprofessionals** | **$189.75** | 213.8 | $40,562.00 |
| **Blended Rate for Attorneys** | **$591.28** | | |
| **Totals** | | **974.10** | **$490,114.50** |

**EXHIBIT 4**

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|------|------|------|------|------|
| 10/27/09 | Strasburger, John B. | 19614273 | 0.80 | 632.00 | W320 |
| | CONFER WITH A. PEREZ REGARDING LITIGATION ISSUES RELATED TO FILING AND EFFECT ON BREWER DISPUTES (.2); REVIEW DISCLOSURE STATEMENT AND CONFER WITH C. LOPEZ REGARDING STATEMENTS PERTAINING TO LITIGATION (.4); E MAILS WITH A. SWARTZ REGARDING REMOVAL STATUS (.2). | | | | |
| 10/27/09 | Perez, Alfredo R. | 19602868 | 2.10 | 1,890.00 | W210 |
| | NUMEROUS CALLS WITH J. DAVIS, C. LOPEZ, D. ANDERSON AND WRIGHT EXPRESS REGARDING FUEL AND P-CARDS (2.1) | | | | |
| 10/27/09 | Perez, Alfredo R. | 19602869 | 1.10 | 990.00 | W110 |
| | REVIEW FILING OF ADDITIONAL FIRST DAY PLEADINGS, SERVICE OF THE PLEADINGS AND PREPARATION FOR FIRST DAYS (1.1) | | | | |
| 10/27/09 | Lopez, Christopher M | 19584094 | 2.90 | 1,682.00 | W210 |
| | CONFERENCE WITH COUNSEL TO WRIGHT EXPRESS REGARDING EXPRESS FUEL CARDS AND CREDIT CARDS (.3); REVIEW EXPRESS AGREEMENTS WITH WRIGHT EXPRESS (.4); CONFERENCE WITH J. DAVIS REGARDING WRIGHT EXPRESS AND EXPRESS FUEL CARDS AND CREDIT CARDS (.2); DRAFT THE EMERGENCY MOTION TO AUTHORIZE WRIGHT EXPRESS TO SETOFF AGAINST PREPETITION AMOUNTS (2.0). | | | | |
| 10/27/09 | Lopez, Christopher M | 19584095 | 1.30 | 754.00 | W200 |
| | RESEARCH UNDER SECTION 364 OF THE BANKRUPTCY CODE IN CONNECTION WITH THE EXPRESS POSTPETITION FINANCING MOTION. | | | | |
| 10/27/09 | Swartz, Andrew R. | 19616219 | 1.00 | 630.00 | W520 |
| | CORRESPOND WITH J. STRASBURGER REGARDING REMOVAL OF BREWER LAWSUIT (.2); DRAFT REMOVAL PAPERS IN RELATION TO BREWER LAWSUIT (.8). | | | | |
| 10/27/09 | Mitchel, Gayle E. | 19594479 | 1.10 | 253.00 | W110 |
| | ASSIST WITH PREPARATION OF HEARING AND EXHIBIT NOTEBOOKS (1.1). | | | | |
| 10/28/09 | Strasburger, John B. | 19614559 | 0.30 | 237.00 | W110 |
| | E MAILS WITH C. LOPEZ AND CONFER WITH A. PEREZ REGARDING JUDICIAL ASSIGNMENT. | | | | |
| 10/28/09 | Strasburger, John B. | 19614560 | 0.20 | 158.00 | W520 |
| | TELEPHONE CONFERENCE WITH L. HINAJOSA REGARDING MEDIATION RELATED TO BREWER DISPUTE. | | | | |
| 10/28/09 | Perez, Alfredo R. | 19602972 | 3.80 | 3,420.00 | W200 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|------|------|------|------|------|
| | PREPARE FOR AND PARTICIPATE IN FIRST DAY HEARINGS ON EMPLOYEE WAGE MOTION AND CASH COLLATERAL MOTION INCLUDING WITNESS PREPARATION (2.6), PREPARED FOR CONTINUED FIRST DAY HEARINGS (1.2) | | | | |
| 10/28/09 | Perez, Alfredo R. | 19603015 | 1.20 | 1,080.00 | W110 |
| | VARIOUS COMMUNICATIONS WITH COURT, C. GIBBS AND INTERNALLY REGARDING SCHEDULING OF FIRST DAYS (1.2) | | | | |
| 10/28/09 | Perez, Alfredo R. | 19603016 | 1.00 | 900.00 | W210 |
| | VARIOUS COMMUNICATIONS WITH WRIGHT EXPRESS AND CLIENT REGARDING FUEL AND P-CARDS (1.0) | | | | |
| 10/28/09 | Shah, Manesh J. | 19610204 | 0.20 | 93.00 | W130 |
| | COMMUNICATE WITH J. RHEMAN RE: STATUS OF FILING AND RETENTION OF SULLINS AND JOHNSTON P.C. | | | | |
| 10/28/09 | Lopez, Christopher M | 19601382 | 3.60 | 2,088.00 | W110 |
| | PREPARE MEMORANDUM IN CONNECTION WITH THE HEARING ON CERTAIN FIRST DAY MATTERS (2.0); PARTICIPATE IN CONFERENCE WITH J. DAVIS AND D. ANDERSON AT EXPRESS AND A. PEREZ REGARDING THE FIRST DAY HEARING ON CERTAIN MATTERS (.5); PARTICIPATE IN HEARING ON CERTAIN FIRST DAY MATTERS (.7); DRAFT THE WITNESS AND EXHIBIT LIST FOR THE FIRST DAY HEARING (.4). | | | | |
| 10/28/09 | Lopez, Christopher M | 19601383 | 3.60 | 2,088.00 | W210 |
| | CONFERENCES WITH COUNSEL TO WRIGHT EXPRESS REGARDING THE EXPRESS FUEL CARDS AND CREDIT CARDS (.6); RESEARCH CASE LAW IN THE FIFTH CIRCUIT ON SECTION 362 OF THE BANKRUPTCY CODE IN CONNECTION WITH EXPRESS CREDITOR ISSUES (1.5); RESEARCH CASE LAW IN THE 5TH CIRCUIT IN CONNECTION WITH THE MOTION TO PAY LIEN CREDITORS AND SOLE SOURCE SUPPLIERS (1.5). | | | | |
| 10/28/09 | Swartz, Andrew R. | 19616222 | 1.00 | 630.00 | W520 |
| | CORRESPOND WITH J. STRASBURGER REGARDING REMOVAL OF BREWER LAWSUIT (.1) ; RESEARCH GROUNDS AND PROCEDURE RELATING TO REMOVAL OF BREWER LAWSUIT (.9). | | | | |
| 10/28/09 | Ganesh, Jennifer N. | 19587232 | 3.50 | 1,242.50 | W110 |
| | PREPARE FOR FIRST DAY HEARING. | | | | |
| 10/28/09 | Justice, Pauline | 19616715 | 6.60 | 1,188.00 | W110 |
| | ASSIST WITH QC'ING, COLLECTING AND ORGANIZING MATERIALS PURSUANT TO FIRST DAY HEARING BEFORE JUDGE BROWN RE: EXPRESS ENERGY SERVICES PER GAYLE MITCHEL. | | | | |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/ DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ ACTIVITY CODE |
|------|------|------|------|------|------|
| 10/28/09 | Mitchel, Gayle E. | 19623568 | 8.00 | 1,840.00 | W110 |

PREPARE AND E-FILE NOTICE OF HEARING FOR FIRST DAY EMERGENCY MOTIONS, EMAIL CONFIRMATION OF FILING TO ATTORNEY AND FORWARD TO GARDEN CITY GROUP WITH SERVICE INSTRUCTIONS (.7); CALL WITH R. STENNIS, JUDGE BOHM'S CASE MANAGER, RE: CHAMBERS PREFERENCES (.5); DRAFT AND E-FILE WITNESS AND EXHIBIT LIST FOR 2:00 P.M. HEARING, EMAIL CONFIRMATION OF FILING TO ATTORNEY AND FORWARD TO GARDEN CITY GROUP WITH SERVICE INSTRUCTIONS (.8); ASSIST WITH PREPARATION OF HEARING BINDERS AND EXHIBIT BINDERS FOR HEARING (3.4); CALLS AND EMAIL FROM ATTORNEY AT HEARING REQUESTING ADDITIONAL MATERIALS AND SEND TO COURTHOUSE VIA RUNNER (.5); EMAILS TO GARDEN CITY GROUP RE: AFFIDAVIT OF SERVICE REQUIREMENTS (.3); PREPARE AND E-FILE NOTICE OF CONTINUED HEARING ON EMERGENCY FIRST DAY MOTIONS, EMAIL CONFIRMATION OF FILING TO ATTORNEY AND FORWARD TO GARDEN CITY GROUP WITH SERVICE INSTRUCTIONS (.7); ADDITIONAL ASSEMBLY OF CASE BOOK WITH MATERIALS SPECIFIC TO S.D.TX PRACTICE AND JUDGE BOHM'S PREFERENCES (.6); CALLS WITH P. LEATHEM, GARDEN CITY GROUP, AND C. LOPEZ RE: CREDITOR MATRIX UPLOAD (.5).

| DATE | TIMEKEEPER/ DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ ACTIVITY CODE |
|------|------|------|------|------|------|
| 10/28/09 | Jalomo, Chris | 19599085 | 6.00 | 780.00 | W110 |

REVIEW AND PREPARE MATERIALS RELATING TO THE FIRST DAY HEARING.

| DATE | TIMEKEEPER/ DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ ACTIVITY CODE |
|------|------|------|------|------|------|
| 10/29/09 | Perez, Alfredo R. | 19603167 | 2.30 | 2,070.00 | W500 |

PREPARE FOR AND PARTICIPATE IN CONTINUED FIRST DAY HEARINGS INCLUDING THE PRELIMINARY APPROVAL OF THE DISCLOSURE STATEMENT (2.3)

| DATE | TIMEKEEPER/ DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ ACTIVITY CODE |
|------|------|------|------|------|------|
| 10/29/09 | Perez, Alfredo R. | 19603170 | 1.40 | 1,260.00 | W210 |

CONFERENCE CALL J. DAVIS, R. CASTELS, M. PORTELA AND C. LOPEZ REGARDING CRITICAL VENDORS AND EXISTING CREDITORS FOR TOP 20 (1.4)

| DATE | TIMEKEEPER/ DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ ACTIVITY CODE |
|------|------|------|------|------|------|
| 10/29/09 | Shah, Manesh J. | 19617388 | 1.60 | 744.00 | W130 |

COMMUNICATE WITH J. RHEAMAN RE: APPLICATION TO RETAIN SULLINS AND JOHNSTON P.C. AND RELATED EXHIBITS (0.2); REVISE DRAFT OF APPLICATION TO RETAIN SULLINS AND JOHNSTON P.C. AND RELATED EXHIBITS (0.8); COMMUNICATE WITH A. PEREZ RE: APPLICATION TO RETAIN SULLINS AND JOHNSTON P.C. (0.3); COMMUNICATE WITH J. DAVIS RE: APPLICATION TO RETAIN SULLINS AND JOHNSTON P.C. (0.2); COMMUNICATE WITH G. MITCHEL RE: FILING APPLICATION TO RETAIN SULLINS AND JOHNSTON P.C. (0.1).

| DATE | TIMEKEEPER/ DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ ACTIVITY CODE |
|------|------|------|------|------|------|
| 10/29/09 | Shah, Manesh J. | 19617390 | 2.60 | 1,209.00 | W320 |

REVISE MOTION AND PROPOSED FORM OF ORDER RELATING TO LIFTING AUTOMATIC STAY RE WRIGHT EXPRESS FINANCIAL SERVICES CORPORATION (2.5); COMMUNICATE WITH C. LOPEZ RE: SAME (0.1).

| DATE | TIMEKEEPER/ DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ ACTIVITY CODE |
|------|------|------|------|------|------|
| 10/29/09 | Lopez, Christopher M | 19601385 | 1.90 | 1,102.00 | W110 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|------|------|------|------|------|
| | PREPARE FOR THE HEARING ON ADDITIONAL FIRST DAY MATTERS (0.6); PARTICIPATE IN CONFERENCE WITH J. DAVIS REGARDING THE FIRST DAY HEARING ON ADDITIONAL MATTERS (.3); PARTICIPATE IN HEARING ON ADDITIONAL FIRST DAY MATTERS (1.0). | | | | |
| 10/29/09 | Lopez, Christopher M | 19601386 | 4.00 | 2,320.00 | W210 |
| | PARTICIPATE IN CONFERENCES REGARDING WRIGHT EXPRESS AND THE EXPRESS FUEL AND CREDIT CARDS (.5); REVIEW AND REVISE THE ORDER APPROVING THE MOTION TO PAY FOR GOODS AND SERVICES POSTPETITION (.3); DRAFT THE WRIGHT EXPRESS SETOFF MOTION (2.5); CONFERENCE WITH A. PEREZ REGARDING WRIGHT EXPRESS (.1); CONFERENCE WITH J. DAVIS AT EXPRESS REGARDING LEASE REJECTION ISSUES (.3); CONFERENCE WITH J. DAVIS AT EXPRESS REGARDING EXPRESS GENERAL UNSECURED CREDITORS (.3). | | | | |
| 10/29/09 | Ganesh, Jennifer N. | 19591777 | 5.30 | 1,881.50 | W310 |
| | REVIEW LOCAL RULES RE: REQUIREMENTS FOR REJECTION OF LEASES (0.2); REVIEW MOTIONS TO REJECT NON-RESIDENTIAL REAL PROPERTY LEASES (1.8); DRAFT THE SAME (3.3). | | | | |
| 10/29/09 | Justice, Pauline | 19617020 | 3.50 | 630.00 | W110 |
| | ASSIST WITH COLLECTING AND ORGANIZING MATERIALS PURSUANT TO THE HEARING BEFORE JUDGE BROWN RE: EXPRESS ENERGY SERVICES (1.8); REVIEW, AND ORGANIZE RECENTLY FILED DOCUMENTS AND PLACE ON THE R DRIVE IN THE SPECIFIED FOLDER PER G. MITCHEL (1.7). | | | | |
| 10/29/09 | Mitchel, Gayle E. | 19624146 | 6.30 | 1,449.00 | W110 |
| | ASSIST IN PREPARATION FOR TODAY'S HEARING (3.0); EMAILS AND CALLS WITH GARDEN CITY RE: SERVICE ON VARIOUS FILINGS (.3); DOWNLOAD DOCKET AND ORDERS ENTERED FROM OCTOBER 28 HEARING (.4); REVISE AND E-FILE SULLINS AND JOHNSTON RETENTION APPLICATION WITH CONFIRMATION OF FILING TO ATTORNEY AND EMAIL TO GARDEN CITY GROUP WITH SERVICE INSTRUCTIONS (.8); CALL FROM P. LEATHEM, GARDEN CITY GROUP, WITH SERVICE QUESTION ON SULLINS RETENTION APPLICATION (.1); DRAFT NOTICE OF NOVEMBER 17, 2009 HEARING AND FORWARD TO C. LOPEZ FOR REVIEW (1.5); PULL ORDERS FOR CALENDARING REQUIRED DATES (.2). | | | | |
| 10/29/09 | Jalomo, Chris | 19599086 | 7.00 | 910.00 | W110 |
| | REVIEW AND PREPARE MATERIALS RELATING TO THE FIRST DAY HEARING. | | | | |
| 10/30/09 | Strasburger, John B. | 19613338 | 0.60 | 474.00 | W520 |
| | E MAILS WITH C. LOPEZ REGARDING STATUS OF FIRST DAY HEARINGS (0.2); CONFER WITH C. LOPEZ REGARDING FIRST DAY MATTERS AND BREWER STRATEGY (0.2); E MAILS WITH A. SWARTZ REGARDING BREWER ISSUES (0.2). | | | | |
| 10/30/09 | Perez, Alfredo R. | 19602316 | 0.30 | 270.00 | W110 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|---|---|---|---|---|---|
| | COMMUNICATIONS WITH G. MITCHELL AND C. LOPEZ REGARDING NOTICE AND CASE ADMINISTRATION ISSUES (.3) | | | | |
| 10/30/09 | Perez, Alfredo R. | 19602421 | 1.20 | 1,080.00 | W210 |
| | CONFERENCE CALL J. DAVIS, R. CASTELS AND C. LOPEZ REGARDING CRITICAL VENDOR ISSUES AND 20 LARGEST CREDITORS (1.2) | | | | |
| 10/30/09 | Perez, Alfredo R. | 19602422 | 0.80 | 720.00 | W200 |
| | REVIEW, REVISE AND FINALIZE THE DIP FINANCING MOTION (.8) | | | | |
| 10/30/09 | Perez, Alfredo R. | 19602423 | 0.90 | 810.00 | W310 |
| | REVIEW, REVISE AND FINALIZE MOTION TO REJECT REAL PROPERTY LEASES (.6), VARIOUS COMMUNICATIONS WITH J. DAVIS REGARDING LEASES (.3) | | | | |
| 10/30/09 | Perez, Alfredo R. | 19602424 | 0.30 | 270.00 | W210 |
| | CONFERENCE CALL J. DAVIS AND D. ANDERSON REGARDING SIEMENS LEASE (.3) | | | | |
| 10/30/09 | Shah, Manesh J. | 19617395 | 0.40 | 186.00 | W110 |
| | REVISE DRAFT NOTICE OF HEARING FOR NOVEMBER 17, 2009 (0.3); COMMUNICATE WITH C. LOPEZ RE: SAME (0.1). | | | | |
| 10/30/09 | Shah, Manesh J. | 19617396 | 4.40 | 2,046.00 | W310 |
| | DRAFT MOTION TO REJECT REAL PROPERTY LEASES AND FORM OF ORDER (2.1); REVIEW AND ANALYZE LIST OF LEASES (0.3); COMMUNICATE WITH A. PEREZ RE: SAME (0.2); REVISE MOTION TO REJECT REAL PROPERTY LEASES AND RELATED FORM OF ORDER (1.8). | | | | |
| 10/30/09 | Lopez, Christopher M | 19601266 | 0.40 | 232.00 | W500 |
| | CONFERENCES WITH GARDEN CITY GROUP REGARDING THE SOLICITATION OF THE EXPRESS PLAN OF REORGANIZATION. | | | | |
| 10/30/09 | Lopez, Christopher M | 19601267 | 7.20 | 4,176.00 | W200 |
| | REVIEW DOCUMENTS REGARDING THE EXPRESS DEBTOR IN POSSESSION FINANCING (1.0); RESEARCH CASE LAW IN THE 5TH CIRCUIT ON SECTIONS 362 AND 364 OF THE BANKRUPTCY CODE IN CONNECTION WITH THE MOTION TO APPROVE THE EXPRESS DEBTOR IN POSSESSION FINANCING (2.0); DRAFT THE MOTION TO APPROVE THE EXPRESS DEBTOR IN POSSESSION FINANCING (4.2). | | | | |
| 10/30/09 | Lopez, Christopher M | 19601268 | 0.30 | 174.00 | W110 |
| | REVIEW AND REVISE THE NOTICE OF THE NOV. 17 HEARING. | | | | |
| 10/30/09 | Lopez, Christopher M | 19601381 | 0.80 | 464.00 | W210 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|---|---|---|---|---|---|
| | CONFERENCE WITH J. DAVIS AT EXPRESS REGARDING POTENTIAL LIEN CREDITORS AND SOLE SOURCE PROVIDERS (.3); REVIEW AND REVISE THE FIRST OMNIBUS MOTION TO REJECT UNEXPIRED LEASES (.5). | | | | |
| 10/30/09 | Swartz, Andrew R. | 19615349 | 7.10 | 4,473.00 | W520 |
| | DRAFT REMOVAL PAPERS RELATING TO BREWER LAWSUIT (6.2); CORRESPOND WITH J. STRASBURGER REGARDING REMOVAL OF BREWER LAWSUIT (.1); CORRESPOND WITH J. STRASBURGER REGARDING STRATEGY FOR BREWER LAWSUIT (.8). | | | | |
| 10/30/09 | Ganesh, Jennifer N. | 19599409 | 2.50 | 887.50 | W310 |
| | DRAFT FORM OF REJECTION LETTER FOR LEASES (0.8); REVISE MOTION TO REJECT UNEXPIRED LEASES (1.7). | | | | |
| 10/30/09 | Mitchel, Gayle E. | 19621943 | 4.60 | 1,058.00 | W110 |
| | MEET WITH A. PEREZ RE: CASE TIMING AND OVERVIEW (.2); CALL FROM C. PALMER, U.S. ATTORNEY'S OFFICE, EASTERN DISTRICT OF LOUISIANA, RE: RECEIPT OF SERVICE (.1); CALLS FROM P. LEATHEM, GARDEN CITY GROUP, RE: SERVICE REQUIREMENTS FOR TODAY AND FILING CRITICAL VENDOR MOTION UNDER SEAL (.2); RESEARCH CORRECTIONS/UPDATES TO MASTER SERVICE LIST AND FORWARD TO P. LEATHEM, GARDEN CITY GROUP (.7); MONITOR BANKRUPTCY DOCKET FOR NEW FILINGS (.3); UPDATE INTERNAL DOCKET (.2); UPDATE CASE CALENDAR (.6); PREPARE AND E-FILE DEBTORS' EXPEDITED MOTION FOR AN ORDER (I) AUTHORIZING DEBTORS TO INCUR POST-PETITION SECURED INDEBTEDNESS; (II) GRANTING SECURITY INTERESTS AND SUPERPRIORITY CLAIMS PURSUANT TO SECTIONS 105(A), 364(C) AND (D) OF THE BANKRUPTCY CODE; AND (III) MODIFYING THE AUTOMATIC STAY TO THE EXTENT NECESSARY AND NOTICE OF HEARING ON NOVEMBER 17, 2009 AT 2:30 P.M. (PREVAILING CENTRAL TIME), WITH CONFIRMATION OF E-FILING TO ATTORNEYS AND EMAIL TO GARDEN CITY GROUP WITH SERVICE INSTRUCTIONS (2.3). | | | | |
| 10/30/09 | Jalomo, Chris | 19627250 | 3.00 | 390.00 | W110 |
| | CREATE BINDERS OF FIRST DAY MOTIONS AND SIGNED ORDERS (2.0); REVIEW AND ORGANIZE HEARING MATERIALS AND CREATE FILES (1.0). | | | | |
| 10/31/09 | Perez, Alfredo R. | 19602138 | 1.50 | 1,350.00 | W210 |
| | VARIOUS COMMUNICATIONS WITH J. DAVIS AND C. LOPEZ REGARDING REJECTION OF SIEMENS LEASE EQUIPMENT (.7), REVIEW LEASE ASSIGNED TO SIEMENS AND REVIEW AND APPROVE MOTION TO REJECT (.8) | | | | |
| 10/31/09 | Perez, Alfredo R. | 19602139 | 0.20 | 180.00 | W200 |
| | COMMUNICATIONS WITH J. DAVIS REGARDING JPMORGAN CHECKS (.2) | | | | |
| 10/31/09 | Lopez, Christopher M | 19601263 | 1.00 | 580.00 | W140 |
| | REVIEW DOCUMENTS RELATING TO THE EXPRESS SCHEDULES OF ASSETS AND STATEMENTS OF FINANCIAL AFFAIRS. | | | | |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/ DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ ACTIVITY CODE |
|---|---|---|---|---|---|
| 10/31/09 | Lopez, Christopher M | 19601264 | 0.30 | 174.00 | W110 |
| | REVIEW AND REVISE THE EXPRESS CASE CALENDAR. | | | | |
| 10/31/09 | Lopez, Christopher M | 19601265 | 1.00 | 580.00 | W500 |
| | REVIEW AND REVISE THE EXPRESS VOTING BALLOTS IN CONNECTION WITH THE SOLICITATION ON THE EXPRESS PLAN OF REORGANIZATION. | | | | |
| 10/31/09 | Lopez, Christopher M | 19601349 | 3.70 | 2,146.00 | W210 |
| | CONFERENCES WITH J. DAVIS REGARDING THE EQUIPMENT LEASE WITH SIEMENS (.3); CONFERENCES WITH J. DAVIS REGARDING LIEN CREDITOR ISSUES (.3); REVIEW DOCUMENTS REGARDING THE EQUIPMENT LEASE WITH SIEMENS (.3); RESEARCH UNDER SECTION 365 OF THE BANKRUPTCY CODE IN CONNECTION WITH THE MOTION TO REJECT THE EQUIPMENT LEASE WITH SIEMENS (.5); DRAFT THE MOTION TO REJECTION THE EQUIPMENT LEASE WITH SIEMENS (2.3). | | | | |
| 10/31/09 | Mitchel, Gayle E. | 19623629 | 1.10 | 253.00 | W110 |
| | EMAILS WITH C. LOPEZ (.2); PREPARE AND E-FILE EXPEDITED MOTION TO REJECT EQUIPMENT LEASE, CONFIRM FILING WITH ATTORNEY AND FORWARD TO GARDEN CITY GROUP WITH SERVICE INSTRUCTIONS (.9). | | | | |
| 11/01/09 | Shah, Manesh J. | 19657672 | 9.30 | 4,324.50 | W210 |
| | REVIEW LISTS OF (I) POTENTIAL LIEN CLAIMANTS, (II) CERTAIN SOLE SOURCE PROVIDERS, AND (III) REFUND CLAIMANT (0.4); COMMUNICATE WITH C. LOPEZ RE: SAME (0.2); DRAFT MOTION AND PROPOSED FORM OF ORDER SEEKING AUTHORITY TO PAY (I) POTENTIAL LIEN CLAIMANTS, (II) CERTAIN SOLE SOURCE PROVIDERS, AND (III) REFUND CLAIMANT (4.5); RESEARCH FOR PRECEDENT AND AUTHORITY RE: SAME (0.8); DRAFT MOTION AND PROPOSED FORM OF ORDER SEEKING AUTHORITY TO SEAL LIST CONTAINING (I) POTENTIAL LIEN CLAIMANTS, (II) CERTAIN SOLE SOURCE PROVIDERS, AND (III) REFUND CLAIMANT (2.5); RESEARCH FOR PRECEDENT RE: SAME (0.9). | | | | |
| 11/02/09 | Strasburger, John B. | 19649961 | 0.80 | 632.00 | W520 |
| | WORK ON NOTICE OF REMOVAL, E MAILS WITH A. SWARTZ REGARDING CHANGES TO SAME AND ADDITIONAL PLEADINGS NEEDED, STRATEGY GOING FORWARD. | | | | |
| 11/02/09 | Strasburger, John B. | 19649962 | 0.10 | 79.00 | W210 |
| | E MAILS WITH D. ANDERSON AND A. PEREZ REGARDING PAYMENTS FOR RENTAL EQUIPMENT. | | | | |
| 11/02/09 | Perez, Alfredo R. | 19649640 | 0.80 | 720.00 | W210 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|------|------|------|------|------|
| | VARIOUS COMMUNICATIONS WITH J. DAVIS AND D. ANDERSON REGARDING SUMMIT CERTIFIED CHECK (.4), COMMUNICATIONS WITH J. DAVIS REGARDING UTILITIES ISSUES (.2), COMMUNICATIONS WITH J. DAVIS REGARDING CONTRACTING ON A POST-PETITION BASIS (.2) | | | | |
| 11/02/09 | Perez, Alfredo R. | 19649666 | 0.40 | 360.00 | W140 |
| | REVIEW AMENDED LIST OF TOP 20 CREDITORS (.2), COMMUNICATIONS WITH C. LOPEZ REGARDING SAME (.2) | | | | |
| 11/02/09 | Perez, Alfredo R. | 19649723 | 0.30 | 270.00 | W200 |
| | COMMUNICATIONS WITH A&M REGARDING DIP FINANCING (.3) | | | | |
| 11/02/09 | Shah, Manesh J. | 19657673 | 7.40 | 3,441.00 | W500 |
| | REVIEW AND REVISE NOTICE TO IMPAIRED CLAIMANTS (0.8); REVIEW AND REVISE NOTICE TO UNIMPAIRED CLAIMANTS (0.8); REVIEW AND REVISE NOTICE OF COMMENCEMENT HEARING (0.7); REVIEW AND REVISE BALLOTS TO CLASS 3 AND CLASS 4 CLAIMANTS (1.5); REVIEW AND REVISE NOTICE OF COMMENCEMENT (0.8); REVIEW AND REVISE DISCLOSURE STATEMENT (0.7); PREPARE VARIOUS SOLICITATION PACKAGES (0.8); COMMUNICATE WITH C. LOPEZ RE: SAME (0.3); REVIEW SCHEDULES OF POTENTIAL CLASS ONE AND CLASS TWO CLAIMANTS (0.8); COMMUNICATE WITH J. HARRIMAN RE: SAME (0.2). | | | | |
| 11/02/09 | Shah, Manesh J. | 19657674 | 6.80 | 3,162.00 | W210 |
| | REVISE MOTION AND PROPOSED FORM OF ORDER SEEKING AUTHORITY TO PAY (I) POTENTIAL LIEN CLAIMANTS, (II) CERTAIN SOLE SOURCE PROVIDERS, AND (III) REFUND CLAIMANT (3.5); RESEARCH FOR PRECEDENT AND AUTHORITY RE: SAME (0.4); DRAFT MOTION AND PROPOSED FORM OF ORDER SEEKING AUTHORITY TO SEAL LIST CONTAINING (I) POTENTIAL LIEN CLAIMANTS, (II) CERTAIN SOLE SOURCE PROVIDERS, AND (III) REFUND CLAIMANT (2.1); RESEARCH FOR PRECEDENT RE: SAME (0.4); COMMUNICATE WITH C. LOPEZ RE: SAME (0.4). | | | | |
| 11/02/09 | Lopez, Christopher M | 19696872 | 7.10 | 4,118.00 | W210 |
| | RESEARCH CASE LAW ON SECTIONS 1107, 363, AND 105 OF THE BANKRUPTCY CODE AND TEXAS AND LOUISIANA OIL AND GAS LAW IN CONNECTION WITH THE MOTION TO PAY CERTAIN PREPETITION CLAIMS (3.6); REVIEW AND REVISE THE MOTION TO PAY CERTAIN PREPETITION CLAIMS AND THE MOTION TO SEAL THE EXHIBIT TO THE MOTION TO PAY CERTAIN PREPETITION CLAIMS (3.5). | | | | |
| 11/02/09 | Lopez, Christopher M | 19696874 | 3.00 | 1,740.00 | W500 |
| | RESEARCH CASE LAW UNDER SECTIONS 1125 AND 1129 OF THE BANKRUPTCY CODE REGARDING THE EXPRESS PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT. | | | | |
| 11/02/09 | Swartz, Andrew R. | 19684106 | 1.50 | 945.00 | W520 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|------|------|------|------|------|
| | CORRESPOND WITH J. STRASBURGER REGARDING REMOVAL PAPERS (.2); REVISE REMOVAL PAPERS (1.3). | | | | |
| 11/02/09 | Justice, Pauline | 19657902 | 0.70 | 126.00 | W110 |
| | CONFER WITH GAYLE MITCHEL RE RECENT FILINGS (0.2); REVIEW, DOWNLOAD AND ORGANIZE RECENTLY FILED DOCUMENTS ON PACER AND PLACE ON THE R DRIVE IN THE SPECIFIED FOLDERS AND COMBINE ANY EXHIBITS INTO SINGLE PDF PER G. MITCHEL (0.5). | | | | |
| 11/02/09 | Mitchel, Gayle E. | 19655168 | 3.90 | 897.00 | W110 |
| | PULL EXHIBITS FROM MOTIONS TO APPROVE NOTICE OF COMMENCEMENT AND DISCLOSURE STATEMENT, PRINT AND DELIVER TO M. SHAH PER HIS REQUEST (.4); UPDATE INTERNAL DOCKET (.3); ORGANIZE NOVEMBER 17 HEARING FILE (.6); DRAFT NEW TOP 20 CONSOLIDATED CREDITORS LIST AND FORWARD TO ATTORNEY FOR REVIEW (1.5); REVISIONS TO MASTER SERVICE LIST (1.1). | | | | |
| 11/03/09 | Strasburger, John B. | 19649853 | 0.60 | 474.00 | W520 |
| | MULTIPLE E MAILS WITH A. SWARTZ REGARDING REMOVAL PAPERS; E MAIL WITH ANDERSON REGARDING B. COOK TERMINATION AND BREWER REMOVAL PAPERS AND FOLLOW UP ON SAME. | | | | |
| 11/03/09 | Perez, Alfredo R. | 19649728 | 1.40 | 1,260.00 | W210 |
| | REVIEW AND REVISE ESSENTIAL VENDOR MOTION AND VARIOUS COMMUNICATIONS WITH C. LOPEZ REGARDING SAME (1.1), VARIOUS COMMUNICATIONS WITH P. SNOW AND CLIENT REGARDING DRILLEX (.3) | | | | |
| 11/03/09 | Perez, Alfredo R. | 19649731 | 0.20 | 180.00 | W110 |
| | REVIEW TOP 20 LIST AND MASTER SERVICE LIST (.2) | | | | |
| 11/03/09 | Perez, Alfredo R. | 19649732 | 0.30 | 270.00 | W200 |
| | VARIOUS COMMUNICATIONS WITH RKO REGARDING DIP FINANCING (.3) | | | | |
| 11/03/09 | Perez, Alfredo R. | 19649735 | 0.20 | 180.00 | W210 |
| | COMMUNICATIONS WITH R. CASTELS REGARDING UTILITY ISSUES (.2) | | | | |
| 11/03/09 | Perez, Alfredo R. | 19649736 | 0.40 | 360.00 | W500 |
| | VARIOUS COMMUNICATIONS WITH C. LOPEZ REGARDING BALLOTING AND REVIEW OF SOLICITATION ISSUES (.4) | | | | |
| 11/03/09 | Rusman, Jared M. | 19696018 | 1.50 | 1,275.00 | W510 |
| | CONFERENCE CALL WITH L. BARZILAI, M. BARDEN (PRICEWATERHOUSECOOPERS) AND MACQUARIE RE:  REPORTABLE TRANSACTIONS (1.5). | | | | |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/ DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ ACTIVITY CODE |
|---|---|---|---|---|---|
| 11/03/09 | Coffee, Kristina L. | 19696226 | 0.50 | 232.50 | W510 |

CONFERENCE CALL WITH PRICEWATERHOUSECOOPERS TEAM, SIDLEY AUSTIN TEAM AND J. RUSMAN RE:  REPORTABLE TRANSACTION RULES (.5).

| 11/03/09 | Shah, Manesh J. | 19729639 | 2.00 | 930.00 | W500 |
|---|---|---|---|---|---|

COMMUNICATE WITH J. HERRIMAN RE: HOLDERS OF CERTAIN CLASSIFIED CLAIMS (0.3); COMMUNICATE WITH R. CASTELLS RE: SOLICITATION PACKAGES SENT TO HOLDERS OF CERTAIN CLASSES OF CLAIMS (0.2); COMMUNICATE WITH C. LOPEZ RE: MAILING OF SOLICITATION PACKAGES (0.2); COMMUNICATE WITH P. LEATHAM RE: MAILING OF SOLICITATION PACKAGES (0.4); REVIEW SOLICITATION PACKAGES SENT TO HOLDERS OF VARIOUS CLASSES OF CLAIMS (0.9).

| 11/03/09 | Shah, Manesh J. | 19729640 | 1.10 | 511.50 | W210 |
|---|---|---|---|---|---|

COMMUNICATE WITH C. LOPEZ RE: MOTION TO PAY CERTAIN VENDORS AND MOTION TO FILE LIST OF COUNTERPARTIES UNDER SEAL (0.2); REVIEW AND REVISE MOTION TO PAY CERTAIN VENDORS AND FILE LIST OF COUNTERPARTIES UNDER SEAL (0.9).

| 11/03/09 | Lopez, Christopher M | 19696870 | 5.70 | 3,306.00 | W500 |
|---|---|---|---|---|---|

CONFERENCES WITH M. SHAH REGARDING THE SOLICITATION PROCESS ON THE EXPRESS PLAN OF REORGANIZATION (.5); REVIEW AND REVISE THE EXPRESS BALLOTS AND NOTICES OF IMPAIRED AN UNIMPAIRED STATUS (3.0); CONFERENCES WITH THE GARDEN CITY GROUP REGARDING THE SOLICITATION PROCESS ON THE EXPRESS PLAN OF REORGANIZATION (1.0); CONFERENCES WITH J. DAVIS AND D. ANDERSON REGARDING THE SOLICITATION PROCESS ON THE EXPRESS PLAN OF REORGANIZATION (.6); REVIEW ADDITIONAL SOLICITATION MATERIALS AND LISTS REGARDING THE SOLICITATION PROCESS ON THE EXPRESS PLAN OF REORGANIZATION (.6).

| 11/03/09 | Lopez, Christopher M | 19696871 | 1.50 | 870.00 | W210 |
|---|---|---|---|---|---|

REVIEW AND REVISE THE MOTION TO PAY CERTAIN PREPETITION CLAIMS AND THE MOTION TO SEAL THE EXHIBIT TO THE MOTION TO PAY CERTAIN PREPETITION CLAIMS.

| 11/03/09 | Swartz, Andrew R. | 19684112 | 0.70 | 441.00 | W520 |
|---|---|---|---|---|---|

CORRESPOND WITH C. LOPEZ REGARDING DRAFT REMOVAL PAPERS (.1); CORRESPOND WITH J. STRASBURGER REGARDING EXPRESS REMOVAL PAPERS (.2); CORRESPOND WITH A. SCARPA REGARDING PREPARING REMOVAL PAPERS FOR FILING (.2); CORRESPOND WITH D. BREWER REGARDING EXPRESS REMOVAL PAPERS (.2).

| 11/03/09 | Scarpa, Ann M | 19650486 | 3.00 | 540.00 | W520 |
|---|---|---|---|---|---|

PREPARE DOCUMENTS RE: NOTICE OF REMOVAL FROM STATE COURT FOR ATTORNEY REVIEW.

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/ DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ ACTIVITY CODE |
|------|------------------------|-----------|-------|--------|---------------------|
| 11/03/09 | Mitchel, Gayle E. | 19655085 | 5.90 | 1,357.00 | W110 |

REVISE TOP 20 CREDITORS LIST (.1); REVISE MASTER SERVICE LIST (.1); EMAIL AMENDED TOP 20 CREDITORS LIST AND REVISED MASTER SERVICE LIST TO A. PEREZ FOR REVIEW AND APPROVAL (.1); ADD SULLINS & JOHNSTON TO MASTER SERVICE LIST AT REQUEST OF A. PEREZ (.1); FORWARD MASTER SERVICE LIST ADDITIONS AND REVISIONS TO GARDEN CITY GROUP (.1); ADDITIONAL REVISIONS TO MASTER SERVICE LIST (.2); CALL TO CLERKS' OFFICE RE: PROPER CATEGORY FOR FILING OF SAME, PREPARE AND E-FILE MASTER SERVICE LIST WITH CONFIRMATION OF FILING TO ATTORNEY AND EMAIL TO GARDEN CITY GROUP WITH SERVICE INSTRUCTIONS (1.4); PREPARE AND E-FILE AMENDED TOP 20 CREDITORS LIST WITH CONFIRMATION OF FILING TO ATTORNEY AND EMAIL TO GARDEN CITY GROUP WITH SERVICE INSTRUCTIONS (.4); EMAIL EXECUTED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT TO G. SUSTRICK, COUNSEL FOR VOLANT PRODUCTS, INC., AT REQUEST OF A. PEREZ (.1); PREPARE AND E-FILE EMERGENCY MOTION FOR AUTHORITY TO PAY PREPETITION OBLIGATIONS WITH CONFIRMATION OF FILING TO ATTORNEYS AND EMAIL TO GARDEN CITY GROUP FOR SERVICE (1.4); PREPARE AND E-FILE EMERGENCY MOTION TO FILE PAYEE EXHIBIT UNDER SEAL WITH CONFIRMATION OF FILING TO ATTORNEYS AND EMAIL TO GARDEN CITY GROUP FOR SERVICE (1.4); PREPARE AND E-FILE NOTICE OF HEARING OF EMERGENCY MOTIONS SET FOR NOVEMBER 6, 2009 WITH CONFIRMATION OF FILING TO ATTORNEYS AND EMAIL TO GARDEN CITY GROUP FOR SERVICE (.5).

| DATE | TIMEKEEPER/ DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ ACTIVITY CODE |
|------|------------------------|-----------|-------|--------|---------------------|
| 11/04/09 | Strasburger, John B. | 19649847 | 0.50 | 395.00 | W520 |

E MAILS WITH A. SWARTZ REGARDING REMOVAL ISSUES AND REVIEW AND REVISE CIVIL COVER SHEET (.4); CONFER WITH C. LOPEZ REGARDING REMOVAL (.1).

| DATE | TIMEKEEPER/ DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ ACTIVITY CODE |
|------|------------------------|-----------|-------|--------|---------------------|
| 11/04/09 | Strasburger, John B. | 19649848 | 0.20 | 158.00 | W210 |

REVIEW DRAFT CONTRACT REJECTION LETTERS AND CONFER WITH C. LOPEZ REGARDING SAME.

| DATE | TIMEKEEPER/ DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ ACTIVITY CODE |
|------|------------------------|-----------|-------|--------|---------------------|
| 11/04/09 | Urquhart, Douglas R. | 19670328 | 3.80 | 3,135.00 | W200 |

CALLS RE STATUS (0.4); CALL WITH JOHNSON (0.2); COMMENCE REVIEW AND MARKUP OF DRAFT DIP AGREEMENT (2.8); EMAILS RE SAME (0.4).

| DATE | TIMEKEEPER/ DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ ACTIVITY CODE |
|------|------------------------|-----------|-------|--------|---------------------|
| 11/04/09 | Perez, Alfredo R. | 19649743 | 0.30 | 270.00 | W200 |

VARIOUS COMMUNICATIONS WITH A&M AND ORIX REGARDING DIP FINANCING ISSUES (.3)

| DATE | TIMEKEEPER/ DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ ACTIVITY CODE |
|------|------------------------|-----------|-------|--------|---------------------|
| 11/04/09 | Perez, Alfredo R. | 19649744 | 0.80 | 720.00 | W500 |

VARIOUS COMMUNICATIONS WITH C. LOPEZ AND GARDEN CITY REGARDING SOLICITATION ISSUES (.8)

| DATE | TIMEKEEPER/ DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ ACTIVITY CODE |
|------|------------------------|-----------|-------|--------|---------------------|
| 11/04/09 | Shah, Manesh J. | 19729641 | 1.40 | 651.00 | W500 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|----------------------------|-----------|-------|--------|---------------------------|
| | REVIEW AND REVISE CLASS 4 BALLOT (0.8); COMMUNICATE WITH P. LEATHEM RE: CLASS 4 BALLOT AND SERVICE OF SOLICITATION PACKAGES (0.3); COMMUNICATE WITH R. CASTELLS RE: HOLDERS OF CLASS 2 CLAIMS (0.3). | | | | |
| 11/04/09 | Lopez, Christopher M | 19696875 | 3.20 | 1,856.00 | W500 |
| | CONFERENCES WITH THE GARDEN CITY GROUP REGARDING THE EXPRESS PLAN SOLICITATION PROCESS (1.0); RESEARCH CASE LAW UNDER SECTION 1125 OF THE BANKRUPTCY CODE IN CONNECTION WITH THE EXPRESS PLAN SOLICITATION PROCESS (2.2). | | | | |
| 11/04/09 | Lopez, Christopher M | 19696876 | 2.80 | 1,624.00 | W200 |
| | REVIEW AND PROVIDE COMMENTS TO THE DRAFT EXPRESS SECURITY AGREEMENT AND THE EXPRESS GUARANTY. | | | | |
| 11/04/09 | Swartz, Andrew R. | 19683989 | 2.00 | 1,260.00 | W520 |
| | CORRESPOND WITH J. STRASBURGER REGARDING REMOVAL PAPERS (.2); TELEPHONE CONFERENCE WITH C. LOPEZ (.1); REVIEW SUGGESTED REVISIONS FROM C. LOPEZ TO REMOVAL PAPERS (.2); REVISE REMOVAL PAPERS BASED UPON COMMENTS OF C. LOPEZ (.3); CORRESPOND WITH J. STRASBURGER REGARDING REMOVAL (.2); SUPERVISE PREPARATION OF MATERIALS FOR FILING OF REMOVAL PAPERS (1.0). | | | | |
| 11/04/09 | Johnson, Junine K. | 19656315 | 5.80 | 3,132.00 | W200 |
| | TELEPHONE CALL WITH C. LOPEZ REGARDING STATUS OF CREDIT DOCUMENTATION AND NEXT STEPS (.1); TELEPHONE CALL WITH N. WHITNEY AND D. PLANTE (RKO, DIP AGENT'S COUNSEL) REGARDING DRAFT DIP CREDIT AGREEMENT (.1); TELEPHONE CALL WITH D. URQUHART REGARDING DRAFT DIP CREDIT AGREEMENT (.1); REVIEW AND MARKUP OF DRAFT DIP CREDIT AGREEMENT (5.0); DRAFTING EMAILS TO ALVAREZ & MARSAL, THE COMPANY AND WGM TEAM REGARDING DRAFT DIP CREDIT AGREEMENT ISSUES (.5). | | | | |
| 11/04/09 | Scarpa, Ann M | 19650490 | 0.80 | 144.00 | W520 |
| | REVISE AND PREPARE DOCUMENTS RE: NOTICE OF REMOVAL FROM STATE COURT FOR ATTORNEY REVIEW. | | | | |
| 11/04/09 | Mitchel, Gayle E. | 19655112 | 0.60 | 138.00 | W110 |
| | DRAFT WITNESS & EXHIBITS LIST FOR REVIEW BY C. LOPEZ. | | | | |
| 11/05/09 | Strasburger, John B. | 19650425 | 0.20 | 158.00 | W520 |
| | CONFER WITH A. SWARTZ REGARDING REMOVAL ISSUES. | | | | |
| 11/05/09 | Urquhart, Douglas R. | 19670333 | 3.20 | 2,640.00 | W200 |
| | CALL WITH JOHNSON; REVIEW EMAILS AND MARKUP. | | | | |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|------|------|------|------|------|
| 11/05/09 | Perez, Alfredo R. | 19649647 | 1.10 | 990.00 | W200 |

REVIEW ISSUES RELATED TO DIP CREDIT AGREEMENT (.4), VARIOUS COMMUNICATIONS WITH J. JOHNSON, D. SWICK, T. MATHERNE AND J. DAVIS REGARDING COMMENTS TO DIP CREDIT AGREEMENT (.7)

| | | | | | |
|------|------|------|------|------|------|
| 11/05/09 | Perez, Alfredo R. | 19649670 | 0.70 | 630.00 | W210 |

REVIEW NEW ESSENTIAL VENDOR ISSUES (.2), COMMUNICATIONS WITH C. LOPEZ REGARDING ESSENTIAL VENDOR HEARING AND SUPPLEMENT (.3), REVIEW AND REVISE SUPPLEMENTAL MOTION (.2)

| | | | | | |
|------|------|------|------|------|------|
| 11/05/09 | Shah, Manesh J. | 19729230 | 0.40 | 186.00 | W500 |

COMMUNICATE WITH C. LOPEZ RE: POTENTIAL HOLDER OF CLASSIFIED CLAIM (0.2); COMMUNICATE WITH P. LEATHEM RE: SERVING SOLICITATION PACKAGE ON POTENTIAL HOLDER OF CLASSIFIED CLAIM (0.2).

| | | | | | |
|------|------|------|------|------|------|
| 11/05/09 | Shah, Manesh J. | 19729231 | 0.40 | 186.00 | W110 |

DRAFT AND REVISE WITNESS AND EXHIBIT LIST (0.4).

| | | | | | |
|------|------|------|------|------|------|
| 11/05/09 | Shah, Manesh J. | 19729232 | 0.50 | 232.50 | W210 |

RESEARCH PRECEDENT RELATING TO STATUTORY LIENS IN TEXAS AND LOUISIANA.

| | | | | | |
|------|------|------|------|------|------|
| 11/05/09 | Lopez, Christopher M | 19696866 | 1.80 | 1,044.00 | W210 |

CONFERENCES WITH J. DAVIS REGARDING EXPRESS BUSINESS MATTERS (.4); CONFERENCE WITH J. DAVIS REGARDING ADDITIONAL POTENTIAL LIEN CLAIMANTS AND A SOLE SOURCE PROVIDER (.4); DRAFT SUPPLEMENT TO THE MOTION TO PAY CERTAIN PREPETITION CLAIMS (.8); CONFERENCE WITH A. PEREZ REGARDING THE SUPPLEMENT TO THE MOTION TO PAY CERTAIN PREPETITION CLAIMS (.1); CONFERENCE WITH G. MITCHEL AT WG&M REGARDING THE SUPPLEMENT TO THE MOTION TO PAY CERTAIN PREPETITION CLAIMS (.1).

| | | | | | |
|------|------|------|------|------|------|
| 11/05/09 | Lopez, Christopher M | 19696867 | 2.00 | 1,160.00 | W110 |

DRAFT THE PROFFER OF JAMES DAVIS IN CONNECTION WITH THE MOTION TO PAY CERTAIN PREPETITION CLAIMS AND THE MOTION TO SEAL THE EXHIBIT TO THE MOTION TO PAY CERTAIN PREPETITION CLAIMS.

| | | | | | |
|------|------|------|------|------|------|
| 11/05/09 | Lopez, Christopher M | 19696868 | 3.60 | 2,088.00 | W500 |

REVIEW AND DRAFT MESSAGES WITH COUNSEL TO VOLANT REGARDING THE EXPRESS PLAN OF REORGANIZATION AND VOTING ON THE EXPRESS PLAN OF REORGANIZATION (.3); CONFERENCE WITH THE GARDEN CITY GROUP REGARDING THE EXPRESS PLAN OF REORGANIZATION PROCESS (.3); DRAFT SECTION OF THE BRIEF IN SUPPORT OF THE PLAN OF REORGANIZATION (3.0).

| | | | | | |
|------|------|------|------|------|------|
| 11/05/09 | Swartz, Andrew R. | 19684025 | 1.00 | 630.00 | W520 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|------|------|------|------|------|
| | CORRESPOND WITH J. STRASBURGER RELATING TO REMOVAL OF BREWER LITIGATION (.2); SUPERVISE FILING OF REMOVAL PAPERS REGARDING BREWER LITIGATION (.8). | | | | |
| 11/05/09 | Johnson, Junine K. | 19656244 | 6.40 | 3,456.00 | W200 |
| | DRAFTING DIP CREDIT AGREEMENT MARKUP (4.6); TELEPHONE CALL WITH J. DAVIS (EXPRESS) REGARDING PROCESS FOR MARKING UP DIP CREDIT AGREEMENT AND QUESTIONS ON SUBSTANCE OF SAME (.3); DRAFTING EMAIL TO TEAM REGARDING UPDATE ON PROCESS AND TIMING (.2); TELEPHONE CALL WITH J. DAVIS REGARDING HIS COMMENTS TO DIP CREDIT AGREEMENT (1.1); TELEPHONE CALL WITH D. URQUHART REGARDING DIP CREDIT AGREEMENT ISSUES (.2). | | | | |
| 11/05/09 | Dougnac, Rachel | 19648952 | 0.10 | 35.50 | W500 |
| | CORRESPONDENCE RE: WGM DIP COMMENTS | | | | |
| 11/05/09 | Scarpa, Ann M | 19650519 | 2.50 | 450.00 | W520 |
| | PREPARE AND FILE DOCUMENTS RE: NOTICE OF REMOVAL FROM STATE COURT. | | | | |
| 11/05/09 | Mitchel, Gayle E. | 19655140 | 1.80 | 414.00 | W110 |
| | PREPARE AND E-FILE WITNESS AND EXHIBIT LIST FOR NOVEMBER 6, 2009 HEARING WITH CONFIRMATION OF FILING TO ATTORNEYS (.5); ARRANGE FOR PLEADING BOILERPLATE TO BE CREATED BY WORD PROCESSING (.1); CALL FROM P. LEATHEM, GARDEN CITY GROUP RE: FILING TODAY (.1); PREPARE AND E-FILE SUPPLEMENT TO THE DEBTORS' EMERGENCY MOTION FOR AUTHORITY TO PAY (I) UNDISPUTED PREPETITION OBLIGATIONS OWED TO POTENTIAL LIEN CLAIMANTS; (II) UNDISPUTED PREPETITION SOLE SOURCE PROVIDER OBLIGATIONS; AND (III) THE UNDISPUTED PREPETITION REFUND OBLIGATION WITH CONFIRMATION OF FILING TO ATTORNEYS AND EMAIL TO GARDEN CITY GROUP WITH SERVICE INSTRUCTIONS (.8); REVIEW HEARING AND EXHIBITS BINDERS WITH CASE CLERK (.3). | | | | |
| 11/05/09 | Jalomo, Chris | 19684629 | 5.50 | 715.00 | W110 |
| | ASSIST G. MITCHEL IN COLLECTING AND ORGANIZING MATERIALS FOR NOVEMBER 6, 2009 HEARING AND EXHIBITS BINDERS (4.0); CHECK ALL BINDERS FOR ACCURACY AND COMPLETENESS (1.0); CREATE INDICES FOR SAME (0.5). | | | | |
| 11/06/09 | Strasburger, John B. | 19740681 | 0.60 | 474.00 | W520 |
| | CONFER WITH C. LOPEZ REGARDING CASE STATUS AND MEETING WITH D. BREWER ATTORNEYS (.3); E MAILS WITH BANKRUPTCY COURT REGARDING INFORMATION NEEDED FOR BREWER COMPLAINT REMOVAL; REVIEW DRAFT ADVERSARY CIVIL COVER SHEET (.3) | | | | |
| 11/06/09 | Urquhart, Douglas R. | 19670493 | 1.70 | 1,402.50 | W200 |
| | REVIEW REVISED MARKUP AND DIP ORDER; CALL WITH JOHNSON. | | | | |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|---|---|---|---|---|---|
| 11/06/09 | Perez, Alfredo R. | 19665129 | 1.80 | 1,620.00 | W210 |
| | PREPARE FOR AND PARTICIPATE IN HEARINGS WITH CLIENT REGARDING CRITICAL VENDORS AND STATEMENTS AND SCHEDULES (1.8) | | | | |
| 11/06/09 | Perez, Alfredo R. | 19665130 | 1.50 | 1,350.00 | W200 |
| | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL CLIENT, A&M AND WEIL TEAM REGARDING DIP CREDIT AGREEMENT (1.5) | | | | |
| 11/06/09 | Perez, Alfredo R. | 19665198 | 0.20 | 180.00 | W210 |
| | VARIOUS COMMUNICATIONS WITH ANDERSON EQUIPMENT INSURANCE ISSUES (.2) | | | | |
| 11/06/09 | Rusman, Jared M. | 19695980 | 0.40 | 340.00 | W510 |
| | TELEPHONE CONFERENCE WITH K. COOPER (BRACEWELL & GIULLIANI) RE:  TAX CONSEQUENCES OF PLAN (0.3); E-MAIL TO K. COOPER (BRACEWELL & GIULIANI) RE: TAX CONSEQUENCES OF PLAN (0.1). | | | | |
| 11/06/09 | Shah, Manesh J. | 19729537 | 0.70 | 325.50 | W210 |
| | REVIEW CORRESPONDENCE BY UTILITY COMPANY (0.3); REVIEW PRECEDENT CITED BY UTILITY COMPANY (0.4). | | | | |
| 11/06/09 | Lopez, Christopher M | 19696864 | 2.00 | 1,160.00 | W200 |
| | REVIEW AND PROVIDE COMMENTS TO THE EXPRESS DIP CREDIT AGREEMENT. | | | | |
| 11/06/09 | Lopez, Christopher M | 19696878 | 3.40 | 1,972.00 | W210 |
| | PREPARE FOR NOVEMBER 6 HEARING BEFORE JUDGE BOHM (1.5); PARTICIPATE IN NOVEMBER 6 HEARING BEFORE JUDGE BOHM (.7); CONFERENCE WITH J. DAVIS REGARDING UTILITY ISSUES (.2); CONFERENCES WITH VARIOUS UTILITY COMPANIES REGARDING THE UTILITY ORDER (.5); CONFERENCE WITH D. ANDERSON AT EXPRESS REGARDING REJECTION OF EXECUTORY CONTRACTS (.2); CONFERENCE WITH J. DAVIS REGARDING EXPRESS BUSINESS MATTERS (.3). | | | | |
| 11/06/09 | Johnson, Junine K. | 19656546 | 2.40 | 1,296.00 | W200 |
| | TELEPHONE CALL WITH D. PLANTE (RK&O) REGARDING TIMING OF MARKUP (.2); CONFERENCE CALL WITH J. DAVIS (EXPRESS), T. MATHERNE AND D. SWICK (A&M), AND A. PEREZ REGARDING FINALIZING DIP CREDIT AGREEMENT MARKUP (.8); TELEPHONE CALL WITH A. PEREZ REGARDING BANKRUPTCY COMMENTS TO DIP CREDIT AGREEMENT (.2); REVISING DRAFT MARKUP OF DIP CREDIT AGREEMENT (1.0); TELEPHONE CALL WITH D. URQUHART REGARDING NEXT STEPS (.2). | | | | |
| 11/06/09 | Curro, Matthew L. | 19712771 | 0.60 | 279.00 | W200 |
| | TELEPHONE CALL WITH C. LOPEZ RE: CASE (.2); RELATED FOLLOW-UP (.4). | | | | |
| 11/06/09 | Dougnac, Rachel | 19653382 | 3.40 | 1,207.00 | W200 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|----------------------------|-----------|-------|--------|---------------------------|
| | REVIEW AND MARK-UP DRAFT SECURITY AGREEMENT | | | | |
| 11/06/09 | Scarpa, Ann M | 19659421 | 0.80 | 144.00 | W110 |
| | PREPARE ADVERSARY COVER SHEET FOR STATE REMOVAL FOR FEDERAL COURT. | | | | |
| 11/06/09 | Mitchel, Gayle E. | 19655014 | 1.60 | 368.00 | W110 |
| | SECOND CHECK OF HEARING MATERIALS FOR NOVEMBER 6 HEARING (.8); PREPARE SEALED EXHIBIT (.3); MONITOR BANKRUPTCY DOCKET, DOWNLOAD ENTERED ORDERS AND FORWARD TO A. PEREZ AND C. LOPEZ (.5). | | | | |
| 11/06/09 | Jalomo, Chris | 19684628 | 1.30 | 169.00 | W110 |
| | ASSIST G. MITCHEL IN COLLECTING AND ORGANIZING MATERIALS FOR NOVEMBER 6, 2009 HEARING AND EXHIBITS BINDERS. | | | | |
| 11/07/09 | Lopez, Christopher M | 19696854 | 1.00 | 580.00 | W200 |
| | REVIEW AND PROVIDE COMMENTS TO THE EXPRESS PROPOSED DEBTOR IN POSSESSION FINANCING. | | | | |
| 11/07/09 | Lopez, Christopher M | 19696855 | 1.00 | 580.00 | W500 |
| | REVIEW DOCUMENTS REGARDING THE EXPRESS PLAN SOLICITATION PROCESS (.5); CONFERENCES WITH THE VOTING AGENT REGARDING EXPRESS PLAN SOLICITATION ISSUES (.5). | | | | |
| 11/08/09 | Urquhart, Douglas R. | 19670312 | 0.80 | 660.00 | W200 |
| | CALL WITH JOHNSON RE OUTSTANDING ISSUES/COMMENTS; REVIEW ISSUES LIST/EMAILS. | | | | |
| 11/08/09 | Perez, Alfredo R. | 19665168 | 0.40 | 360.00 | W200 |
| | REVIEW COMMENTS TO DIP FINANCING COMMENTS AND CREDIT AGREEMENT (.4) | | | | |
| 11/08/09 | Johnson, Junine K. | 19656200 | 2.70 | 1,458.00 | W200 |
| | LAWYERS' CONFERENCE CALL WITH ORIX'S COUNSEL REGARDING OPEN ISSUES ON DIP CREDIT AGREEMENT (1.2); TELEPHONE CALL WITH D. URQUHART REGARDING SAME (.2); DRAFTING EMAIL ISSUES LIST TO REST OF TEAM, A&M AND COMPANY (.7); REVIEWING RESPONSES FROM VARIOUS PARTIES TO ISSUES LIST (.6). | | | | |
| 11/08/09 | Curro, Matthew L. | 19712863 | 4.50 | 2,092.50 | W200 |
| | REVIEW BACKGROUND DOCUMENTS (1.5); ATTENTION TO DIP ORDER ISSUES (3.0). | | | | |
| 11/08/09 | Dougnac, Rachel | 19653361 | 0.10 | 35.50 | W200 |
| | CORRESPONDENCE RE: DIP COMMENTS | | | | |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|---|---|---|---|---|---|
| 11/09/09 | Strasburger, John B. | 19707224 | 0.60 | 474.00 | W520 |
| | TELEPHONE CONFERENCE WITH D. ANDERSON REGARDING STATUS (.2); REVIEW ADDITIONAL MATERIALS RECEIVED FROM D. ANDERSON (.4). | | | | |
| 11/09/09 | Strasburger, John B. | 19707507 | 0.40 | 316.00 | W520 |
| | CONFER WITH A. PEREZ REGARDING PREPARATION FOR MEETING; E MAILS WITH C. LOPEZ REGARDING PAYMENT FOR CERTAIN RENTAL OF EQUIPMENT. | | | | |
| 11/09/09 | Strasburger, John B. | 19707508 | 2.00 | 1,580.00 | W520 |
| | STUDY FILE IN PREPARATION FOR MEETING WITH BREWER'S ATTORNEYS AND REGARDING DISCOVERY PLAN (1.2); MEET WITH P. SHARP AND T. WOOD TO DISCUSS CASE AND NEXT STEPS (.8). | | | | |
| 11/09/09 | Urquhart, Douglas R. | 19670314 | 0.70 | 577.50 | W200 |
| | REVIEW ISSUES LISTS, EMAILS RE OUSTANDING POINTS ON CREDIT AGREEMENT AND ORDER. | | | | |
| 11/09/09 | Perez, Alfredo R. | 19658639 | 1.40 | 1,260.00 | W520 |
| | PREPARE FOR AND PARTICIPATE IN MEETING WITH COUNSEL FOR D. BREWER AND WGM TEAM INCLUDING REVIEW DOCUMENTS (1.4) | | | | |
| 11/09/09 | Perez, Alfredo R. | 19658677 | 1.20 | 1,080.00 | W200 |
| | REVIEW VARIOUS COMMUNICATIONS WITH CLIENT, J. JOHNSON AND COUNSEL FOR ORIX REGARDING COMMENTS TO THE CREDIT AGREEMENT AND ORDER (1.2) | | | | |
| 11/09/09 | Perez, Alfredo R. | 19658689 | 1.00 | 900.00 | W210 |
| | MULTIPLE CALLS FROM FORMER EMPLOYEES AND CREDITORS REGARDING NOTICE OF FILING OF CASE (.6), CONFERENCE CALL C. ADAMS (CITADEL SECURITIES) REGARDING POSSIBLE CASH OUT (.4) | | | | |
| 11/09/09 | Shah, Manesh J. | 19729761 | 5.00 | 2,325.00 | W400 |
| | REVIEW PRECEDENT RE: MOTION TO SET BAR DATES (0.8); DRAFT AND REVISE MOTION, EXHIBITS, AND PROPOSED ORDER TO SET BAR DATES (3.9); COMMUNICATE WITH G. MITCHEL RE: SAME (0.1); COMMUNICATE WITH C. LOPEZ RE: SAME (0.2). | | | | |
| 11/09/09 | Lopez, Christopher M | 19696859 | 1.10 | 638.00 | W520 |
| | PREPARE FOR CONFERENCE WITH COUNSEL TO BREWER (.4); PARTICIPATE IN CONFERENCES WITH COUNSEL TO BREWER, A. PEREZ, AND J. STRASBURGER (.5); REVIEW DOCUMENTS RELATING TO THE LITIGATION WITH BREWER (.2). | | | | |
| 11/09/09 | Lopez, Christopher M | 19696889 | 0.60 | 348.00 | W210 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|----------------------------|-----------|-------|--------|---------------------------|
| | REVIEW DOCUMENTS REGARDING EXPRESS LEASE REJECTION ISSUES. | | | | |
| 11/09/09 | Lopez, Christopher M | 19696890 | 1.40 | 812.00 | W210 |
| | REVIEW DOCUMENTS REGARDING THE EXPRESS SCHEDULES AND STATEMENTS. | | | | |
| 11/09/09 | Swartz, Andrew R. | 19695517 | 2.10 | 1,323.00 | W520 |
| | CORRESPOND WITH J. STRASBURGER REGARDING BREWER LAWSUIT (.2); PREPARE FOR AND PARTICIPATE IN MEETING WITH COUNSEL FOR D. BREWER (.5);  REVIEW DOCUMENTS RELATING TO BREWER LAWSUIT (1.4). | | | | |
| 11/09/09 | Johnson, Junine K. | 19679652 | 2.00 | 1,080.00 | W200 |
| | REVIEWING SCHULTE'S COMMENTS TO DIP (.3); ALL-HANDS CALL RE: NEGOTIATING DIP (.9); FOLLOW-UP CALL WITH COMPANY (J. DAVIS) AND A&M (T. MATHERNE) RE: SAME (.3); REVIEWING REVISED DIP CREDIT AGREEMENT (.5). | | | | |
| 11/09/09 | Curro, Matthew L. | 19712823 | 5.20 | 2,418.00 | W200 |
| | ATTENTION TO DIP ORDER. | | | | |
| 11/09/09 | Dougnac, Rachel | 19658615 | 0.10 | 35.50 | W200 |
| | CORRESPONDENCE RE: DIP COMMENTS | | | | |
| 11/09/09 | Mitchel, Gayle E. | 19688150 | 2.20 | 506.00 | W110 |
| | REVIEW FOUR DOCKETS OF COMPLEX CHAPTER 11 CASES TO RESEARCH BAR DATE ISSUE (1.9); CALL FROM C. LOPEZ RE: CREDITOR'S MATRIX STATUS AND BEGIN PRINTING SAME AT HIS REQUEST (.1); EMAIL TO GARDEN CITY GROUP REQUESTING UPLOAD OF CREDITOR MATRIX TO COURT'S WEBPPAGE, AND COMPARISON OF SAME TO SERVICE LIST USED IN MAILING THE NOTICE OF COMMENCEMENT, REQUESTING SERVICE OF THE NOTICE OF COMMENCEMENT ON THE CREDITOR'S MATRIX NOT PREVIOUSLY RECEIVING SAME, VIA FIRST CLASS MAIL, AT REQUEST OF C. LOPEZ (.2). | | | | |
| 11/10/09 | Strasburger, John B. | 19666148 | 0.30 | 237.00 | W520 |
| | REVIEW E MAILS REGARDING HISTORY OF SEPARATION AGREEMENT NEGOTIATIONS AND CONFER WITH A. SWARTZ REGARDING SAME. | | | | |
| 11/10/09 | Urquhart, Douglas R. | 19670521 | 0.80 | 660.00 | W200 |
| | CALL WITH JOHNSON TO REVIEW AND DISCUSS SCHULTE COMMENTS. | | | | |
| 11/10/09 | Landau, Malcolm E. | 19763288 | 0.40 | 316.00 | W510 |
| | CONF. SWARTZ. | | | | |
| 11/10/09 | Perez, Alfredo R. | 19665119 | 0.60 | 540.00 | W210 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|------|------|------|------|------|
| | REVIEW AND REVISE REJECTION MOTION (.4), COMMUNICATIONS WITH T. WOOD REGARDING BREWER CONTRACTS (.2) | | | | |
| 11/10/09 | Perez, Alfredo R. | 19665120 | 2.60 | 2,340.00 | W200 |
| | REVIEW AND REVISE DIP ORDER AND COMMUNICATIONS WITH M. CURRO AND J. DAVIS REGARDING SAME (.8), VARIOUS COMMUNICATIONS WITH WEIL TEAM, A&M AND CLIENT REGARDING DIP CREDIT AGREEMENT AND ORDER (1.8) | | | | |
| 11/10/09 | Perez, Alfredo R. | 19665127 | 0.30 | 270.00 | W500 |
| | CONFERENCE CALL M. CHAMBERS REGARDING CORPORATE DOCUMENTS (.3) | | | | |
| 11/10/09 | Rusman, Jared M. | 19695955 | 0.40 | 340.00 | W510 |
| | TELEPHONE CONFERENCE WITH A. PEREZ RE:  TAX STRUCTURING (.2); REVIEWING SHULTE TAX COMMENTS ON DEBTOR IN POSSESSION FINANCING DOCUMENTS (.2). | | | | |
| 11/10/09 | Coffee, Kristina L. | 19696131 | 1.40 | 651.00 | W510 |
| | REVIEW AND REVISE CREDIT AGREEMENT (1.4). | | | | |
| 11/10/09 | Shah, Manesh J. | 19729766 | 3.40 | 1,581.00 | W210 |
| | DRAFT MOTION TO REJECT CERTAIN EMPLOYEE CONTRACTS (2.8); COMMUNICATE WITH A. PEREZ RE: SAME (0.2); REVIEW SCHEDULE OF EMPLOYEE CONTRACTS TO BE REJECTED (0.3); COMMUNICATE WITH D. ANDERSON AND J. DAVIS RE: SAME (0.1). | | | | |
| 11/10/09 | Lopez, Christopher M | 19696851 | 1.50 | 870.00 | W210 |
| | CONFERENCES WITH J. DAVIS REGARDING EXPRESS LEASE ISSUES (.2); RESPOND TO NUMEROUS CALLS FROM THIRD PARTIES REGARDING THE EXPRESS NOTICE OF COMMENCEMENT (1.3). | | | | |
| 11/10/09 | Lopez, Christopher M | 19696852 | 2.50 | 1,450.00 | W500 |
| | RESEARCH CASE LAW IN THE 5TH CIRCUIT AND REVIEW DOCUMENTS REGARDING EXPRESS CONFIRMATION ISSUES. | | | | |
| 11/10/09 | Lopez, Christopher M | 19696853 | 1.00 | 580.00 | W400 |
| | REVIEW AND REVISE THE EXPRESS BAR DATE MOTION. | | | | |
| 11/10/09 | Swartz, Andrew R. | 19695521 | 5.20 | 3,276.00 | W520 |
| | CORRESPOND WITH J. STRASBURGER REGARDING BREWER LAWSUIT (.2); PERFORM RESEARCH RELATING TO BREWER LAWSUIT (1.8); DRAFT FIRST AMENDED ANSWER AND COUNTERCLAIMS IN RELATION TO BREWER LAWSUIT (2.8); TELEPHONE CONFERENCE WITH M. LANDAU REGARDING BREWER LAWSUIT (.2); MEET WITH J. STRASBURGER ABOUT BREWER LAWSUIT (.2). | | | | |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/ DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ ACTIVITY CODE |
|------|-------------------------|-----------|-------|--------|---------------------|
| 11/10/09 | Johnson, Junine K. | 19679685 | 3.70 | 1,998.00 | W200 |
| | ALL-HANDS CALL TO FINALIZE DIP (1.2); FOLLOW-UP TELEPHONE CALLS REGARDING SAME WITH COMPANY (J. DAVIS) (.3) AND WITH RKO (N. WHITNEY AND D. PLANTE) (.3); EMAIL CORRESPONDENCE WITH TAX TEAM (K. COFFEE AND J. RUSMAN) REGARDING SCHULTE TAX COMMENTS (.3); TELEPHONE CALL WITH R. DOUGNAC REGARDING DELIVERABLES AND NEXT STEPS (.2); REVIEWING REVISED DIP CREDIT AGREEMENT (.5); TELEPHONE CALLS AND EMAIL CORRESPONDENCE WITH T. MATHERNE (A&M) AND J. DAVIS REGARDING REVISED DIP AND COMMENTS (.9). | | | | |
| 11/10/09 | Curro, Matthew L. | 19712797 | 5.60 | 2,604.00 | W200 |
| | REVIEW AND COMMENT ON THE DIP ORDER (4.5); EMAILS AND CALLS RE: SAME (1.1). | | | | |
| 11/10/09 | Dougnac, Rachel | 19661310 | 5.70 | 2,023.50 | W200 |
| | REVIEW AND MARK-UP GUARANTY | | | | |
| 11/10/09 | Mitchel, Gayle E. | 19688101 | 1.00 | 230.00 | W110 |
| | MONITOR BANKRUPTCY DOCKET, DOWNLOAD NEW FILINGS, UPDATE DATABASE AND INTERNAL DOCKET (.2); CODE DOCUMENTS FOR FILING BY CASE CLERK (.8). | | | | |
| 11/10/09 | Jalomo, Chris | 19688367 | 1.00 | 130.00 | W110 |
| | PREPARE BINDER OF FIRST DAY MATERIALS AS REQUESTED BY C. LOPEZ. | | | | |
| 11/10/09 | Olvera, Rene A | 19665548 | 0.40 | 72.00 | W110 |
| | REVISE CASE STYLE IN CONNECTION WITH MOTION TO REJECT EMPLOYMENT AGREEMENTS, PER M. SHAH'S REQUEST (.4) | | | | |
| 11/11/09 | Strasburger, John B. | 19707211 | 1.50 | 1,185.00 | W520 |
| | STUDY TRANSACTION AND SEPARATION AGREEMENTS REGARDING PREPARATION OF DISCOVERY PLAN (.8); E MAILS WITH A. SWARTZ REGARDING P. YAU INVOLVEMENT IN NEGOTIATION OF DOCUMENTS (.3); MEET WITH A. SWARTZ TO DISCUSS DISCOVERY PLAN AND STRATEGY GOING FORWARD (.4). | | | | |
| 11/11/09 | Perez, Alfredo R. | 19665107 | 1.50 | 1,350.00 | W520 |
| | PREPARE FOR AND PARTICIPATE IN MEETING WITH CLIENT AND SULLINS REGARDING PENDING LITIGATION ISSUES (1.5) | | | | |
| 11/11/09 | Perez, Alfredo R. | 19665108 | 1.20 | 1,080.00 | W210 |
| | VARIOUS COMMUNICATIONS WITH J. DAVIS, M. SHAH AND C. LOPEZ REGARDING LEASE REJECTIONS AND CONTRACT REJECTIONS (1.2) | | | | |
| 11/11/09 | Perez, Alfredo R. | 19665109 | 1.70 | 1,530.00 | W200 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/ DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ ACTIVITY CODE |
|------|-------------------------|-----------|-------|--------|---------------------|
| | VARIOUS COMMUNICATIONS WITH RKO, A&M, CLIENT AND WEIL TEAM REGARDING DIP CREDIT AGREEMENT AND DIP ORDER INCLUDING REVIEW OF SAME (1.7) | | | | |
| 11/11/09 | Rusman, Jared M. | 19695945 | 0.70 | 595.00 | W510 |
| | TELEPHONE CONFERENCE WITH J. DAVIS AND M. BORDEN RE: TAX CONSEQUENCES OF PLAN (.5); REVIEWING TAX DISCLOSURE (.2). | | | | |
| 11/11/09 | Coffee, Kristina L. | 19696137 | 4.00 | 1,860.00 | W510 |
| | RESEARCH REGARDING TAX CONSEQUENCES TO CREDITORS UPON FORECLOSURE OF LOAN (4.0). | | | | |
| 11/11/09 | Shah, Manesh J. | 19729769 | 0.20 | 93.00 | W210 |
| | COMMUNICATE WITH K. GEORGE RE: EMPLOYMENT CONTRACTS TO BE REJECTED. | | | | |
| 11/11/09 | Lopez, Christopher M | 19696882 | 1.80 | 1,044.00 | W200 |
| | REVIEW AND PROVIDE COMMENTS TO THE PROPOSED FINAL ORDER TO THE DEBTOR IN POSSESSION FINANCING MOTION (.6); REVIEW AND PROVIDE COMMENTS TO THE DEBTOR IN POSSESSION FINANCING AGREEMENT (1.0), REVIEW AND REVISE THE NOTICE OF FILING OF THE DEBTOR IN POSSESSION FINANCING CREDIT AGREEMENT AND PROPOSED FINAL ORDER (.2). | | | | |
| 11/11/09 | Lopez, Christopher M | 19696884 | 1.70 | 986.00 | W210 |
| | CONFERENCES WITH J. DAVIS AND R. CASTELLS AT EXPRESS REGARDING EXPRESS LEASING ISSUES (.5); CONFERENCES WITH EXPRESS UTILITY PROVIDERS REGARDING THE EXPRESS UTILITY ORDER (.8); REVIEW AND REVISE THE EXPRESS MOTION TO REJECT EMPLOYMENT AGREEMENTS (.4). | | | | |
| 11/11/09 | Swartz, Andrew R. | 19695524 | 4.20 | 2,646.00 | W520 |
| | CORRESPOND WITH S. MARGOLIS REGARDING BREWER LAWSUIT (.3); REVIEW DOCUMENTS RELATING TO BREWER LAWSUIT (.5); TELEPHONE CONFERENCE WITH S. MARGOLIS (.1); CONTINUE DRAFTING FIRST AMENDED ANSWER AND COUNTERCLAIMS (2.3); MEET WITH J. STRASBURGER REGARDING BREWER LAWSUIT (.3); TELEPHONE CONFERENCE WITH P. YAU REGARDING BREWER LAWSUIT (.3); CORRESPOND WITH J. STRASBURGER REGARDING BREWER LAWSUIT (.4). | | | | |
| 11/11/09 | Johnson, Junine K. | 19679551 | 3.50 | 1,890.00 | W200 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|------|------|------|------|------|
| | TELEPHONE CALL WITH D. PLANTE (RKO) REGARDING FINALIZING DIP CREDIT AGREEMENT (.3); DRAFTING EMAIL CORRESPONDENCE WITH COMPANY, A&M AND WGM TEAM TO PROVIDE UPDATE REGARDING SAME (.2); EMAIL CORRESPONDENCE WITH L. TANNER (SCHULTE) REGARDING HER COMMENT TO DIP (.3); EMAIL CORRESPONDENCE WITH COMPANY AND WGM TEAM REGARDING SCHEDULES, LIEN SEARCHES AND GOOD STANDING CERTIFICATES (.4); FURTHER EMAIL CORRESPONDENCE WITH RKO AND SCHULTE REGARDING OUTSTANDING ISSUES ON DIP AGREEMENT (.6); EMAIL CORRESPONDENCE WITH COMPANY, A&M AND WGM TEAM REGARDING SCHEDULES AND UPDATES ON STATUS OF FINALIZING DIP (.4); REVIEWING R. DOUGNAC'S DRAFT TEMPLATE FOR DIP SCHEDULES (.4); TELEPHONE CALLS AND EMAIL CORRESPONDENCE WITH ALL PARTIES TO RESOLVE FINAL DIP ISSUES (.9). | | | | |
| 11/11/09 | Curro, Matthew L. | 19712669 | 3.60 | 1,674.00 | W200 |
| | REVIEW PROPOSED DIP ORDER. | | | | |
| 11/11/09 | Dougnac, Rachel | 19664479 | 8.10 | 2,875.50 | W200 |
| | DRAFT DIP SCHEDULES; REVIEW LIEN SEARCH RESULTS AND CERATE ABSTRACT OF RESULTS FOR LIEN SCHEDULE | | | | |
| 11/11/09 | Shrestha, Christine | 19663228 | 0.80 | 196.00 | W200 |
| | DISCUSS PROJECT WITH ATTORNEY, ORDER GOOD STANDINGS AND CHARTERS FOR 20+ ENTITIES AS PER REQUEST OF R. DOUGNAC | | | | |
| 11/11/09 | Mitchel, Gayle E. | 19688225 | 2.70 | 621.00 | W110 |
| | REPLY TO EMAILS FROM P. LEATHEM RE: MASTER SERVICE LIST (.2); MEET WITH A. PEREZ RE: RECEIVING HARD COPY AND FAX SERVICE FROM SERVICING AGENT (.1); MEET WITH C. LOPEZ RE: CALLS RECEIVED FROM CUSTOMERS RECEIVING NOTICES OF COMMENCEMENT (.1); REVIEW AND EDIT RED LINE OF MASTER SERVICE LIST GENERATED BY GARDEN CITY GROUP (.5); RE-REDLINE SERVICE LIST, PRODUCE CLEAN COPY, PREPARE AND FILE CLEAN SERVICE LIST, AND EMAIL CLEAN SERVICE LIST WITH REDLINE TO GARDEN CITY FOR SERVICE (1.8). | | | | |
| 11/12/09 | Strasburger, John B. | 19707163 | 0.50 | 395.00 | W520 |
| | E MAILS WITH P. SHARP TO DISCUSS DISCOVERY MATTERS (.2); REVIEW BACKGROUND MATERIALS RECEIVED FROM D BREWER REGARDING CASE BACKGROUND (.3). | | | | |
| 11/12/09 | Landau, Malcolm E. | 19762735 | 1.80 | 1,422.00 | W510 |
| | CONF. CALLS RE PLAN IMPLEMENTATION (0.8); REVIEW MATERIALS RELATED TO SAME (1.0). | | | | |
| 11/12/09 | Perez, Alfredo R. | 19671718 | 0.40 | 360.00 | W200 |
| | VARIOUS COMMUNICATIONS WITH C. LOPEZ REGARDING CASH MANAGEMENT AND COASTAL COMMERCE BANK (.4) | | | | |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|---------|-----------|-------|--------|------|
| 11/12/09 | Perez, Alfredo R. | 19671730 | 1.70 | 1,530.00 | W500 |
| | CONFERENCE CALL J. DAVIS REGARDING STATUS OF PENDING ITEMS (.3), PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL REGARDING PLAN IMPLEMENTATION ISSUES (1.4) | | | | |
| 11/12/09 | Perez, Alfredo R. | 19671731 | 1.80 | 1,620.00 | W200 |
| | REVIEW AND COMMENT ON FINAL DIP ORDER AND FINAL CREDIT AGREEMENT (.5), CONFERENCE WITH M. CURRO REGARDING PENDING ITEMS FOR HEARINGS (.3), FINALIZE THE NOTICE TO FILE THE FINAL DIP ORDER AND CREDIT AGREEMENT (.2), REVIEW FILINGS AND PREPARE AND REVISE OPEN ITEMS LIST FOR THE HEARINGS ON NOVEMBER 17 (.8) | | | | |
| 11/12/09 | Perez, Alfredo R. | 19671732 | 1.50 | 1,350.00 | W210 |
| | VARIOUS COMMUNICATIONS WITH D. ANDERSON REGARDING DEVON (.3), CONFERENCE CALL DEVON REGARDING STATUS AND ISSUES (.4), VARIOUS COMMUNICATIONS WITH C. LOPEZ, J. DAVIS AND WGM TEAM REGARDING FRANCHISE TAX ISSUES AND WRIGHT EXPRESS (.8) | | | | |
| 11/12/09 | Rusman, Jared M. | 19746838 | 1.00 | 850.00 | W510 |
| | CONFERENCE CALL WITH AKIN GUMP, WGM TEAM AND EXPRESS ENERGY RE: POST-EMERGENCE STRUCTURE (1.0). | | | | |
| 11/12/09 | Coffee, Kristina L. | 19696096 | 1.20 | 558.00 | W510 |
| | RESEARCH RE: TAX CONSEQUENCES TO CREDITORS UPON FORECLOSURE OF LOAN (1.2). | | | | |
| 11/12/09 | Shah, Manesh J. | 19729771 | 0.70 | 325.50 | W110 |
| | REVISE NOTICE OF HEARING (0.2); REVISE WITNESS AND EXHIBIT LIST (0.3); COMMUNICATE WITH G. MITCHEL RE: SAME (0.1); COMMUNICATE WITH C. LOPEZ RE: SAME (0.1). | | | | |
| 11/12/09 | Shah, Manesh J. | 19729772 | 0.90 | 418.50 | W210 |
| | REVIEW REVISED PROPOSED ORDER RELATED TO DEBTOR-IN-POSSESSION FINANCING (0.8); COMMUNICATE WITH M. CURRO RE: SAME (0.1). | | | | |
| 11/12/09 | Lopez, Christopher M | 19696847 | 1.70 | 986.00 | W200 |
| | REVIEW AND PROVIDE COMMENTS TO THE EXPRESS FINAL DEBTOR IN POSSESSION FINANCING ORDER (.4); CONFERENCE WITH COUNSEL TO THE DEBTOR IN POSSESSION FINANCING LENDER REGARDING THE PROPOSED FINAL DEBTOR IN POSSESSION FINANCING ORDER (.2); REVIEW THE FINAL DEBTOR IN POSSESSION FINANCING AGREEMENT (1.0); CONFERENCE WITH M. CURRO AT WGM REGARDING THE FINAL DEBTOR IN POSSESSION FINANCING ORDER (.1). | | | | |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/ DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ ACTIVITY CODE |
|------|------------------------|-----------|-------|--------|---------------------|
| 11/12/09 | Lopez, Christopher M | 19696848 | 0.90 | 522.00 | W210 |

CONFERENCE WITH J. DAVIS REGARDING THE EXPRESS CASH MANAGEMENT SYSTEM (.3); REVIEW DOCUMENTS RELATING TO THE EXPRESS CASH MANAGEMENT SYSTEM (.2); CONFERENCE WITH J. DAVIS AT EXPRESS REGARDING TAX ISSUES (.1); REVIEW AND REVISE THE SUPPLEMENT TO THE TAX MOTION (.3).

| 11/12/09 | Lopez, Christopher M | 19696849 | 0.20 | 116.00 | W110 |
|------|------------------------|-----------|-------|--------|---------------------|

CONFERENCE WITH THE U.S. TRUSTEE REGARDING THE MOTIONS SET FOR THE NOVEMBER 17 HEARING.

| 11/12/09 | Lopez, Christopher M | 19696850 | 2.40 | 1,392.00 | W140 |
|------|------------------------|-----------|-------|--------|---------------------|

CONFERENCES WITH J. HERRIMAN AND T. BEHNKE REGARDING THE EXPRESS SCHEDULES AND STATEMENTS (.4); REVIEW AND REVISE THE GLOBAL NOTES TO THE EXPRESS SCHEDULES AND STATEMENTS (2.0).

| 11/12/09 | Swartz, Andrew R. | 19695526 | 4.80 | 3,024.00 | W520 |
|------|------------------------|-----------|-------|--------|---------------------|

CORRESPOND WITH G. ORTIZ REGARDING RESEARCH IN RELATION TO BREWER LAWSUIT (.2); MEET WITH G. ORTIZ REGARDING BREWER LAWSUIT (.3); PERFORM RESEARCH IN RELATION TO BREWER LAWSUIT (1.6); REVIEW DOCUMENTS IN RELATION TO BREWER LAWSUIT (2.4); CORRESPOND WITH J. STRASBURGER REGARDING BREWER LAWSUIT (.3).

| 11/12/09 | Johnson, Junine K. | 19679686 | 1.50 | 810.00 | W200 |
|------|------------------------|-----------|-------|--------|---------------------|

REVIEWING SCHEDULES AND CALL TO PROVIDE COMMENTS TO R. DOUGNAC (.8); EMAIL CORRESPONDENCE COORDINATING APPROVAL OF FINAL DIP AGREEMENT (.4); REVIEWING OPINION AND BACKUP (.3).

| 11/12/09 | Curro, Matthew L. | 19712922 | 2.30 | 1,069.50 | W200 |
|------|------------------------|-----------|-------|--------|---------------------|

ATTENTION TO DIP ORDER FILING (.4); RELATED OTHER PREPARATION FOR DIP HEARING (1.9).

| 11/12/09 | Kohli, Sachin | 19700087 | 1.50 | 697.50 | W500 |
|------|------------------------|-----------|-------|--------|---------------------|

TELEPHONE CONFERENCE WITH EES, AKIN GUMP AND WGM RE: CORPORATE STRUCTURE OF EES (1.0); DISCUSSIONS WITH M. LANDAU RE: CORPORATE STRUCTURE (.3); EMAIL CORRESPONDENCE RE: CORPORATE STRUCTURE (.2).

| 11/12/09 | Dougnac, Rachel | 19670827 | 7.00 | 2,485.00 | W200 |
|------|------------------------|-----------|-------|--------|---------------------|

REVIEW LIEN SEARCH RESULTS, LIEN ABSTRACT, AND RELATED CORRESPONDENCE (3.0); DRAFT LIEN SCHEDULES AND SCHEDULE TEMPLATE (4.0).

| 11/12/09 | Ortiz,  Giana | 19678266 | 3.50 | 1,452.50 | W520 |
|------|------------------------|-----------|-------|--------|---------------------|

RESEARCH NEW YORK LAW REGARDING ANTI-COMPETITION CLAUSES.

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|------|------|------|------|------|
| 11/12/09 | Shrestha, Christine | 19677368 | 2.00 | 490.00 | W200 |

REVIEW INCOMING GOOD STANDINGS AND CHARTERS FOR 20+ ENTITIES (1.0); ORGANIZE INTO ELECTRONIC FILES AS COMBINED PDF ON DESKSITE (0.7); FOLLOW UP WITH SERVICE COMPANY TO EXPEDITE RESULTS (0.3).

| 11/12/09 | Mitchel, Gayle E. | 19688146 | 3.10 | 713.00 | W110 |
|------|------|------|------|------|------|

PROOFREAD NOTICE OF FILING AT REQUEST OF M. SHAH (.1); PULL REQUESTED EXHIBITS FOR M. SHAH (.3); CALLS TO E. MASON, GARDEN CITY GROUP, RE: A. PEREZ AND C. LOPEZ RECEIVING EMAIL SERVICE ONLY AND NOT ADDITIONAL FAX AND HARD COPY SERVICE (.2); PREPARE AND E-FILE NOTICE OF FILING OF (I) DEBTOR-IN-POSSESSION CREDIT AGREEMENT AND (II) PROPOSED FINAL ORDER GRANTING THE DIP MOTION WITH CONFIRMATION OF FILING TO ATTORNEY AND FORWARD TO GARDEN CITY WITH SERVICE INSTRUCTIONS (1.0); PREPARE AND E-FILE DEBTORS' SECOND OMNIBUS MOTION PURSUANT TO SECTION 365(A) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6006 AND 9014 AUTHORIZING THE DEBTORS TO REJECT CERTAIN EMPLOYMENT AGREEMENTS WITH CONFIRMATION OF FILING TO ATTORNEYS AND EMAIL TO GARDEN CITY GROUP WITH SPECIFIC SERVICE INSTRUCTIONS (1.5).

| 11/13/09 | Strasburger, John B. | 19683872 | 0.70 | 553.00 | W520 |
|------|------|------|------|------|------|

CONFERENCE WITH C. LOPEZ REGARDING CASE STRATEGY AND REVIEW TRANSACTION AND SEPARATION AGREEMENTS REGARDING SAME.

| 11/13/09 | Urquhart, Douglas R. | 19684964 | 1.80 | 1,485.00 | W200 |
|------|------|------|------|------|------|

CALL WITH JOHNSON; REVIEW AND APPROVE OPINION.

| 11/13/09 | Landau, Malcolm E. | 19762738 | 7.00 | 5,530.00 | W510 |
|------|------|------|------|------|------|

CONF. EXPRESS AND AKIN GUMP (1.0); REVIEW DRAFTS (2.5); DRAFT PLANS OF MERGER AND CONVERSION (2.0); CONF. KOHLI (1.0); CHECK STATUTES (0.5).

| 11/13/09 | Perez, Alfredo R. | 19671704 | 0.60 | 540.00 | W200 |
|------|------|------|------|------|------|

REVIEW AND PREPARE FOR DIP FINANCING MOTION (.6)

| 11/13/09 | Perez, Alfredo R. | 19671723 | 1.60 | 1,440.00 | W500 |
|------|------|------|------|------|------|

CONFERENCE CALL CLIENT, A&M AND WGM TEAM REGARDING PREPARATION FOR HEARINGS AND FILING OF PLAN SUPPLEMENT (1.3), REVIEW WORK PREVIOUSLY DONE REGARDING LEGAL ENTITY ANALYSIS (.3)

| 11/13/09 | Perez, Alfredo R. | 19671724 | 0.30 | 270.00 | W110 |
|------|------|------|------|------|------|

REVIEW AND REVISE AGENDA FOR HEARING TUESDAY, NOVEMBER 17TH (.3)

| 11/13/09 | Perez, Alfredo R. | 19671805 | 0.20 | 180.00 | W210 |
|------|------|------|------|------|------|

VARIOUS COMMUNICATIONS WITH D. MILLER REGARDING STATUS (.2), VARIOUS COMMUNICATIONS WITH C. LOPEZ REGARDING CASH MANAGEMENT ISSUES (.2)

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|------|------|------|------|------|
| 11/13/09 | Rusman, Jared M. | 19695842 | 0.50 | 425.00 | W510 |
| | CONFERENCE CALL WITH AKIN GUMP, J. DAVID AND WGM CORPORATE TEAM RE: POST-EMERGENCE STRUCTURE (.5). | | | | |
| 11/13/09 | Jacobs, Barry A. | 19679390 | 1.10 | 594.00 | W200 |
| | REVIEW AND COMMENT ON FINANCING OPINION. | | | | |
| 11/13/09 | Coffee, Kristina L. | 19696214 | 0.60 | 279.00 | W510 |
| | CONFERENCE CALL WITH J. DAVIS, C. GIBBS, C. KETTER, G. PROCACCINI, C. LOPEZ, A. PEREZ, M. CHAMBERS, T. WEIR AND J. RUSMAN RE:  CORPORATE STRUCTURING (.6). | | | | |
| 11/13/09 | Shah, Manesh J. | 19730171 | 3.50 | 1,627.50 | W210 |
| | DRAFT EMERGENCY SUPPLEMENT TO TAX MOTION (3.1); COMMUNICATE SEPARATELY WITH A. PEREZ AND C. LOPEZ RE: SAME (0.2); COMMUNICATE WITH R. STENNIS RE: HEARING RELATED TO EMERGENCY SUPPLEMENT TO TAX MOTION (0.2). | | | | |
| 11/13/09 | Shah, Manesh J. | 19730172 | 0.70 | 325.50 | W110 |
| | PREPARE FINAL ORDER RELATING TO UTILITY MOTION (0.3); PREPARE FINAL ORDER RELATING TO CASH MANAGEMENT MOTION (0.2); PREPARE FINAL ORDERS RELATING TO TAX MOTION (0.2). | | | | |
| 11/13/09 | Lopez, Christopher M | 19696841 | 1.20 | 696.00 | W500 |
| | PARTICIPATE IN CONFERENCE CALL REGARDING PLAN OF REORGANIZATION WITH COUNSEL TO THE SENIOR LENDERS, A. PEREZ, AND J. DAVIS OF EXPRESS (1.0); CONFERENCE WITH J. DAVIS REGARDING PLAN OF REORGANIZATION HEARING ISSUES (.2). | | | | |
| 11/13/09 | Lopez, Christopher M | 19696843 | 0.70 | 406.00 | W200 |
| | CONFERENCE WITH COUNSEL TO WRIGHT EXPRESS REGARDING THE FINAL DEBTOR IN POSSESSION ORDER (.3); CONFERENCE WITH M. SHAH AND M. CURRO REGARDING THE FINAL CASH COLLATERAL ORDER AND THE FINAL DEBTOR IN POSSESSION ORDER (.2); CONFERENCE WITH J. DAVIS REGARDING THE FINAL CASH COLLATERAL ORDER (.2). | | | | |
| 11/13/09 | Lopez, Christopher M | 19696844 | 2.60 | 1,508.00 | W140 |
| | CONFERENCE WITH J. HERRIMAN AND T. BEHNKE AT A&M REGARDING THE EXPRESS SCHEDULES AND STATEMENTS (.2); REVIEW AND PROVIDE COMMENTS TO THE EXPRESS SCHEDULES AND STATEMENTS (2.4). | | | | |
| 11/13/09 | Johnson, Junine K. | 19679649 | 3.50 | 1,890.00 | W200 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|---------------------------|-----------|-------|--------|---------------------------|
| | CONFERENCE CALL WITH RKO AND SCHULTE REGARDING CLOSING CHECKLIST AND TIMING FOR CLOSING (.6); FINISHING REVIEWING AND REVISING OPINION AND BACKUP AND EMAILING SAME TO D. URQUHART AND K. DYBALA FOR THEIR REVIEW (2.1); FURTHER EMAIL CORRESPONDENCE AND TELEPHONE CALL WITH B. JACOBS REGARDING OPINION (.4); EMAIL CORRESPONDENCE WITH R. DOUGNAC REGARDING SCHEDULES AND CERTIFICATES (.4). | | | | |
| 11/13/09 | Curro, Matthew L. | 19712830 | 0.20 | 93.00 | W200 |
| | TELEPHONE CALL WITH J. HONG RE: DIP ORDER. | | | | |
| 11/13/09 | Curro, Matthew L. | 19712866 | 0.60 | 279.00 | W200 |
| | DRAFT DECLARATIONS IN SUPPORT OF DIP. | | | | |
| 11/13/09 | Curro, Matthew L. | 19712877 | 2.80 | 1,302.00 | W110 |
| | CONFERENCE CALL RE: STATUS OF CASE, OPEN ISSUES AND RELATED FOLLOW UP. | | | | |
| 11/13/09 | Kohli, Sachin | 19700565 | 3.10 | 1,441.50 | W500 |
| | REVIEWED PWC/KPMG MATERIALS DISTRIBUTED BY J. DAVIS RE: CORPORATE STRUCTURING (.5); TELEPHONE CONFERENCE WITH EES 2008, AKIN GUMP AND PWC RE: CORPORATE STRUCTURING (.7); REVIEW CLOSING BINDER FROM INITIAL ACQUISITION (.4); PREPARE SIGNATURE BLOCKS FOR EACH EES ENTITY (1.5). | | | | |
| 11/13/09 | Dougnac, Rachel | 19670861 | 5.70 | 2,023.50 | W200 |
| | CLOSING CALL (0.6); LIEN SCHEDULE CALL (1.1); DRAFT AND REVIEW CLOSING DELIVERABLES (4.0). | | | | |
| 11/13/09 | McLaughlin, Daniel F. | 19768968 | 2.40 | 468.00 | W110 |
| | FOR S. KOHLI, RESEARCH AND LOCATE MATERIALS ON STATUTE GOVERNING TEXAS LIMITED PARTNERSHIPS, USING THE PRINT COLLECTION. | | | | |
| 11/13/09 | Shrestha, Christine | 19677807 | 2.70 | 661.50 | W200 |
| | RUN UPDATED LIEN SEARCHES FROM TX AND FULL SEARCHES FOR UCCS & TAX LIENS FROM DE STATE, FOLLOW UP TO OBTAIN REMAINDER OF TEXAS CERTIFIED COPIES & EXISTENCE CERTIFICATES, SAVE TO ELECTRONIC FILES  AS PER REQUEST OF R. DOUGNAC, THEN FOLLOW UP TO OBTAIN MISSING CHARTERS FROM TEXAS | | | | |
| 11/13/09 | Mitchel, Gayle E. | 19688133 | 5.50 | 1,265.00 | W110 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|---------------------------|-----------|-------|--------|----------------------------|
| | MEET WITH CASE CLERK RE: HEARING BINDER CONTENTS AND ASSEMBLY (.2); RESEARCH LOCAL RULES RE: TIMING OF FILING WITNESS AND EXHIBIT LIST (.2); TRACK CASH COLLATERAL MOTION IN ENERGY PARTNERS CASE FOR TIMING OF SUBMISSION OF WITNESS AND EXHIBIT LIST AT REQUEST OF M. SHAH (.1); PROOF READ WITNESS AND EXHIBIT LIST DRAFTED BY M. SHAH (.1); DRAFT NOVEMBER 17 HEARING CHART AND HEARING AGENDA (2.5); PREPARE AND E-FILE EMERGENCY SUPPLEMENT TO THE DEBTORS' EMERGENCY MOTION FOR AN ORDER PURSUANT TO SECTIONS 105(A), 506(A), 507(A)(8), AND 541 OF THE BANKRUPTCY CODE AUTHORIZING DEBTORS TO PAY CERTAIN PREPETITION SALES TAXES, USE TAXES, AND LICENSE AND PERMIT FEES WITH CONFIRMATION FILING TO ATTORNEYS AND EMAIL TO GARDEN CITY GROUP WITH SERVICE INSTRUCTIONS (.9); UPDATE HEARING CHART AND NOVEMBER 17 HEARING AGENDA TO INCLUDE EMERGENCY SUPPLEMENT TO THE DEBTORS' EMERGENCY MOTION TO PAY CERTAIN PREPETITION SALES TAXES, USE TAXES, AND LICENSE AND PERMIT FEES AND PROVIDE ATTORNEYS COPY OF SAME (.2); ATTEMPT AGENDA UPLOAD ON COURT'S WEB PAGE (.3); FINAL REVISIONS TO NOVEMBER 17 AGENDA, PREPARE AND E-FILE SAME WITH CONFIRMATION OF FILING TO ATTORNEYS (1.5). | | | | |
| 11/13/09 | Jalomo, Chris | 19688390 | 4.00 | 520.00 | W110 |
| | ASSIST G. MITCHEL IN COLLECTING AND ORGANIZING MATERIALS FOR NOVEMBER 17, 2009 HEARING AND EXHIBITS BINDERS (2.0); CHECK ALL BINDERS FOR ACCURACY AND COMPLETENESS (1.0); CREATE INDICES FOR SAME (1.0). | | | | |
| 11/14/09 | Perez, Alfredo R. | 19671749 | 0.40 | 360.00 | W210 |
| | REVIEW REJECTION MOTION AND COMMUNICATIONS WITH C. LOPEZ REGARDING SAME (.4) | | | | |
| 11/14/09 | Perez, Alfredo R. | 19671750 | 0.40 | 360.00 | W200 |
| | VARIOUS COMMUNICATIONS WITH M. CURRO AND C. LOPEZ REGARDING EVIDENCE FOR DIP FINANCING HEARING (.4) | | | | |
| 11/14/09 | Shah, Manesh J. | 19729706 | 0.80 | 372.00 | W110 |
| | DRAFT EMAIL TO A. PEREZ WITH ALL PROPOSED ORDERS RELATING TO PLEADINGS TO BE HEARD AT 11/17 HEARING. | | | | |
| 11/14/09 | Lopez, Christopher M | 19696832 | 1.10 | 638.00 | W210 |
| | CONFERENCES WITH J. DAVIS REGARDING REJECTION OF UNEXPIRED LEASES (.3); DRAFT THIRD OMNIBUS MOTION TO REJECT UNEXPIRED LEASES (.7); CONFERENCE WITH G. MITCHEL REGARDING THE THIRD OMNIBUS MOTION TO REJECT UNEXPIRED LEASES (.1). | | | | |
| 11/14/09 | Lopez, Christopher M | 19696833 | 3.00 | 1,740.00 | W140 |
| | REVIEW AND PROVIDE COMMENTS TO THE SCHEDULES AND STATEMENTS FOR ALL DEBTORS. | | | | |
| 11/14/09 | Curro, Matthew L. | 19712605 | 7.70 | 3,580.50 | W200 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|------|------|------|------|------|
| | ATTENTION TO DIP ORDER ISSUES (.4); DRAFT DECLARATIONS IN SUPPORT OF DIP FINANCING (7.3). | | | | |
| 11/14/09 | Mitchel, Gayle E. | 19688087 | 1.20 | 276.00 | W110 |
| | EMAILS WITH C. LOPEZ RE: EMERGENCY MOTION TO BE FILED (.2); EMAIL TO GARDEN CITY GROUP TO ALERT THEM TO SERVICE REQUIREMENTS (.1); PREPARE EMERGENCY MOTION FOR FILING, CREATE PDF AND EMAIL TO ATTORNEY FOR REVIEW (.2); REVISE NOVEMBER 17 AGENDA AND FORWARD TO ATTORNEY FOR REVIEW (.3); PREPARE AND E-FILE DEBTORS' THIRD OMNIBUS MOTION PURSUANT TO SECTION 365(A) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6006 AND 9014 AUTHORIZING THE DEBTORS TO REJECT CERTAIN EQUIPMENT LEASES WITH CONFIRMATION OF FILING TO ATTORNEY AND EMAIL TO GARDEN CITY GROUP WITH SERVICE INSTRUCTIONS (.4). | | | | |
| 11/15/09 | Perez, Alfredo R. | 19673357 | 1.20 | 1,080.00 | W200 |
| | REVIEW AND REVISE DECLARATIONS OF D. SWICK AND J. DAVIS (.8), VARIOUS COMMUNICATIONS WITH M. CURRO AND C. LOPEZ REGARDING EVIDENCE FOR DIP HEARING (.4) | | | | |
| 11/15/09 | Perez, Alfredo R. | 19673358 | 0.80 | 720.00 | W110 |
| | REVIEW AND REVISE WITNESS AND EXHIBIT LIST (.3), REVIEW DRAFT ORDERS FOR THE HEARINGS ON TUESDAY, NOVEMBER 17TH (.5) | | | | |
| 11/15/09 | Shah, Manesh J. | 19733496 | 0.90 | 418.50 | W200 |
| | COMMUNICATE WITH A. PEREZ RE: REVISIONS TO PROPOSED ORDERS FOR CONTINUED USE OF CASH COLLATERAL AND DEBTOR-IN-POSSESSION FINANCING (0.2); REVISE PROPOSED ORDER FOR CONTINUED USE OF CASH COLLATERAL (0.4); REVISE PROPOSED ORDER FOR CONTINUED USE OF DEBTOR-IN-POSSESSION FINANCING (0.3). | | | | |
| 11/15/09 | Curro, Matthew L. | 19712694 | 5.80 | 2,697.00 | W200 |
| | REVIEW AND REVISE DIP ORDER AND DECLARATIONS IN SUPPORT. | | | | |
| 11/15/09 | Kohli, Sachin | 19700564 | 0.60 | 279.00 | W500 |
| | REVIEWED CLOSING BINDER FROM INITIAL ACQUISITION TO DETERMINE WHICH AGREEMENTS THAT EES 2008 IS A PARTY TO; EMAIL CORRESPONDENCE WITH M. LANDAU RE: SAME. | | | | |
| 11/16/09 | Strasburger, John B. | 19683882 | 0.40 | 316.00 | W520 |
| | RECEIVE AND REVIEW STATE ATTORNEY GENERAL NOTICE OF APPEARANCE ON BEHALF OF TEXAS WORKFORCE COMMISSION AND E MAILS WITH TEAM REGARDING SAME (.2); RECEIVE AND REVIEW HARRIS COUNTY ACKNOWLEDGEMENT OF REMOVAL (.1); RECEIVE AND REVIEW PLAINTIFF BREWER'S STATEMENT CONCERNING REMOVAL (.1). | | | | |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|---|---|---|---|---|---|
| 11/16/09 | Strasburger, John B. | 19683883 | 0.50 | 395.00 | W320 |

E MAILS AND TELEPHONE CONFERENCES WITH C. LOPEZ REGARDING ANDERSON COUNTY ISSUES RELATED TO CHECKS (0.3); MULTIPLE E MAILS REGARDING POTENTIAL CONTACTS IN ANDERSON COUNTY (0.2).

| 11/16/09 | Strasburger, John B. | 19683884 | 0.20 | 158.00 | W110 |
|---|---|---|---|---|---|

E MAILS WITH A. PEREZ AND D. ANDERSON REGARDING STATUS OF VARIOUS CASE ITEMS.

| 11/16/09 | Landau, Malcolm E. | 19762744 | 1.80 | 1,422.00 | W510 |
|---|---|---|---|---|---|

CONF. S. KOHLI.

| 11/16/09 | Perez, Alfredo R. | 19757275 | 0.50 | 450.00 | W200 |
|---|---|---|---|---|---|

REVIEW AND REVISE DECLARATIONS FOR DIP FINANCING HEARING (.2), VARIOUS COMMUNICATIONS WITH D. SWICK AND J. DAVIS REGARDING DECLARATIONS AND STATUS (.3)

| 11/16/09 | Perez, Alfredo R. | 19757366 | 0.60 | 540.00 | W110 |
|---|---|---|---|---|---|

VARIOUS COMMUNICATIONS WITH M. SHAH, C. LOPEZ, D. SWICK, M. CURRO, AND J. DAVIS REGARDING DECLARATIONS FOR HEARINGS AND REVISED WITNESS AND EXHIBIT LIST (.6)

| 11/16/09 | Shah, Manesh J. | 19733498 | 1.60 | 744.00 | W200 |
|---|---|---|---|---|---|

REVIEW DECLARATION OF D. SWICK IN SUPPORT OF DEBTOR-IN-POSSESSION FINANCING (0.6); REVIEW DECLARATION OF J. DAVIS IN SUPPORT OF DEBTOR-IN-POSSESSION FINANCING (0.4);  COMMUNICATE WITH C. LOPEZ RE: PROPOSED CASH COLLATERAL ORDER (0.3); COMMUNICATE WITH C. KETTER RE: CASH COLLATERAL ORDER (0.3).

| 11/16/09 | Shah, Manesh J. | 19733499 | 1.70 | 790.50 | W120 |
|---|---|---|---|---|---|

DRAFT SUPPLEMENTAL DECLARATION IN SUPPORT OF WGM RETENTION APPLICATION (1.2); COMMUNICATE WITH M. SEYNAEVE RE: SUPPLEMENTAL DECLARATION IN SUPPORT OF WGM RETENTION APPLICATION (0.3); COMMUNICATE WITH C. LOPEZ RE: SUPPLEMENTAL DECLARATION IN SUPPORT OF WGM RETENTION APPLICATION (0.2).

| 11/16/09 | Lopez, Christopher M | 19711758 | 0.20 | 116.00 | W120 |
|---|---|---|---|---|---|

REVIEW AND REVISE THE WGM FIRST SUPPLEMENTAL DECLARATION TO THE WGM RETENTION APPLICATION.

| 11/16/09 | Lopez, Christopher M | 19711759 | 1.60 | 928.00 | W200 |
|---|---|---|---|---|---|

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|------|------|------|------|------|
| | REVIEW AND REVISE THE EXPRESS ORDERS APPROVING THE CASH COLLATERAL MOTION AND THE DEBTOR IN POSSESSION FINANCING MOTION (.4); REVIEW AND REVISE THE DECLARATIONS IN CONNECTION WITH THE HEARING ON THE CASH COLLATERAL MOTION AND THE DEBTOR IN POSSESSION FINANCING MOTION (1.0); CONFERENCE WITH COUNSEL TO WRIGHT EXPRESS REGARDING THE CASH COLLATERAL MOTION AND THE DEBTOR IN POSSESSION FINANCING MOTION (.2). | | | | |
| 11/16/09 | Lopez, Christopher M | 19711760 | 0.90 | 522.00 | W520 |
| | PREPARE FOR MEETING WITH COUNSEL TO BEWER REGARDING LITIGATION BETWEEN EXPRESS AND BREWER (.2); PARTICIPATE IN MEETING WITH COUNSEL TO BEWER REGARDING LITIGATION BETWEEN EXPRESS AND BREWER (.7). | | | | |
| 11/16/09 | Lopez, Christopher M | 19711761 | 1.00 | 580.00 | W320 |
| | CONFERENCE WITH J. DAVIS REGARDING EXPRESS AUTOMATIC STAY ISSUES IN CONNECTION WITH EXPRESS LITIGATION (.3); REVIEW DOCUMENTS RELATING TO AUTOMATIC STAY ISSUES IN CONNECTION WITH EXPRESS LITIGATION (.7). | | | | |
| 11/16/09 | Johnson, Junine K. | 19701798 | 6.30 | 3,402.00 | W200 |
| | REVIEWING SECRETARY'S AND OFFICER'S CERTS AND OPINION CERT (1.5); MARKING UP GUARANTY (.9); MULTIPLE TELEPHONE CALLS WITH R. DOUGNAC REGARDING OPINION ISSUES AND OTHER OPEN ITEMS (1.2); TELEPHONE CALLS WITH RKO (AGENT'S COUNSEL) REGARDING OUTSTANDING CLOSING CONDITIONS AND TIMING (.8); EMAIL CORRESPONDENCE WITH C. LOPEZ REGARDING STATUS OF FINAL ORDER (.2); EMAIL CORRESPONDENCE WITH COMPANY REGARDING STATUS OF DELIVERABLES (1.3); TELEPHONE CALL WITH LENDERS REGARDING CLOSING CHECKLIST STATUS (.4). | | | | |
| 11/16/09 | Curro, Matthew L. | 19712798 | 3.70 | 1,720.50 | W200 |
| | REVIEW AND REVISE DECLARATIONS IN SUPPORT OF DIP MOTION AND ISSUES RELATED TO DIP ORDER. | | | | |
| 11/16/09 | Dougnac, Rachel | 19681473 | 7.00 | 2,485.00 | W200 |
| | DRAFT AND REVIEW CLOSING DELIVERABLES; DILIGENCE OF ORGANIZATIONAL DOCUMENTS FOR OPINION; REVISE OPINION | | | | |
| 11/16/09 | Shrestha, Christine | 19680681 | 1.50 | 367.50 | W200 |
| | REQUEST CORRECTED GOOD STANDING CERTIFICATE FROM TX STATE FOR EXPRESS BAH LEASING LTD., FOLLOW UP WITH SERVICE COMPANY SEVERAL TIMES TO DETERMINE STATUS OF UCC SEARCHES ORDERED FROM DE & TEXAS LAST WEEK, AS PER REQUEST OF R. DOUGNAC. | | | | |
| 11/16/09 | Scarpa, Ann M | 19690965 | 0.80 | 144.00 | W520 |
| | REVIEW AND REVISE AMENDED ANSWER AND COUNTERCLAIMS. | | | | |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|---|---|---|---|---|---|
| 11/16/09 | Mitchel, Gayle E. | 19700492 | 5.20 | 1,196.00 | W110 |

PULL MOTIONS, INTERIM ORDERS AND PROPOSED FINAL ORDERS AND ORGANIZE NOVEMBER 17 HEARING NOTEBOOK FOR JUDGE BOHM WITH COPIES OF THE PROPOSED AGENDA (1.5); PREPARE AND E-FILE SUPPLEMENTAL 327 DECLARATION OF A. PEREZ (.3); REVIEW BANKRUPTCY DOCKET FOR WITNESS AND EXHIBIT LISTS FILED FOR NOVEMBER 17 HEARING AT REQUEST OF M. SHAH (.1); REVISE AMENDED NOTICE OF AGENDA FOR NOVEMBER 17 HEARING AND FORWARD FOR ATTORNEY REVIEW (.4); PROOF EXHIBIT BINDERS (.6); PROOF HEARING PLEADINGS/ORDERS BINDERS (1.8); PREPARE AND E-FILE AMENDED NOTICE OF AGENDA FOR NOVEMBER 17 HEARING (.5).

| 11/16/09 | Jalomo, Chris | 19750843 | 7.50 | 975.00 | W110 |
|---|---|---|---|---|---|

ASSIST G. MITCHEL IN COLLECTING AND ORGANIZING MATERIALS FOR NOVEMBER 17, 2009 HEARING AND EXHIBITS BINDERS (4.5); REVIEW AND ORGANIZE PROPOSED FINAL ORDER FOLDERS FOR NOVEMBER 17, 2009 HEARING (3.0).

| 11/17/09 | Strasburger, John B. | 19695413 | 1.90 | 1,501.00 | W520 |
|---|---|---|---|---|---|

E MAILS WITH A. PEREZ AND C. LOPEZ REGARDING STATUS OF BREWER ISSUES (.2); REVIEW MATERIALS AND PREPARE FOR CALL WITH P. SHARP AND MEETING WITH D. ANDERSON (.5); MEET WITH A. PEREZ AND C. LOPEZ REGARDING BREWER NON-COMPETE ISSUES (.2); TELEPHONE CONFERENCE WITH P. SHARP REGARDING DISCOVERY SCHEDULING (.3); MEETING WITH D. ANDERSON TO DISCUSS BREWER LITIGATION AND STRATEGY GOING FORWARD (.5); E MAILS WITH A. SWART REGARDING DISCOVERY ISSUES RELATED TO BREWER LITIGATION (.2).

| 11/17/09 | Perez, Alfredo R. | 19760424 | 5.30 | 4,770.00 | W200 |
|---|---|---|---|---|---|

PREPARE FOR AND PARTICIPATE IN PREPARATIONS FOR HEARINGS INCLUDING MEETING WITH CLIENT AND A&M TO PREPARE HEARINGS (3.5), ATTEND HEARINGS ON CONTINUED FIRST DAY HEARINGS, RETENTIONS, LEASE REJECTIONS AND CASH COLLATERAL AND DIP FINANCING (1.8)

| 11/17/09 | Perez, Alfredo R. | 19771402 | 0.40 | 360.00 | W520 |
|---|---|---|---|---|---|

REVIEW AUTOMATIC STAY ISSUES RELATED TO SMITH LITIGATION AND INDEMNITY (.4)

| 11/17/09 | Shah, Manesh J. | 19733504 | 5.40 | 2,511.00 | W520 |
|---|---|---|---|---|---|

CONFERENCE WITH EES TEAM TO PREPARE FOR 11/17 HEARING (1.2); OUTLINE SCRIPTS FOR FOUR MOTION SEEKING FINAL OR SUPPLEMENTARY ORDERS (2.8); ATTEND 11/17 HEARING (1.4).

| 11/17/09 | Shah, Manesh J. | 19733505 | 0.20 | 93.00 | W210 |
|---|---|---|---|---|---|

COMMUNICATE WITH J. DAVIS RE: EQUIPMENT LEASE (0.2).

| 11/17/09 | Lopez, Christopher M | 19711920 | 2.00 | 1,160.00 | W140 |
|---|---|---|---|---|---|

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|---------------------------|-----------|-------|--------|---------------------------|
| | REVIEW AND PROVIDE COMMENTS TO REVISED VERSION OF THE EXPRESS SCHEDULES AND STATEMENTS. | | | | |
| 11/17/09 | Lopez, Christopher M | 19711921 | 1.00 | 580.00 | W140 |
| | CONFERENCES WITH THE ANDERSON COUNTY DISTRICT ATTORNEY'S OFFICE REGARDING THE EXPRESS CHAPTER 11 FILINGS (.6); CONFERENCES WITH J. DAVIS REGARDING THE ANDERSON COUNTY DISTRICT ATTORNEY'S OFFICE (.2); REVIEW DOCUMENTS RELATING TO THE ANDERSON COUNTY DISTRICT ATTORNEY'S OFFICE AND THE EXPRESS CHAPTER 11 CASES (.2). | | | | |
| 11/17/09 | Lopez, Christopher M | 19711922 | 0.50 | 290.00 | W500 |
| | PARTICIPATE IN CONFERENCE WITH J. DAVIS, A. PEREZ, AND D. ANDERSON REGARDING CASE STRATEGY. | | | | |
| 11/17/09 | Lopez, Christopher M | 19711923 | 0.60 | 348.00 | W110 |
| | REVIEW AND REVISE THE EXPRESS CASE CALENDAR. | | | | |
| 11/17/09 | Swartz, Andrew R. | 19703207 | 2.10 | 1,323.00 | W520 |
| | REVIEW FILED STATEMENT FROM COUNSEL FOR D. BREWER (.3); PERFORM LEGAL RESEARCH IN RELATION TO D. BREWER ACTION (1.8). | | | | |
| 11/17/09 | Johnson, Junine K. | 19701771 | 3.30 | 1,782.00 | W200 |
| | REVIEW OF COMPANY SCHEDULES AND EMAIL QUESTIONS REGARDING SCHEDULES (1.3); CONFERENCE CALL WITH COMPANY TO DISCUSS SCHEDULES AND OPEN POINTS (1.1); FOLLOW-UP CALL AND RELATED EMAIL CORRESPONDENCE WITH R. DOUGNAC TO FINALIZE REMAINING CONDITIONS (.5); CALLS AND RELATED EMAIL CORRESPONDENCE WITH D. PLANTE AT RKO REGARDING CLOSING AND OPEN CONDITIONS (.4). | | | | |
| 11/17/09 | Dougnac, Rachel | 19688797 | 4.80 | 1,704.00 | W200 |
| | DRAFT AND REVIEW CLOSING DELIVERABLES, INCLUDING CLOSING MECHANICS | | | | |
| 11/17/09 | Shrestha, Christine | 19686179 | 1.00 | 245.00 | W500 |
| | OBTAIN NECESSARY FORMS & INSTRUCTIONS TO CONVERT TEXAS DOCUMENTS & FILE CERTIFICATES OF MERGERS OF TX AND DELAWARE LLC INTO TX LP AS PER REQUEST OF S. KOHLI (0.5); GIVE SERVICE COMPANY APPROVAL TO ADVANCE TAXES AND ORDER SHORT FORM GOOD STANDING CERTIFICATES FOR (8) DELAWARE ENTITIES PENDING FINAL ORDER OF BANKRUPTCY COURT (0.3); PROVIDE ATTORNEY WITH CONTACT INFORMATION & ORDER NUMBERS AS PER REQUEST OF R. DOUGNAC (0.2). | | | | |
| 11/17/09 | Wright, Sherri | 19687773 | 0.20 | 28.00 | W520 |
| | LOAD NEW MATERIAL INTO R:DRIVE AND DATABASES. | | | | |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|------|------|------|------|------|
| 11/17/09 | Mitchel, Gayle E. | 19699940 | 3.40 | 782.00 | W110 |

ASSIST M. SHAH WITH OBTAINING ADDITIONAL COPIES OF HEARING AND EXHIBITS BINDERS FROM REPROGRAPHICS (1.0); RUN RED-LINE OF INSURANCE ORDER FILED WITH ORIGINAL MOTION TO FINAL INSURANCE ORDER AT REQUEST OF M. SHAH AND PLACE IN ORDERS FOLDERS FOR HEARING (.7); SEARCH DOCKET, VERIFY AFFIDAVITS OF SERVICE AND ADD SERVICE DOCUMENTS TO NOVEMBER 17 AGENDA AT REQUEST OF M. SHAH (1.4); PREPARE AND E-FILE NOTICE OF FILING CORRECTED EXHIBIT A TO THE FIRST OMNIBUS MOTION TO REJECT UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES (.3).

| DATE | TIMEKEEPER | TIME ID # | HOURS | AMOUNT | CODE |
|------|------|------|------|------|------|
| 11/17/09 | Jalomo, Chris | 19750484 | 4.00 | 520.00 | W110 |

ASSIST G. MITCHEL IN COLLECTING AND ORGANIZING MATERIALS FOR NOVEMBER 17, 2009 HEARING AND EXHIBITS BINDERS (2.5); REVIEW AND ORGANIZE PROPOSED FINAL ORDER FOLDERS FOR NOVEMBER 17, 2009 HEARING (1.5).

| | | | | | |
|------|------|------|------|------|------|
| 11/18/09 | Buhle, Warren T. | 19690237 | 0.40 | 360.00 | W200 |

REVIEW OPINION FOR URQUHART, DOUGNAC

| | | | | | |
|------|------|------|------|------|------|
| 11/18/09 | Strasburger, John B. | 19695578 | 0.30 | 237.00 | W520 |

E MAILS WITH D. ANDERSON REGARDING SEPARATION AGREEMENT AND CONFER WITH A. PEREZ REGARDING STATUS.

| | | | | | |
|------|------|------|------|------|------|
| 11/18/09 | Urquhart, Douglas R. | 19703499 | 0.80 | 660.00 | W200 |

REVIEW REVISED OPINIONS (0.2); EMAILS RE CLOSING ISSUES (0.2); DISCUSS WITH BUHLE (0.4).

| | | | | | |
|------|------|------|------|------|------|
| 11/18/09 | Landau, Malcolm E. | 19762258 | 3.70 | 2,923.00 | W510 |

CONF. CALL WITH AKIN GUMP AND J. DAVIS (0.7); WORK ON FORMS (3.0).

| | | | | | |
|------|------|------|------|------|------|
| 11/18/09 | Perez, Alfredo R. | 19763278 | 0.40 | 360.00 | W500 |

REVIEW NEW CORPORATE DOCUMENTS (.4)

| | | | | | |
|------|------|------|------|------|------|
| 11/18/09 | Perez, Alfredo R. | 19760642 | 0.30 | 270.00 | W210 |

VARIOUS COMMUNICATIONS WITH GE AND CLIENT REGARDING ADEQUATE PROTECTION AND STATUS (.3)

| | | | | | |
|------|------|------|------|------|------|
| 11/18/09 | Rusman, Jared M. | 19695828 | 0.70 | 595.00 | W510 |

CONFERENCE CALL WITH K. NOVAK, WGM CORPORATE, EXPRESS ENERGY AND AKIN GUMP RE:  POST-EMERGENCE STRUCTURE (.7).

| | | | | | |
|------|------|------|------|------|------|
| 11/18/09 | Coffee, Kristina L. | 19745954 | 0.80 | 372.00 | W510 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/ DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ ACTIVITY CODE |
|------|-------------------------|-----------|-------|--------|---------------------|
| | CONFERENCE CALL WITH J. RUSMAN, J. DAVIS, M. BORDEN, M. CHAMBERS, A. PEREZ, T. WEIR, C. GIBBS, C. KETTER, G. PROCACCINI AND C. LOPEZ RE: CORPORATE STRUCTURING (.8). | | | | |
| 11/18/09 | Shah, Manesh J. | 19733725 | 0.30 | 139.50 | W200 |
| | COMMUNICATE WITH COUNSEL TO WELLS FARGO RE: DECLARATIONS FILED IN SUPPORT OF MOTION TO APPROVE DEBTOR-IN-POSSESSION FINANCING (0.2); COMMUNICATE WITH J. DAVIS RE: SAME (0.1). | | | | |
| 11/18/09 | Lopez, Christopher M | 19711925 | 1.50 | 870.00 | W110 |
| | REVIEW AND REVISE THE EXPRESS BAR DATE MOTION (1.0); CONFERENCES WITH COUNSEL TO VARIOUS CREDITORS REGARDING THE EXPRESS CHAPTER 11 CASES (.5). | | | | |
| 11/18/09 | Lopez, Christopher M | 19711926 | 0.60 | 348.00 | W500 |
| | REVIEW EXPRESS DOCUMENTS TO BE INCLUDED IN THE PLAN SUPPLEMENT. | | | | |
| 11/18/09 | Swartz, Andrew R. | 19703335 | 1.60 | 1,008.00 | W520 |
| | REVIEW CORRESPONDENCE FROM B. WINFREE RELATING TO D. BREWER (.1); REVISE AMENDED ANSWER IN RELATION TO D. BREWER LAWSUIT (1.5). | | | | |
| 11/18/09 | Johnson, Junine K. | 19701939 | 1.30 | 702.00 | W200 |
| | CALLS AND EMAIL CORRESPONDENCE WITH D. PLANTE AT RKO AND R. DOUGNAC REGARDING OUTSTANDING DELIVERIES IN PREPARATION FOR DIP CLOSING (1.0); DRAFTING EMAIL TO COMPANY TO ARRANGE CLOSING CALL (.3) | | | | |
| 11/18/09 | Dougnac, Rachel | 19688756 | 3.70 | 1,313.50 | W200 |
| | DRAFT AND REVIEW CLOSING DELIVERABLES (1.2); REVISE OPINION (2.0); REVIEW CLOSING MECHANICS (.5). | | | | |
| 11/18/09 | Shrestha, Christine | 19689808 | 0.30 | 73.50 | W200 |
| | PROVIDE INFORMATION TO ATTORNEYS REGARDING DELAWARE CERTIFICATE OF MERGER IN CASE OF SUSPENSION & RETENTION OF EFFECTIVE DATE & TIME, AS PER REQUEST OF S. KOHLI | | | | |
| 11/18/09 | Wright, Sherri | 19689689 | 0.30 | 42.00 | W520 |
| | SCAN AND LOAD NEW MATERIAL INTO R:DRIVE AND DATABASES. | | | | |
| 11/18/09 | Mitchel, Gayle E. | 19700080 | 3.00 | 690.00 | W110 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|---------------------------|-----------|-------|--------|---------------------------|
| | REVIEW RED LINE AND CLEAN MASTER SERVICE LIST GENERATED BY GARDEN CITY GROUP, REVISE AND FORWARD TO ATTORNEY FOR REVIEW (1.5); UPDATE BREWER (09-03445) ADVERSARY PROCEEDING DATABASE AND FORWARD HARD COPY OF NOTICE SETTING STATUS CONFERENCE TO ATTORNEY (.3); MONITOR BANKRUPTCY DOCKET, DOWNLOAD NEW FILINGS, UPDATE DATABASE AND INTERNAL DOCKET (.4); PULL ORDERS ENTERED AND ORGANIZE NOVEMBER 17 HEARING FILE (.2); UPDATE FIRST DAY PLEADINGS BINDERS WITH FINAL ORDERS (.1); PREPARE AND E-FILE UPDATED MASTER SERVICE LIST AS OF NOVEMBER 17, 2009 WITH CONFIRMATION OF FILING TO ATTORNEY AND EMAIL TO GARDEN CITY GROUP WITH SERVICE INSTRUCTIONS (.5). | | | | |
| 11/19/09 | Strasburger, John B. | 19695486 | 0.50 | 395.00 | W320 |
| | CONFER WITH C. LOPEZ REGARDING STATUS OF CONTINUED FIRST DAY MATTERS (.3); TELEPHONE CONFERENCE WITH A. PEREZ AND D. ANDERSON REGARDING ASSUMPTION AND REJECTION OF CERTAIN CONTRACTS AND REVIEW RELATED DOCUMENTS (.2). | | | | |
| 11/19/09 | Strasburger, John B. | 19695487 | 0.30 | 237.00 | W520 |
| | REVIEW NOTICE OF HEARING AND CALENDAR SAME (.2); RECEIVE AND REVIEW TEXAS WORKFORCE COMMISSION'S OBJECTION TO POR AND SANDFORD OIL NOTICE OF APPEARANCE (.1). | | | | |
| 11/19/09 | Urquhart, Douglas R. | 19703404 | 0.40 | 330.00 | W200 |
| | REVIEW MATERIALS FOR CLOSING/OPINIONS (0.2); DISCUSS WITH JOHNSON (0.2). | | | | |
| 11/19/09 | Landau, Malcolm E. | 19762266 | 1.00 | 790.00 | W510 |
| | REVIEW DRAFTS OF LP CONVERSION AGREEMENT. | | | | |
| 11/19/09 | Perez, Alfredo R. | 19771504 | 1.20 | 1,080.00 | W110 |
| | VARIOUS COMMUNICATIONS WITH D. MILLER REGARDING STATUS (.2), VARIOUS COMMUNICATIONS WITH T. WOOD REGARDING BREWER ISSUES (.2), VARIOUS COMMUNICATIONS WITH M. JOHNSON AND F. GIPSON REGARDING INDEMNITY ISSUES IN PENDING LITIGATION (.4), REVIEW EXECUTORY CONTRACT ISSUES WITH J. DAVIS INVOLVING EDGE AND SUMMITT (.4) | | | | |
| 11/19/09 | Perez, Alfredo R. | 19771507 | 0.20 | 180.00 | W500 |
| | VARIOUS COMMUNICATIONS WITH J. DAVIS REGARDING CORPORATE DOCUMENTS (.2) | | | | |
| 11/19/09 | Rusman, Jared M. | 19747136 | 0.20 | 170.00 | W510 |
| | E-MAIL TO L. BARZILAI RE: NON-RECOURSE TREATMENT OF DEBT (.2). | | | | |
| 11/19/09 | Shah, Manesh J. | 19733701 | 3.10 | 1,441.50 | W400 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|-----------------------------|-----------|-------|--------|----------------------------|

REVIEW AND REVISE MOTION ESTABLISHING BAR DATES, PROPOSED ORDER AND RELATED EXHIBITS (2.7); COMMUNICATE WITH I. BAUMGARTEN RE: SERVICE OF PROOF OF CLAIM FORMS (0.2); COMMUNICATE WITH C. LOPEZ RE: SAME (0.2).

| | | | | | |
|------|-----------------------------|-----------|-------|--------|----------------------------|
| 11/19/09 | Lopez, Christopher M | 19711898 | 2.60 | 1,508.00 | W500 |

RESEARCH UNDER SECTIONS 1129 OF THE BANKRUPTCY CODE IN CONNECTION WITH THE EXPRESS CONFIRMATION ORDER (2.0); REVIEW DOCUMENTS IN CONNECTION WITH THE EXPRESS CONFIRMATION STRATEGY (.6).

| | | | | | |
|------|-----------------------------|-----------|-------|--------|----------------------------|
| 11/19/09 | Lopez, Christopher M | 19711899 | 1.20 | 696.00 | W210 |

REVIEW DOCUMENTS RELATING TO THE EXPRESS EXECUTORY CONTRACTS AND UNEXPIRED LEASES (.4); CONFERENCES WITH J. DAVIS AND R. CASTELLS REGARDING EXPRESS EXECUTORY CONTRACTS AND UNEXPIRED LEASES (.8).

| | | | | | |
|------|-----------------------------|-----------|-------|--------|----------------------------|
| 11/19/09 | Johnson, Junine K. | 19701776 | 0.80 | 432.00 | W200 |

CALLS AND EMAIL CORRESPONDENCE WITH ALL PARTIES TO CLOSE DIP CREDIT FACILITY (.8).

| | | | | | |
|------|-----------------------------|-----------|-------|--------|----------------------------|
| 11/19/09 | Dougnac, Rachel | 19692375 | 0.70 | 248.50 | W200 |

DRAFT AND REVIEW CLOSING DELIVERABLES; CLOSING CALL

| | | | | | |
|------|-----------------------------|-----------|-------|--------|----------------------------|
| 11/19/09 | Mitchel, Gayle E. | 19700637 | 2.50 | 575.00 | W110 |

FORWARD EXECUTED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (SOLICITATION VER.) TO J. DAVIS AT REQUEST OF C. LOPEZ (.2); LOCATE EXECUTORY CONTRACT AND LEASE ASSUMPTION SCHEDULES, CONSOLIDATE SCHEDULE 8.01A AND 8.01B SAMPLES WITH LEASE AMENDMENTS AND CONTRACT AGREEMENTS AND FORWARD TO M. SHAH (.8); SEARCH FOR CONTRACT REJECTION SCHEDULES IN PRE-PACK CASES AT REQUEST OF M. SHAH AND FORWARD SAME (1.2); MONITOR BANKRUPTCY DOCKET, DOWNLOAD NEW FILINGS, UPDATE DATABASE AND INTERNAL DOCKET (.3).

| | | | | | |
|------|-----------------------------|-----------|-------|--------|----------------------------|
| 11/20/09 | Strasburger, John B. | 19707197 | 0.20 | 158.00 | W520 |

E MAILS WITH P. SHARP REGARDING DISCOVERY SCHEDULING.

| | | | | | |
|------|-----------------------------|-----------|-------|--------|----------------------------|
| 11/20/09 | Strasburger, John B. | 19707200 | 0.50 | 395.00 | W520 |

REVIEW CORRESPONDENCE WITH SELLERS AND ESCROW AGENTS, REVIEW MATRIX OF PAYMENTS TO EDGE AND CORRESPONDENCE REGARDING SAME (.3); E MAILS WITH P. SHARP REGARDING DISCOVERY SCHEDULING (.2).

| | | | | | |
|------|-----------------------------|-----------|-------|--------|----------------------------|
| 11/20/09 | Landau, Malcolm E. | 19762793 | 1.60 | 1,264.00 | W510 |

CONFS. S. KOHLI, J. DAVIS, J. RUSSMAN.

| | | | | | |
|------|-----------------------------|-----------|-------|--------|----------------------------|
| 11/20/09 | Perez, Alfredo R. | 19771533 | 0.80 | 720.00 | W140 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|---|---|---|---|---|---|
| | VARIOUS COMMUNICATIONS WITH J. DAVIS AND M. SHAH REGARDING ISSUES RELATED TO THE STATEMENTS AND SCHEDULES (.8) | | | | |
| 11/20/09 | Perez, Alfredo R. | 19761424 | 1.60 | 1,440.00 | W200 |
| | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL LENDERS REGARDING STATUS UPDATE AND NEXT STEPS (1.6) | | | | |
| 11/20/09 | Rusman, Jared M. | 19747245 | 2.90 | 2,465.00 | W510 |
| | REVIEWING LIMITED LIABILITY COMPANY AGREEMENT (1.0); CONFERENCE CALL WITH J. DAVIS, M. LANDAU, K. NOVAK AND S. KOHLI RE:  LIMITED LIABILITY COMPANY AGREEMENT (.9); COMPILING MARKUP OF LIMITED LIABILITY COMPANY AGREEMENT (1.0). | | | | |
| 11/20/09 | Coffee, Kristina L. | 19747189 | 4.50 | 2,092.50 | W510 |
| | REVIEW AND REVISE LLC AGREEMENT (3.2); CONFERENCE CALL WITH M. LANDAU, J. RUSMAN, A. PEREZ, S. KOHLI, C. LOPEZ AND J. DAVIS RE:  LLC AGREEMENT (1.3). | | | | |
| 11/20/09 | Shah, Manesh J. | 19734626 | 2.40 | 1,116.00 | W400 |
| | REVISE PROOF OF CLAIM FORMS AND RELATED NOTICE AND INSTRUCTIONS (2.1); COMMUNICATE WITH P. LEATHEM RE: SERVICE OF SAME (0.3). | | | | |
| 11/20/09 | Lopez, Christopher M | 19711897 | 3.50 | 2,030.00 | W140 |
| | REVIEW AND PROVIDE COMMENTS TO THE EXPRESS SCHEDULES AND STATEMENTS AND THE GLOBAL NOTES (2.5); CONFERENCES WITH J. DAVIS AND T. BEHNKE REGARDING THE EXPRESS SCHEDULES AND STATEMENTS (1.0). | | | | |
| 11/20/09 | Swartz, Andrew R. | 19703202 | 3.40 | 2,142.00 | W520 |
| | RESEARCH TIMING FOR DISCOVERY IN RELATION TO D. BREWER LAWSUIT (.9); CORRESPOND WITH J. STRASBURGER IN RELATION TO D. BREWER LAWSUIT (.2); DRAFT DISCOVERY TO D. BREWER (2.3). | | | | |
| 11/20/09 | Kohli, Sachin | 19853480 | 1.00 | 465.00 | W510 |
| | CALL WITH J. DAVIS RE: LLC AGREEMENT; REVIEW AND COMMENT ON LLC AGREEMENT. | | | | |
| 11/20/09 | Shrestha, Christine | 19700133 | 0.50 | 122.50 | W200 |
| | PROVIDE CERTIFICATES OF CONVERSION, GIVE PROCEDURAL INFORMATION, FOR DELAWARE & TX AS PER REQUEST OF S. KOHLI | | | | |
| 11/20/09 | Mitchel, Gayle E. | 19700684 | 0.70 | 161.00 | W110 |
| | MONITOR BANKRUPTCY DOCKET, DOWNLOAD NEW FILINGS, UPDATE DATABASE AND INTERNAL DOCKET (.7). | | | | |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/ DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ ACTIVITY CODE |
|------|-------------------------|-----------|-------|--------|---------------------|
| 11/20/09 | Jalomo, Chris | 19750972 | 1.00 | 130.00 | W110 |
| | REVIEW AND ORGANIZE DECLARATIONS RELATING TO THE DEBTOR IN POSSESSION MOTION AS REQUESTED BY M. SHAH (0.5); UPDATE CASE FILE OUTLINE AND FILES (0.5). | | | | |
| 11/21/09 | Perez, Alfredo R. | 19761600 | 1.00 | 900.00 | W400 |
| | REVIEW BREWER ISSUES AND VARIOUS COMMUNICATIONS WITH T. WOOD AND J. DAVIS REGARDING SAME (1.0) | | | | |
| 11/21/09 | Lopez, Christopher M | 19703409 | 1.00 | 580.00 | W140 |
| | MEETING WITH J. DAVIS AND REGARDING THE EXPRESS SCHEDULES AND STATEMENTS. | | | | |
| 11/22/09 | Lopez, Christopher M | 19703408 | 3.20 | 1,856.00 | W140 |
| | REVIEW THE FINAL VERSION OF THE EXPRESS SCHEDULES AND STATEMENTS (3.0); CONFERENCES WITH J. HERRIMAN AT A&M REGARDING THE SAME (.2). | | | | |
| 11/22/09 | Curro, Matthew L. | 19712567 | 1.20 | 558.00 | W500 |
| | REVIEW PLAN AND DISCLOSURE STATEMENT; ATTENTION TO CONFIRMATION BRIEF. | | | | |
| 11/23/09 | Strasburger, John B. | 19707429 | 1.30 | 1,027.00 | W520 |
| | PREPARE FOR CALL WITH P. SHARP TO DISCUSS DISCOVERY ISSUES (.3); TELEPHONE CONFERENCE WITH P. SHARP REGARDING SAME (.2); CONFER WITH A. SWARTZ REGARDING DISCOVERY ISSUES AND RESEARCH NEEDED ON BREWER CLAIMS (.3); REVIEW RESEARCH REGARDING UNCLEAN HANDS DEFENSE (.5). | | | | |
| 11/23/09 | Perez, Alfredo R. | 19759780 | 0.40 | 360.00 | W500 |
| | REVIEW COMMENT TO PLAN DOCUMENTS FROM M. CHAMBERS (.4) | | | | |
| 11/23/09 | Perez, Alfredo R. | 19759817 | 2.20 | 1,980.00 | W140 |
| | REVIEW FINAL STATEMENTS AND SCHEDULES  AND MOTION TO REDACT (2.2) | | | | |
| 11/23/09 | Perez, Alfredo R. | 19759818 | 0.60 | 540.00 | W400 |
| | REVIEW AND REVISE BAR DATE MOTION (.6) | | | | |
| 11/23/09 | Perez, Alfredo R. | 19759819 | 0.50 | 450.00 | W210 |
| | VARIOUS COMMUNICATIONS WITH J. DAVIS REGARDING OPERATIONAL ISSUES (.5) | | | | |
| 11/23/09 | Shah, Manesh J. | 19734050 | 0.40 | 186.00 | W140 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|---------------------------|-----------|-------|--------|--------------------------|
| | COMMUNICATE WITH G. MITCHEL RE: FILING OF SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS (0.4). | | | | |
| 11/23/09 | Shah, Manesh J. | 19734630 | 1.10 | 511.50 | W400 |
| | COMMUNICATE WITH P. LEATHEM RE: PROOF OF CLAIM FORM AND RELATED NOTICE (0.2); REVISE PROOF OF CLAIM FORM AND RELATED NOTICE (0.9). | | | | |
| 11/23/09 | Shah, Manesh J. | 19734631 | 4.30 | 1,999.50 | W140 |
| | DRAFT AND REVISE MOTION TO REDACT SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS (3.9); COMMUNICATE WITH C. KETTER RE: SAME (0.3); COMMUNICATE WITH A. PEREZ RE: SAME (0.1). | | | | |
| 11/23/09 | Swartz, Andrew R. | 19738670 | 5.60 | 3,528.00 | W520 |
| | CORRESPOND WITH J. STRASBURGER REGARDING BREWER DISCOVERY (.2); DRAFT REQUESTS FOR PRODUCTION TO BREWER (1.8); DRAFT INTERROGATORIES TO BREWER (2.5); PERFORM RESEARCH REGARDING BREWER LAWSUIT (.8); CORRESPOND WITH J. STRASBURGER REGARDING BREWER LAWSUIT (.3). | | | | |
| 11/23/09 | Curro, Matthew L. | 19712568 | 1.20 | 558.00 | W500 |
| | ATTENTION TO CONFIRMATION BRIEF ISSUES. | | | | |
| 11/23/09 | Kohli, Sachin | 19741371 | 0.50 | 232.50 | W510 |
| | REVISE LP CONVERSION AGREEMENT AND DISCUSSIONS WITH PARALEGAL RE: CONVERSION PROCESS. | | | | |
| 11/23/09 | Shrestha, Christine | 19705473 | 1.00 | 245.00 | W200 |
| | OBTAIN FORMS TO WITHDRAW TEXAS L.P AND RESPOND TO RELATED DOCUMENT & PROCESSING QUESTIONS, AS PER REQUEST OF S. KOHLI | | | | |
| 11/23/09 | Mitchel, Gayle E. | 19721005 | 10.60 | 2,438.00 | W110 |
| | MONITOR BANKRUPTCY DOCKET, DOWNLOAD NEW FILINGS, UPDATE DATABASE AND INTERNAL DOCKET (.6); ASSEMBLE HEARING MATERIALS FOR DECEMBER 7 HEARING AND WRITE FIRST DRAFT OF HEARING AGENDA (1.0); PULL COPY OF CASH COLLATERAL ORDER AND FORWARD TO M. SHAH (.1); PREPARE AND E-FILE EX PARTE EMERGENCY MOTION OF THE DEBTORS PURSUANT TO SECTION 107(B)(1) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9018 FOR AN ORDER REDACTING CONFIDENTIAL COMMERCIAL INFORMATION FROM SCHEDULES AND STATEMENTS FILED IN ACCORDANCE WITH SECTION 521 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 1007 AND DEBTORS' EX PARTE EMERGENCY MOTION PURSUANT TO SECTION 502(B)(9) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3003(C)(3) TO ESTABLISH THE DEADLINE FOR FILING PROOFS OF CLAIM AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF, WITH CONFIRMATION OF FILING TO ATTORNEY (1.5); PREPARE AND E-FILE SCHEDULES A THROUGH H, SUMMARY OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS FOR ALL DEBTOR ENTITIES (7.4). | | | | |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|------|------|------|------|------|
| 11/23/09 | Jalomo, Chris | 19750966 | 4.50 | 585.00 | W110 |
| | ASSIST WITH THE PREPARATION OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS TO BE FILED AS REQUESTED BY G. MITCHEL. | | | | |
| 11/23/09 | Olvera, Rene A | 19744216 | 1.70 | 306.00 | W140 |
| | PREPARE SCHEDULES AND SOFA'S FOR FILING (1.7) | | | | |
| 11/24/09 | Strasburger, John B. | 19736984 | 1.20 | 948.00 | W520 |
| | WORK ON AMENDED ANSWER AND COUNTERCLAIMS (0.8); CONFER WITH A. SWARTZ REGARDING PROCEDURAL ISSUES AND FURTHER ANALYSIS OF SAME (0.4). | | | | |
| 11/24/09 | Landau, Malcolm E. | 19762271 | 2.00 | 1,580.00 | W510 |
| | CONF'S AKIN GUMP, J. DAVIS, S. KOHLI. | | | | |
| 11/24/09 | Perez, Alfredo R. | 19755885 | 0.70 | 630.00 | W310 |
| | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL J. DAVIS AND G. CHILDRESS REGARDING LEASE REJECTIONS AND CLEAN-UP OBLIGATIONS (.7) | | | | |
| 11/24/09 | Perez, Alfredo R. | 19755886 | 1.80 | 1,620.00 | W500 |
| | CONFERENCE CALL LENDERS, CLIENT AND WGM TEAM REGARDING PLAN SUPPLEMENT AND STRUCTURING ISSUES (1.2), REVIEW BALLOT REPORT AND COMMUNICATIONS WITH M. CHAMBERS REGARDING CATERPILLAR (.2), CONFERENCE CALL J. DAVIS REGARDING EXIT FINANCING AND COST ISSUES (.4). | | | | |
| 11/24/09 | Perez, Alfredo R. | 19755890 | 0.20 | 180.00 | W400 |
| | REVIEW STONE ENERGY DEMAND AND RESPONSE (.2) | | | | |
| 11/24/09 | Perez, Alfredo R. | 19755892 | 0.40 | 360.00 | W400 |
| | COMMUNICATIONS WITH J. RHEMAN AND A&M REGARDING CLAIM BY R. RODRIGUEZ AND REVIEW COMMUNICATIONS REGARDING SAME (.4) | | | | |
| 11/24/09 | Rusman, Jared M. | 19746951 | 1.30 | 1,105.00 | W510 |
| | TELEPHONE CONFERENCE WITH EXPRESS, AKIN GUMP, PRICEWATERHOUSECOOPERS AND WGM TEAMS RE:  POST-EMERGENCE STRUCTURE (.9); REVIEWING K. NOVAK COMMENTS ON LLC AGREEMENT (.4). | | | | |
| 11/24/09 | Coffee, Kristina L. | 19747035 | 7.10 | 3,301.50 | W510 |
| | CONFERENCE CALL WITH J. RUSMAN, J. DAVIS, M. CHAMBERS AND A. PEREZ RE:  LLC AGREEMENT (1.0); REVIEW AND REVISE LLC AGREEMENT (6.1). | | | | |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|---|---|---|---|---|---|
| 11/24/09 | Shah, Manesh J. | 19734051 | 0.10 | 46.50 | W140 |
| | COMMUNICATE WITH E. SEITZ RE: FILED SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS. | | | | |
| 11/24/09 | Lopez, Christopher M | 19711636 | 0.90 | 522.00 | W500 |
| | REVIEW DOCUMENTS REGARDING THE EXPRESS CONFIRMATION PROCESS (.8); CONFERENCE WITH R. CASTELLS REGARDING THE EXPRESS PLAN SUPPLEMENT (.1). | | | | |
| 11/24/09 | Lopez, Christopher M | 19711638 | 1.30 | 754.00 | W500 |
| | CONFERENCE WITH M. SHAH AND M. CURRO REGARDING PLAN CONFIRMATION ISSUES (.2); REVIEW MEMORANDUM REGARDING PLAN CONFIRMATION ISSUES (1.0); CONFERENCE WITH A. PEREZ REGARDING PLAN CONFIRMATION ISSUES (.1). | | | | |
| 11/24/09 | Swartz, Andrew R. | 19738676 | 2.50 | 1,575.00 | W520 |
| | CORRESPOND WITH J. STRASBURGER REGARDING BREWER LAWSUIT (.2); CONTINUE DRAFTING DISCOVERY RELATING TO BREWER LAWSUIT (1.2); CORRESPOND WITH J. STRASBURGER REGARDING STRATEGY IN BREWER LAWSUIT (.7); CORRESPOND WITH J. STRASBURGER REGARDING AMENDED ANSWER IN BREWER LAWSUIT (.4). | | | | |
| 11/24/09 | Curro, Matthew L. | 19712840 | 0.60 | 279.00 | W500 |
| | CONFER WITH C. LOPEZ, M. SHAH RE: OPEN ITEMS FOR CONFIRMATION AND RELATED FOLLOW-UP. | | | | |
| 11/24/09 | Kohli, Sachin | 19741289 | 1.00 | 465.00 | W510 |
| | CONFERENCE CALL WITH M. CHAMBERS RE: CONVERSION AND LLC AGREEMENT. | | | | |
| 11/24/09 | Mitchel, Gayle E. | 19721401 | 1.30 | 299.00 | W110 |
| | MONITOR BANKRUPTCY DOCKET, DOWNLOAD NEW FILINGS, UPDATE DATABASE AND INTERNAL DOCKET (.4); REVIEW MASTER SERVICE LIST BLUELINE PROVIDED BY GARDEN CITY GROUP, REVISE, PREPARE AND E-FILE MASTER SERVICE LIST AS OF NOVEMBER 24, 2009 WITH CONFIRMATION OF FILING TO ATTORNEY AND FORWARD TO GARDEN CITY GROUP WITH SERVICE INSTRUCTIONS (.9). | | | | |
| 11/24/09 | Jalomo, Chris | 19750406 | 2.50 | 325.00 | W110 |
| | ORGANIZE AND REVIEW FILED SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS AS REQUESTED BY G. MITCHEL. | | | | |
| 11/25/09 | Perez, Alfredo R. | 19755353 | 0.80 | 720.00 | W500 |
| | REVIEW ISSUES RELATING TO THE PLAN GIFT PROVISIONS (.2), REGARDING TAX PROVISIONS (.3), VARIOUS COMMUNICATIONS WITH T. WOOD REGARDING LANGUAGE  IN CONFIRMATION ORDER REGARDING RESERVATION OF RIGHTS (.3) | | | | |
| 11/25/09 | Perez, Alfredo R. | 19755355 | 0.30 | 270.00 | W110 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|------|------|------|------|------|
| | VARIOUS COMMUNICATIONS WITH M. SHAH REGARDING EX PARTE MOTION TO FILE SCHEDULES IN REDACTED FASHION (.3) | | | | |
| 11/25/09 | Perez, Alfredo R. | 19755356 | 0.50 | 450.00 | W340 |
| | VARIOUS COMMUNICATIONS WITH REGARDING CHANGE OF CONTROL PAYMENTS (.5) | | | | |
| 11/25/09 | Perez, Alfredo R. | 19755896 | 0.60 | 540.00 | W400 |
| | REVIEW SMITH INTERNATIONAL MOTION TO LIFT STAY AND REVISED THE PROPOSED FORM OF ORDER (.2), COMMUNICATIONS WITH J. RHEMAN AND J. DAVIS REGARDING JOST AND MERIT MATTERS (.3), COMMUNICATIONS WITH J. DAVIS REGARDING MUD TECHS (.1) | | | | |
| 11/25/09 | Rusman, Jared M. | 19748223 | 1.00 | 850.00 | W510 |
| | E-MAILS TO AND FROM L. MCGINLEY AND L. BARZILAI RE:  TAX TREATMENT OF PLAN (.3); E-MAILS TO K. NOVAK AND C. LOPEZ RE:  PLAN SUPPLEMENT (.3); TELEPHONE CONFERENCE WITH L. MCGINLEY RE:  TAX TREATMENT OF PLAN (.4). | | | | |
| 11/25/09 | Coffee, Kristina L. | 19747381 | 0.50 | 232.50 | W510 |
| | REVIEW AND REVISE LLC AGREEMENT (.5). | | | | |
| 11/25/09 | Shah, Manesh J. | 19734374 | 0.90 | 418.50 | W140 |
| | COMMUNICATE WITH R. STENNIS RE: HEARING TO REDACT INFORMATION FROM SCHEDULES (0.3); COMMUNICATE WITH A. PEREZ AND C. LOPEZ RE: SAME (0.2); DRAFT NOTICE OF HEARING FOR MOTION TO REDACT INFORMATION FROM SCHEDULES (0.4). | | | | |
| 11/25/09 | Shah, Manesh J. | 19734375 | 1.20 | 558.00 | W400 |
| | REVIEW ORDER ENTERED BY COURT ESTABLISHING BAR DATES AND APPROVING PROOF OF CLAIM FORM (0.2); REVISE NOTICE AND INSTRUCTIONS TO BE SENT WITH PROOF OF CLAIM FORMS (0.7); COMMUNICATE WITH P. LEATHEM RE: SERVICE OF SAME (0.3). | | | | |
| 11/25/09 | Shah, Manesh J. | 19734376 | 3.80 | 1,767.00 | W500 |
| | REVIEW PRECEDENT FOR DECLARATIONS FILED SUPPORTING CONFIRMATION OF PLANS OF REORGANIZATION (1.7); DRAFT DECLARATION OF D. ANDERSON IN SUPPORT OF CONFIRMATION OF PLAN (2.1). | | | | |
| 11/25/09 | Lopez, Christopher M | 19711640 | 0.90 | 522.00 | W210 |
| | REVIEW AND REVISE THE EXPRESS PROOFS OF CLAIM FORM (.2); CONFERENCE WITH M. SHAH REGARDING EXPRESS BAR DATE ISSUES (.2); CONFERENCE WITH A. PEREZ REGARDING THE EXPRESS MOTION TO REDACT THE SCHEDULES (.1); CONFERENCE WITH J. DAVIS REGARDING EXPRESS LEASES (.1); REVIEW AND REVISE THE EXPRESS CASE CALENDAR (.3). | | | | |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/ DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ ACTIVITY CODE |
|---|---|---|---|---|---|
| 11/25/09 | Lopez, Christopher M | 19711641 | 0.20 | 116.00 | W520 |
| | REVIEW AND REVISE THE AMENDED COMPLAINT AGAINST BREWER. | | | | |
| 11/25/09 | Swartz, Andrew R. | 19738678 | 4.10 | 2,583.00 | W520 |
| | CORRESPOND WITH B. WINFREE REGARDING AMENDED ANSWER IN BREWER LAWSUIT (.2); TELEPHONE CONFERENCE WITH B. WINFREE REGARDING BREWER AMENDED ANSWER (.1); REVIEW WITNESS INTERVIEW NOTES AND BREWER ANSWER (2.3);  PREPARE MATERIALS RELATING TO BREWER DISCOVERY (1.5). | | | | |
| 11/25/09 | Curro, Matthew L. | 19712904 | 2.90 | 1,348.50 | W500 |
| | REVIEW CONFIRMATION BRIEF MATERIALS. | | | | |
| 11/25/09 | Dougnac, Rachel | 19728612 | 0.40 | 142.00 | W200 |
| | CORRESPONDENCE RE: LEAGUE TABLE CREDIT | | | | |
| 11/25/09 | Olvera, Rene A | 19746263 | 0.80 | 144.00 | W110 |
| | PREPARE AND ELECTRONICALLY FILE NOTICE OF HEARING ON DECEMBER 1, 2009 AT 4:30 P.M. (.8) | | | | |
| 11/27/09 | Shah, Manesh J. | 19730178 | 0.40 | 186.00 | W210 |
| | CONFERENCE WITH R. CASTELLS, J. DAVIS AND C. LOPEZ RE: PLAN SUPPLEMENT AND MOTION TO REDACT INFORMATION FROM SCHEDULES. | | | | |
| 11/28/09 | Strasburger, John B. | 19725446 | 0.20 | 158.00 | W500 |
| | E MAILS WITH A. PEREZ AND T. WOOD REGARDING DISCHARGE LANGUAGE IN PLAN. | | | | |
| 11/28/09 | Perez, Alfredo R. | 19717394 | 0.40 | 360.00 | W500 |
| | VARIOUS COMMUNICATIONS WITH T. WOOD REGARDING LANGUAGE REGARDING BREWER CLAIMS (.4) | | | | |
| 11/28/09 | Lopez, Christopher M | 19750908 | 4.70 | 2,726.00 | W500 |
| | REVIEW AND REVISE THE DRAFT CONFIRMATION ORDER AND THE BRIEF IN SUPPORT OF CONFIRMATION OF THE PLAN. | | | | |
| 11/28/09 | Curro, Matthew L. | 19716825 | 9.00 | 4,185.00 | W500 |
| | DRAFT CONFIRMATION BRIEF. | | | | |
| 11/29/09 | Strasburger, John B. | 19724985 | 0.20 | 158.00 | W520 |
| | E MAILS WITH C. LOPEZ REGARDING ANDERSON COUNTY ISSUES; E MAILS WITH A. PEREZ REGARDING PLAN RELEASE LANGUAGE. | | | | |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|----------------------------|-----------|-------|--------|----------------------------|
| 11/29/09 | Perez, Alfredo R. | 19717089 | 0.70 | 630.00 | W500 |
| | REVIEW COMMENT FROM EPA AND FOLLOW-UP WITH C. LOPEZ AND CLIENT REGARDING SAME (.4), COMMUNICATIONS WITH A. TENENBAUM REGARDING PROPOSED LANGUAGE (.1), COMMUNICATIONS WITH C. LOPEZ REGARDING CONFIRMATION BRIEF (.2) | | | | |
| 11/29/09 | Lopez, Christopher M | 19749257 | 1.50 | 870.00 | W500 |
| | RESEARCH UNDER SECTIONS 1129 AND 1141 OF THE BANKRUPTCY CODE IN CONNECTION WITH THE BRIEF IN SUPPORT OF CONFIRMATION OF THE PLAN. | | | | |
| 11/29/09 | Curro, Matthew L. | 19730842 | 4.30 | 1,999.50 | W500 |
| | REVISE CONFIRMATION BRIEF. | | | | |
| 11/29/09 | Kohli, Sachin | 19740823 | 1.30 | 604.50 | W510 |
| | REVISE PLAN OF CONVERSION; EMAIL CORRESPONDENCE RE: PLAN OF CONVERSION; REVIEW LLC AGREEMENT CIRCULATED BY AKIN GUMP. | | | | |
| 11/30/09 | Strasburger, John B. | 19739494 | 0.40 | 316.00 | W500 |
| | REVIEW E MAILS REGARDING PROPOSED DISCHARGE LANGUAGE (.2); CONFER WITH C. LOPEZ REGARDING DISCHARGE LANGUAGE (.1); E MAILS WITH A. PEREZ AND T. WOOD REGARDING CALL TO DISCUSS DISCHARGE LANGUAGE (.1). | | | | |
| 11/30/09 | Landau, Malcolm E. | 19762291 | 0.60 | 474.00 | W510 |
| | CONFERENCE KOHLI AND RUSSMAN RE IMPLEMENTATION OF PLAN | | | | |
| 11/30/09 | Perez, Alfredo R. | 19730712 | 1.40 | 1,260.00 | W110 |
| | PREPARE FOR AND PARTICIPATE IN 341 MEETING INCLUDING PREPARATION WITH CLIENTS (1.4) | | | | |
| 11/30/09 | Perez, Alfredo R. | 19730713 | 3.20 | 2,880.00 | W500 |
| | CONFERENCE WITH CLIENT REGARDING EVIDENCE FOR THE PLAN CONFIRMATION (1.0), VARIOUS COMMUNICATIONS WITH A. TENENBAUM, CLIENT AND MACQUARIE'S REGARDING RELEASE LANGUAGE (.5), VARIOUS COMMUNICATIONS WITH T. WOOD REGARDING LANGUAGE REQUESTED BY D. BREWER (.3), CONFERENCE CALL D. SWICK REGARDING PLAN ISSUES (.2), PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH M. CHAMBERS REGARDING PLAN STRUCTURING ISSUES (1.0), VARIOUS COMMUNICATIONS WITH J. DAVIS REGARDING RECORD HOLDERS (.2) | | | | |
| 11/30/09 | Rusman, Jared M. | 19748000 | 1.30 | 1,105.00 | W510 |
| | TELEPHONE CONFERENCE WITH AKIN, GUMP, EXPRESS AND WGM CORPORATE AND BANKRUPTCY TEAMS (1.1); REVIEWING LIMITED LIABILITY COMPANY AGREEMENT (.2). | | | | |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/ DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ ACTIVITY CODE |
|---|---|---|---|---|---|
| 11/30/09 | Coffee, Kristina L. | 19749630 | 2.60 | 1,209.00 | W510 |
| | CONFERENCE CALL WITH J. RUSMAN, J. DAVIS, M. CHAMBERS AND THE CLIENT RE: COMMENTS TO LLC AGREEMENT (1.1); REVIEW LLC AGREEMENT (1.0); REVIEW PLAN SUPPLEMENT (.5). | | | | |
| 11/30/09 | Shah, Manesh J. | 19730179 | 3.30 | 1,534.50 | W140 |
| | DRAFT DECLARATION OF D. ANDERSON IN SUPPORT OF MOTION TO REDACT SCHEDULES (3.2); COMMUNICATE WITH A. PEREZ RE: SAME (0.1). | | | | |
| 11/30/09 | Shah, Manesh J. | 19730180 | 2.80 | 1,302.00 | W500 |
| | DRAFT DECLARATION OF D. ANDERSON IN SUPPORT OF PLAN CONFIRMATION. | | | | |
| 11/30/09 | Shah, Manesh J. | 19730183 | 0.30 | 139.50 | W110 |
| | DRAFT WITNESS AND EXHIBIT LIST FOR 12/1 HEARING. | | | | |
| 11/30/09 | Lopez, Christopher M | 19749170 | 5.00 | 2,900.00 | W500 |
| | REVIEW AND REVISE THE DRAFT CONFIRMATION ORDER AND THE BRIEF IN SUPPORT OF CONFIRMATION OF THE PLAN (3.0); REVIEW AND REVISE THE PLAN SUPPLEMENT (2.0). | | | | |
| 11/30/09 | Lopez, Christopher M | 19749185 | 2.00 | 1,160.00 | W110 |
| | PARTICIPATE IN CONFERENCE WITH J. DAVIS AND D. ANDERSON IN CONNECTION WITH THE 341 MEETING OF CREDITORS (1.5); PARTICIPATE IN THE 341 MEETING OF CREDITORS (.5). | | | | |
| 11/30/09 | Swartz, Andrew R. | 19739140 | 2.10 | 1,323.00 | W520 |
| | CORRESPOND WITH J. STRASBURGER REGARDING BREWER LITIGATION (.3); PREPARE DISCOVERY PLAN REGARDING BREWER LITIGATION (1.6); CORRESPOND WITH C. LOPEZ REGARDING DISCOVERY PLAN (.2). | | | | |
| 11/30/09 | Curro, Matthew L. | 19730521 | 2.30 | 1,069.50 | W500 |
| | REVISE CONFIRMATION BRIEF AND RELATED RESEARCH RE: "GIFTING" PLANS. | | | | |
| 11/30/09 | Kohli, Sachin | 19741366 | 2.50 | 1,162.50 | W510 |
| | CONFERENCE CALL RE: LLC AGREEMENT AND LP CONVERSION AGREEMENT; REVIEW LLC AGREEMENT; REVISE LP CONVERSION AGREEMENT. | | | | |
| 11/30/09 | Dougnac, Rachel | 19731353 | 0.60 | 213.00 | W200 |
| | CORRESPONDENCE RE: POST-CLOSING ITEMS | | | | |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|------|------|------|------|------|
| 11/30/09 | Mitchel, Gayle E. | 19745719 | 8.70 | 2,001.00 | W110 |

MONITOR BANKRUPTCY DOCKET, DOWNLOAD NEW FILINGS, UPDATE DATABASE AND INTERNAL DOCKET (.8); PREPARE 3 BINDERS FOR THE SEC. 341 CREDITOR'S COMMITTEE MEETING (5.4); DRAFT AGENDA FOR DECEMBER 1 HEARING AT REQUEST OF M. SHAH AND CREATE AGENDA UPLOAD (.9); REVISE WITNESS & EXHIBIT LIST FOR DECEMBER 1, 2009 HEARING AT REQUEST OF M. SHAH (1.6).

| DATE | TIMEKEEPER/DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK |
|------|------|------|------|------|------|
| 11/30/09 | Jalomo, Chris | 19749700 | 4.00 | 520.00 | W110 |

PREPARE AND REVIEW BINDERS RELATING TO THE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS AS REQUESTED BY C. LOPEZ.

| DATE | TIMEKEEPER | TIME ID # | HOURS | AMOUNT | TASK |
|------|------|------|------|------|------|
| 11/30/09 | Olvera, Rene A | 19743632 | 3.00 | 540.00 | W110 |

PREPARE SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED AND REJECTED, AS REQUESTED BY C. LOPEZ (3.0)

| DATE | TIMEKEEPER | TIME ID # | HOURS | AMOUNT | TASK |
|------|------|------|------|------|------|
| 12/01/09 | Strasburger, John B. | 19766608 | 0.10 | 79.00 | W520 |

CONFER WITH A. SWARTZ REGARDING DISCOVERY ACTION ITEMS.

| DATE | TIMEKEEPER | TIME ID # | HOURS | AMOUNT | TASK |
|------|------|------|------|------|------|
| 12/01/09 | Strasburger, John B. | 19766661 | 0.80 | 632.00 | W320 |

E MAILS WITH A. SWARTZ AND D. ANDERSON REGARDING STATUS OF EMPLOYEES (.2); CONFER WITH A. PEREZ REGARDING PROPOSED DISCHARGE LANGUAGE AND REVIEW SAME (.1); CONFER WITH C. LOPEZ REGARDING STATUS OF PLAN OBJECTIONS AND CASE PROGRESS (.2); REVIEW E MAILS WITH C. LOPEZ AND T. WOOD REGARDING DISCHARGE LANGUAGE AND CONFER WITH C. LOPEZ REGARDING SAME (.3).

| DATE | TIMEKEEPER | TIME ID # | HOURS | AMOUNT | TASK |
|------|------|------|------|------|------|
| 12/01/09 | Landau, Malcolm E. | 19879944 | 0.30 | 237.00 | W510 |

CONFERENCE S. KOHLI RE: CONVERSION AGREEMENTS.

| DATE | TIMEKEEPER | TIME ID # | HOURS | AMOUNT | TASK |
|------|------|------|------|------|------|
| 12/01/09 | Perez, Alfredo R. | 19766445 | 2.20 | 1,980.00 | W140 |

REVIEW AND REVISE D. ANDERSON DECLARATION (.8), PREPARE FOR AND PARTICIPATE IN HEARING REGARDING REDACTION OF THE SCHEDULES AND PREPARATION WITH CLIENT (1.4)

| DATE | TIMEKEEPER | TIME ID # | HOURS | AMOUNT | TASK |
|------|------|------|------|------|------|
| 12/01/09 | Perez, Alfredo R. | 19766446 | 2.60 | 2,340.00 | W500 |

VARIOUS COMMUNICATIONS WITH T. WOOD REGARDING THE RESERVATION LANGUAGE (.4), VARIOUS COMMUNICATIONS WITH INTERNALLY REGARDING PLAN SUPPLEMENT AND PREPARATION FOR THE CONFIRMATION HEARING (.8), COMMUNICATIONS WITH COUNSEL FOR JOHN DEERE REGARDING RETURN OF EQUIPMENT AND FOLLOW-UP COMMUNICATIONS (.5), REVIEW ISSUES RELATED TO THE PLAN SUPPLEMENT (.7), COMMUNICATIONS WITH H. DURAN REGARDING UST LANGUAGE (.2)

| DATE | TIMEKEEPER | TIME ID # | HOURS | AMOUNT | TASK |
|------|------|------|------|------|------|
| 12/01/09 | Shah, Manesh J. | 19836980 | 2.60 | 1,209.00 | W140 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|------|------|------|------|------|
| | REVISE DECLARATION OF D. ANDERSON RE: REDACTING SCHEDULES AND STATEMENTS (0.6); COMMUNICATE WITH A. PEREZ RE: SAME (0.1); COMMUNICATE WITH D. ANDERSON RE: SAME (0.2); DRAFT WITNESS AND EXHIBIT LIST RE: 12/2 HEARING TO REDACT SCHEDULES AND STATEMENTS (0.3); COMMUNICATE WITH A. PEREZ RE: SAME (0.1); COMMUNICATE WITH G. MITCHEL TO FILE SAME (0.1); COMMUNICATE WITH J. HERRIMAN RE: UNREDACTED SCHEDULES (0.2); COMMUNICATE WITH G. MITCHEL AND C. JALOMO RE: PREPARING COPIES OF UNREDACTED SCHEDULES TO FILE UNDER SEAL (0.3): REVIEW COPY OF UNREDACTED SCHEDULES (0.2); ATTEND HEARING RE: REDACTING SCHEDULES AND STATEMENTS (0.5). | | | | |
| 12/01/09 | Shah, Manesh J. | 19837064 | 5.20 | 2,418.00 | W500 |
| | COMMUNICATE WITH S. GIGA RE: SWICK DECLARATION IN SUPPORT OF PLAN CONFIRMATION (0.5); REVIEW MEMORANDUM OF LAW IN SUPPORT OF PLAN CONFIRMATION (0.8); REVIEW PROPOSED ORDER CONFIRMING PLAN (0.6); COMMUNICATE WITH C. KETTER RE: DRAFT OF PROPOSED ORDER CONFIRMING PLAN (0.1); COMMUNICATE WITH J. DAVIS RE: DECLARATION IN SUPPORT OF PLAN (0.2); REVISE DECLARATION OF D. SWICK IN SUPPORT OF CONFIRMATION (1.2); REVISE DECLARATION OF J. DAVIS IN SUPPORT OF CONFIRMATION (1.8). | | | | |
| 12/01/09 | Lopez, Christopher M | 19780709 | 3.90 | 2,262.00 | W500 |
| | REVIEW AND REVISE THE PLAN SUPPLEMENT TO THE EXPRESS PLAN OF REORGANIZATION (3.2); CONFERENCES WITH A. PEREZ REGARDING THE PLAN SUPPLEMENT (.2); CONFERENCES WITH NUMEROUS CREDITORS REGARDING THE EXPRESS CONFIRMATION HEARING (.5). | | | | |
| 12/01/09 | Lopez, Christopher M | 19780710 | 1.30 | 754.00 | W400 |
| | REVIEW AND ANALYZE PROOFS OF CLAIM FILED AGAINST EXPRESS FOR POTENTIAL OMNIBUS OBJECTIONS. | | | | |
| 12/01/09 | Lopez, Christopher M | 19780711 | 0.80 | 464.00 | W200 |
| | REVIEW EXPRESS EXIT FINANCING PROPOSALS. | | | | |
| 12/01/09 | Swartz, Andrew R. | 19781126 | 0.50 | 315.00 | W520 |
| | REVIEW CORRESPONDENCE FROM J. STRASBURGER (.2); CORRESPOND WITH J. DAVIS REGARDING EXPRESS EMPLOYEES (.3). | | | | |
| 12/01/09 | Curro, Matthew L. | 19873939 | 4.10 | 1,906.50 | W500 |
| | REVIEW DECLARATIONS AND REVISE CONFIRMATION BRIEF. | | | | |
| 12/01/09 | Mitchel, Gayle E. | 19774346 | 3.90 | 897.00 | W110 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|------|------|------|------|------|
| | PREPARE WITNESS AND EXHIBIT BINDER MASTER AND COURT COPY (1.6); PREPARE UNREDACTED SCHEDULES BINDERS AND CREATE INDEX FOR SAME, WITH FILE OF UNREDACTED SCHEDULES TO BE FILED UNDER SEAL TO BE SUBMITTED AT HEARING (1.8); PREPARE ADDITIONAL COPIES OF D. ANDERSON DECLARATION FOR SUBMITTAL TO COURT (.5). | | | | |
| 12/01/09 | Jalomo, Chris | 19820795 | 4.50 | 585.00 | W110 |
| | ASSIST WITH THE PREPARATION OF BINDERS FOR DECEMBER 1, 2009 HEARING (3.0); PREPARE UNREDACTED SCHEDULES BINDERS AS REQUESTED BY C. LOPEZ (1.5). | | | | |
| 12/02/09 | Strasburger, John B. | 19767180 | 0.30 | 237.00 | W520 |
| | CONFER WITH C. LOPEZ REGARDING DISCHARGE LANGUAGE, E MAILS WITH A. PEREZ, C. LOPEZ AND T. WOOD REGARDING SAME. | | | | |
| 12/02/09 | Perez, Alfredo R. | 19771269 | 0.40 | 360.00 | W110 |
| | VARIOUS COMMUNICATIONS WITH REGARDING MERIT SETTLEMENT INCLUDING REVIEW OF DRAFT STIPULATION (.4) | | | | |
| 12/02/09 | Perez, Alfredo R. | 19771270 | 2.90 | 2,610.00 | W500 |
| | VARIOUS COMMUNICATIONS WITH T. WOOD AND INTERNALLY REGARDING BREWER RELEASE LANGUAGE (.7), PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL CLIENT REGARDING PLAN SUPPLEMENT (.8), COMMUNICATIONS WITH D. SWICK, T. MATHERNE AND M. SHAH REGARDING EXIT FINANCING AND DECLARATION FOR CONFIRMATION (.3), REVIEW AND REVISE CONFIRMATION ORDER (1.1) | | | | |
| 12/02/09 | Shah, Manesh J. | 19837042 | 3.90 | 1,813.50 | W500 |
| | REVIEW COMPARABLE COMPANY ANALYSIS FOR DAVIS DECLARATION IN SUPPORT OF PLAN CONFIRMATION (0.6); COMMUNICATE WITH T. MATHERNE RE: SAME (0.3); REVIEW AND REVISE DAVIS DECLARATION IN SUPPORT OF PLAN CONFIRMATION (1.8); REVIEW AND REVISE SWICK DECLARATION IN SUPPORT OF PLAN CONFIRMATION (1.2). | | | | |
| 12/02/09 | Lopez, Christopher M | 19780712 | 9.80 | 5,684.00 | W500 |
| | CONFERENCES WITH VARIOUS CREDITORS REGARDING THE EXPRESS CONFIRMATION HEARING (.9); CONFERENCES WITH H. DURAN OF THE US TRUSTEE'S OFFICE REGARDING THE EXPRESS CONFIRMATION HEARING (.1); DRAFT THE EXPRESS CONFIRMATION ORDER (3.0); REVIEW AND DRAFT MESSAGE TO COUNSEL TO BREWER REGARDING THE EXPRESS CONFIRMATION ORDER (.3); REVIEW AND REVISE THE PLAN SUPPLEMENT (1.5); CONFERENCE WITH J. DAVIS REGARDING THE PLAN SUPPLEMENT (.5); RESEARCH UNDER SECTIONS 1123 AND 1129 OF THE BANKRUPTCY CODE IN CONNECTION WITH THE EXPRESS CONFIRMATION HEARING (1.5); PREPARE MEMORANDUM REGARDING CONFIRMATION ISSUES AND OBJECTIONS TO THE CONFIRMATION (2.0). | | | | |
| 12/02/09 | Swartz, Andrew R. | 19781131 | 3.00 | 1,890.00 | W520 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|----------------------------|-----------|-------|--------|---------------------------|
| | CORRESPOND WITH J. STRASBURGER REGARDING BREWER LAWSUIT (.3); PERFORM RESEARCH RELATING TO BREWER LAWSUIT (2.7). | | | | |
| 12/02/09 | Mitchel, Gayle E. | 19774281 | 3.90 | 897.00 | W110 |
| | DRAFT NOTICE OF FILING CLEAN AND BLACK-LINED VERSIONS OF THE PLAN OF CONFIRMATION FOR ATTORNEY APPROVAL (.9); REVISIONS TO SAME (.5); MONITOR BANKRUPTCY DOCKET, DOWNLOAD NEW FILINGS, UPDATE DATABASE AND INTERNAL DOCKET (.4); EMAIL TO GARDEN CITY GROUP RE SERVICE REQUIRED FOR FILINGS TONIGHT (.1); PREPARE AND E-FILE NOTICE OF FILING OF "CLEAN" AND "BLACK-LINED" VERSIONS OF THE DEBTORS' JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE DATED AS OF NOVEMBER 3, 2009, WITH CONFIRMATION OF FILING TO ATTORNEYS (1.4); PREPARE AND E-FILE PLAN SUPPLEMENT IN SUPPORT OF THE DEBTORS' JOINT PLAN OF REORGANIZATION (.6). | | | | |
| 12/02/09 | Jalomo, Chris | 19820796 | 3.00 | 390.00 | W110 |
| | ORGANIZE AND REVIEW DOCUMENTS RELATING TO THE PLAN SUPPLEMENT AS REQUESTED BY C. LOPEZ. | | | | |
| 12/03/09 | Strasburger, John B. | 19792364 | 0.80 | 632.00 | W320 |
| | E MAILS WITH D. ANDERSON REGARDING STATUS AND INFORMATION NEEDED (.3); E MAILS WITH M. CHAMBERS REGARDING STATUS REPORT TO BANKS (.2); E MAILS WITH T. WOOD REGARDING RELEASE LANGUAGE, E MAILS WITH A. PEREZ REGARDING SAME (.3). | | | | |
| 12/03/09 | Strasburger, John B. | 19792493 | 0.30 | 237.00 | W520 |
| | CONFER WITH A. SWARTZ REGARDING DISCOVERY MATTERS AND MULTIPLE E MAILS REGARDING SAME. | | | | |
| 12/03/09 | Perez, Alfredo R. | 19771264 | 1.80 | 1,620.00 | W500 |
| | REVIEW AND REVISE CONFIRMATION BRIEF AND VARIOUS COMMUNICATIONS WITH M. CURRO AND C. LOPEZ REGARDING SAME (1.4), CONFERENCE CALL D. SWICK REGARDING PENDING ISSUES (.2), CONFERENCE CALL C. NAYLOR REGARDING TREATMENT OF FMCC (.2) | | | | |
| 12/03/09 | Shah, Manesh J. | 19837076 | 9.40 | 4,371.00 | W500 |
| | DRAFT AND REVISE THREE DECLARATIONS IN SUPPORT OF PLAN CONFIRMATION (8.7); COMMUNICATE WITH C. LOPEZ RE: SAME (0.3); COMMUNICATE WITH T. MATHERNE RE: SWICK DECLARATION IN SUPPORT OF PLAN (0.1); COMMUNICATE WITH D. SWICK RE: SAME (0.1); COMMUNICATE WITH J. DAVIS RE: DECLARATION IN SUPPORT OF PLAN (0.2). | | | | |
| 12/03/09 | Lopez, Christopher M | 19780714 | 14.50 | 8,410.00 | W500 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/ DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ ACTIVITY CODE |
|------|------|------|------|------|------|
| | REVIEW AND REVISE THE DECLARATIONS OF J. DAVIS, D. ANDERSON, AND D. SWICK IN SUPPORT OF CONFIRMATION OF THE PLAN (2.8); CONFERENCES WITH J. DAVIS AND D. SWICK REGARDING THE DECLARATIONS OF J. DAVIS AND D. SWICK IN SUPPORT OF CONFIRMATION OF THE PLAN (.4); REVIEW EXHIBITS TO THE DECLARATIONS IN SUPPORT OF CONFIRMATION OF THE PLAN (.2); RESEARCH CASE LAW IN THE 5TH CIRCUIT IN CONNECTION WITH THE MEMORANDUM OF LAW IN SUPPORT OF THE PLAN (2.7); REVIEW AND REVISE THE MEMORANDUM OF LAW IN SUPPORT OF THE PLAN (5.4); DRAFT RESPONSE TO THE OBJECTIONS TO THE PLAN (2.0); CONFERENCES WITH VARIOUS TAXING AUTHORITIES REGARDING THE CONFIRMATION OF THE EXPRESS (1.0). | | | | |
| 12/03/09 | Swartz, Andrew R. | 19781133 | 3.60 | 2,268.00 | W520 |
| | CORRESPOND WITH J. STRASBURGER REGARDING BREWER LAWSUIT (.2); CORRESPOND WITH D. ANDERSON REGARDING BREWER LAWSUIT (.3); CONTINUE REVISING DISCOVERY REQUESTS RELATING TO BREWER LAWSUIT (.4); CONTINUE RESEARCH RELATING TO BREWER LAWSUIT (2.7). | | | | |
| 12/03/09 | Curro, Matthew L. | 19873968 | 4.60 | 2,139.00 | W500 |
| | REVISE CONFIRMATION BRIEF PER C. LOPEZ COMMENTS (1.5); ADDITIONAL CASE RESEARCH RE SAME (3.1). | | | | |
| 12/03/09 | Mitchel, Gayle E. | 19774272 | 0.60 | 138.00 | W110 |
| | EMAIL AND CALL FROM E. MASON, GARDEN CITY GROUP, RE SERVICE ON ORDER AUTHORIZING SCHEDULE REDACTION (.1); CONSULT C. LOPEZ RE SAME AND EMAIL E. MASON RE SAME (.1); MONITOR BANKRUPTCY DOCKET, DOWNLOAD NEW FILINGS, UPDATE DATABASE AND INTERNAL DOCKET (.4). | | | | |
| 12/04/09 | Strasburger, John B. | 19775312 | 0.40 | 316.00 | W520 |
| | E MAILS WITH A. SWARTZ REGARDING AMENDED COMPLAINT AND VARIOUS DISCOVERY ISSUES AND FOLLOW UP ON DISCOVERY ISSUES. | | | | |
| 12/04/09 | Perez, Alfredo R. | 19771256 | 2.60 | 2,340.00 | W500 |
| | REVIEW AND REVISE DECLARATIONS AND EXHIBITS IN PREPARATION FOR CONFIRMATION (1.6), VARIOUS COMMUNICATIONS WITH M. SHAH AND C. LOPEZ REGARDING FILINGS (1.0) | | | | |
| 12/04/09 | Shah, Manesh J. | 19837044 | 9.90 | 4,603.50 | W500 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|------|------|------|------|------|
| | REVISE DAVIS DECLARATION IN SUPPORT OF PLAN CONFIRMATION (2.2); CONFERENCE WITH J. DAVIS RE: DECLARATION AND RELATED EXHIBITS (1.5); PREPARE WITNESS AND EXHIBIT LIST FOR CONFIRMATION HEARING (1.5); REVIEW BALLOT CERTIFICATION (0.8); COMMUNICATE WITH D. ANDERSON RE: ANDERSON DECLARATION IN SUPPORT OF PLAN CONFIRMATION (0.3); REVISE ANDERSON DECLARATION IN SUPPORT OF PLAN CONFIRMATION (1.4); COMMUNICATE WITH L. SCHEMBRI RE: COMPARABLE COMPANY ANALYSIS (0.3); REVIEW REVISED COMPARABLE COMPANY ANALYSIS (0.4); COMMUNICATE WITH V. HOANG RE: SOURCES AND USES FLOW CHART (0.4); REVIEW SOURCES AND USES FLOW CHART (0.3); DRAFT REVISED EXHIBIT 5 OF THE PLAN SUPPLEMENT (0.4); COMMUNICATE WITH A. PEREZ RE: SAME (0.1); COMMUNICATE WITH P. LEATHEM RE: SERVICE OF REVISED EXHIBIT 5 TO PLAN SUPPLEMENT (0.3). | | | | |
| 12/04/09 | Lopez, Christopher M | 19780781 | 7.00 | 4,060.00 | W500 |
| | REVIEW AND REVISE THE DECLARATIONS OF J. DAVIS, D. ANDERSON, AND D. SWICK IN SUPPORT OF CONFIRMATION OF THE PLAN (2.5); CONFERENCES WITH J. DAVIS AND D. SWICK REGARDING THE DECLARATIONS OF J. DAVIS AND D. SWICK IN SUPPORT OF CONFIRMATION OF THE PLAN (.5); REVIEW AND REVISE THE MEMORANDUM OF LAW IN SUPPORT OF THE PLAN AND THE CONFIRMATION BRIEF (3.0); CONFERENCES WITH G. MITCHEL AT WGM REGARDING PREPARATION FOR THE CONFIRMATION HEARING (.3); CONFERENCES WITH M. SHAH REGARDING PREPARATION FOR THE CONFIRMATION HEARING (.3); REVIEW THE REVISED EXHIBIT 5 TO THE PLAN SUPPLEMENT (.4). | | | | |
| 12/04/09 | Swartz, Andrew R. | 19781134 | 4.40 | 2,772.00 | W520 |
| | CONTINUE RESEARCH RELATING TO BREWER LAWSUIT (2.1); REVISE DISCOVERY REQUESTS RELATING TO BREWER LAWSUIT (1.3); CORRESPOND WITH COUNSEL FOR D. BREWER (.1); DRAFT MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIMS (.5); CORRESPOND WITH J. STRASBURGER REGARDING BREWER LAWSUIT (.4). | | | | |
| 12/04/09 | Curro, Matthew L. | 19873883 | 1.20 | 558.00 | W500 |
| | REVISE CONFIRMATION BRIEF. | | | | |
| 12/04/09 | Dougnac, Rachel | 19773989 | 0.10 | 35.50 | W500 |
| | CORRESPONDENCE RE: WGM DIP COMMENTS | | | | |
| 12/04/09 | Jalomo, Chris | 19820816 | 7.00 | 910.00 | W110 |
| | REVIEW AND ORGANIZE WITNESS AND EXHIBIT LIST MATERIALS (5.0); PREPARE BINDERS REGARDING SAME (2.0). | | | | |
| 12/04/09 | Olvera, Rene A | 19780554 | 3.90 | 702.00 | W110 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/ DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ ACTIVITY CODE |
|------|------------------------|-----------|-------|--------|---------------------|
| | PREPARE AND ELECTRONICALLY FILE (1) NOTICE OF FILING OF PROPOSED ORDER CONFIRMING THE DEBTORS' JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE; (2) DECLARATION OF JEFFREY S. STEIN OF THE GARDEN CITY GROUP, INC. CERTIFYING THE METHODOLOGY FOR THE TABULATION OF VOTES AND RESULTS OF VOTING WITH RESPECT TO THE DEBTORS' JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE; (3) MEMORANDUM OF LAW IN SUPPORT OF CONFIRMATION OF THE JOINT PLAN OF REORGANIZATION OF EXPRESS ENERGY SERVICES OPERATING, LP, AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE; (4) REVISED EXHIBIT 5 OF THE PLAN SUPPLEMENT IN SUPPORT OF THE DEBTORS' JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE; AND (5) DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING ON DECEMBER 7, 2009 (3.5); PREPARE E-MAIL TO G. MITCHEL ATTACHING VARIOUS PLEADINGS FOR PREPARATION OF AGENDA FOR 12/7/09 HEARING (.4) | | | | |
| 12/05/09 | Strasburger, John B. | 19775422 | 0.20 | 158.00 | W320 |
| | E MAILS WITH A. PEREZ, C. LOPEZ AND T. WOOD REGARDING RELEASE LANGUAGE IN CONFIRMATION PLAN. | | | | |
| 12/05/09 | Perez, Alfredo R. | 19771251 | 0.20 | 180.00 | W500 |
| | REVIEW RESERVATION OF RIGHTS LANGUAGE SENT BY T. WOODS (.2), | | | | |
| 12/05/09 | Mitchel, Gayle E. | 19774354 | 1.90 | 437.00 | W110 |
| | TELEPHONE CONFERENCE WITH M. SHAH AND C. JALOMO (.2); DRAFT DECEMBER 7 AGENDA AND FORWARD TO ATTORNEYS FOR REVIEW (1.7). | | | | |
| 12/05/09 | Mitchel, Gayle E. | 19779821 | 0.50 | 115.00 | W110 |
| | REVISE NOTICE OF AGENDA AND SUBMIT TO ATTORNEYS FOR REVIEW WITH BACK-UP DOCUMENTATION. | | | | |
| 12/06/09 | Strasburger, John B. | 19775298 | 0.20 | 158.00 | W400 |
| | E MAILS WITH A. PEREZ REGARDING CONFIRMATION HEARING AND PLAN RELEASE LANGUAGE. | | | | |
| 12/06/09 | Strasburger, John B. | 19775299 | 0.20 | 158.00 | W520 |
| | E MAILS WITH A. SWARTZ REGARDING DISCOVERY MATTERS IN BREWER DISPUTE. | | | | |
| 12/06/09 | Perez, Alfredo R. | 19773469 | 1.10 | 990.00 | W500 |
| | REVIEW REVISED CONFIRMATION ORDER (.3), CONFERENCE CALL C. LOPEZ AND M. SHAH REGARDING HEARINGS TOMORROW (.3), REVIEW EXHIBITS AND BRIEFING (.5) | | | | |
| 12/06/09 | Perez, Alfredo R. | 19773732 | 0.40 | 360.00 | W200 |
| | REVIEW J. DAVIS COMMUNICATION AND  EXIT FINANCE TERM SHEETS (.4) | | | | |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|------|------|------|------|------|
| 12/06/09 | Shah, Manesh J. | 19837045 | 2.00 | 930.00 | W500 |

REVIEW AND REVISE CONFIRMATION HEARING AGENDA (0.3); COMMUNICATE WITH G. MITCHEL RE: FILING AGENDA (0.2); CONFERENCE WITH A. PEREZ AND C. LOPEZ RE: CONFIRMATION HEARING (0.3); REVIEW WITNESS AND EXHIBIT BINDERS (1.2).

| DATE | TIMEKEEPER/DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ACTIVITY CODE |
|------|------|------|------|------|------|
| 12/06/09 | Lopez, Christopher M | 19780784 | 4.00 | 2,320.00 | W500 |

REVIEW DOCUMENTS AND PREPARE SCRIPTS FOR THE CONFIRMATION HEARING.

| DATE | TIMEKEEPER/DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ACTIVITY CODE |
|------|------|------|------|------|------|
| 12/06/09 | Mitchel, Gayle E. | 19774258 | 1.00 | 230.00 | W110 |

CALL FROM M. SHAH (.1); REVISE DECEMBER 7 AGENDA AND FORWARD TO C. LOPEZ AND M. SHAH FOR REVIEW (.4); PREPARE AND E-FILE DECEMBER 7, 2009 AGENDA WITH CONFIRMATION OF FILING TO ATTORNEYS (.5).

| DATE | TIMEKEEPER/DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ACTIVITY CODE |
|------|------|------|------|------|------|
| 12/06/09 | Jalomo, Chris | 19820659 | 1.00 | 130.00 | W110 |

REVIEW WITNESS & EXHIBIT BINDERS AS REQUESTED BY C. LOPEZ.

| DATE | TIMEKEEPER/DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ACTIVITY CODE |
|------|------|------|------|------|------|
| 12/07/09 | Strasburger, John B. | 19778692 | 3.00 | 2,370.00 | W210 |

MEET WITH CLIENTS AND PREPARE FOR AND ATTEND HEARING ON DISCLOSURE AND CONFIRMATION.

| DATE | TIMEKEEPER/DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ACTIVITY CODE |
|------|------|------|------|------|------|
| 12/07/09 | Strasburger, John B. | 19778698 | 1.50 | 1,185.00 | W520 |

E MAILS WITH A. SWARTZ REGARDING CASE ACTION ITEMS (.2); E MAILS WITH P. SHARP REGARDING AMENDMENT OF PLEADINGS IN BREWER MATTER (.1); FINALIZE AND SEND INITIAL BREWER DISCOVERY DOCUMENTS (1.2).

| DATE | TIMEKEEPER/DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ACTIVITY CODE |
|------|------|------|------|------|------|
| 12/07/09 | Perez, Alfredo R. | 19776250 | 5.00 | 4,500.00 | W500 |

PREPARE FOR AND PARTICIPATE IN CONFIRMATION HEARING INCLUDING WITNESS PREPARATION AND OUTLINE OF PRESENTATION (5.0)

| DATE | TIMEKEEPER/DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ACTIVITY CODE |
|------|------|------|------|------|------|
| 12/07/09 | Shah, Manesh J. | 19836914 | 4.50 | 2,092.50 | W500 |

COMMUNICATE WITH P. LEATHEM RE: CONFIRMATION HEARING (0.4); COMMUNICATE WITH A. PEREZ RE: DIAL-IN FOR CONFIRMATION HEARING (0.2); PREPARE FOR CONFIRMATION HEARING (0.8); ATTEND CONFIRMATION HEARING (1.1); CONFERENCE WITH C. LOPEZ AND J. DAVIS RE: REJECTION OF EXECUTORY CONTRACTS (0.3); REVIEW REVISIONS TO CONFIRMATION ORDER (0.6); DRAFT SECOND REVISED EXHIBIT 5 TO PLAN SUPPLEMENT (0.6); CONFERENCE WITH WGM BANKRUPTCY TEAM, CLIENT, AND ALVAREZ & MARSAL IN PREPARATION FOR CONFIRMATION HEARING (0.5).

| DATE | TIMEKEEPER/DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/ACTIVITY CODE |
|------|------|------|------|------|------|
| 12/07/09 | Lopez, Christopher M | 19780785 | 5.70 | 3,306.00 | W500 |

**ITEMIZED SERVICES - 44294.0004 - CHAPTER 11**

| DATE | TIMEKEEPER/<br>DESCRIPTION | TIME ID # | HOURS | AMOUNT | TASK/<br>ACTIVITY<br>CODE |
|------|---------------------------|-----------|-------|--------|---------------------------|
| | CONFERENCES WITH TAXING AUTHORITIES OBJECTING TO THE PLAN REGARDING THE EXPRESS CONFIRMATION ORDER (.8); REVIEW AND REVISE THE EXPRESS CONFIRMATION ORDER (.7); PARTICIPATE IN STRATEGY AND PREPARATION SESSION WITH A. PEREZ, D. SWICK, T. MATHERNE, AND D. ANDERSON, AND J. DAVIS REGARDING THE EXPRESS CONFIRMATION HEARING (2.5); PARTICIPATE IN THE EXPRESS CONFIRMATION HEARING (1.0); REVIEW AND REVISE THE EXPRESS CONFIRMATION ORDER (.2); CONFERENCES WITH VARIOUS CREDITORS REGARDING THE EXPRESS CONFIRMATION HEARING (.5). | | | | |
| 12/07/09 | Swartz, Andrew R. | 19816118 | 3.80 | 2,394.00 | W520 |
| | CORRESPOND WITH J. STRASBURGER REGARDING BREWER LAWSUIT (.2); CONTINUE REVISING DRAFT AMENDED ANSWER AND COUNTERCLAIMS RELATING TO BREWER LAWSUIT (1.1); CONTINUE REVISING DRAFT DISCOVERY TO BREWER (1.7); CORRESPOND WITH J. STRASBURGER REGARDING BREWER ISSUES (.5); REVIEW CORRESPONDENCE BETWEEN J. STRASBURGER AND P. SHARP REGARDING BREWER LAWSUIT (.3). | | | | |
| 12/07/09 | Curro, Matthew L. | 19874851 | 0.40 | 186.00 | W500 |
| | EMAIL C. LOPEZ INFO RE: CONFIRMATION BRIEF. | | | | |
| 12/07/09 | Mitchel, Gayle E. | 19800171 | 2.50 | 575.00 | W110 |
| | MEET WITH M. SHAH RE: REQUIREMENTS FOR HEARING TODAY (.2); RUN RED LINE OF FILED DISCLOSURE STATEMENT TO SOLICITATION VERSION OF DISCLOSURE STATEMENT AT REQUEST OF M. SHAH AND DUPLICATE FOR HEARING (1.5); PREPARE AND E-FILE NOTICE OF FILING EXHIBIT A AND EXHIBIT B TO THE PROPOSED ORDER CONFIRMING THE DEBTORS' JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE AND EMAIL CONFIRMATION OF FILING TO ATTORNEYS (.8). | | | | |
| 12/07/09 | Jalomo, Chris | 19820808 | 5.00 | 650.00 | W110 |
| | ASSIST IN COLLECTING AND ORGANIZING MATERIALS FOR DECEMBER 7, 2009 HEARING. | | | | |
| 12/07/09 | Olvera, Rene A | 19780618 | 0.50 | 90.00 | W110 |
| | PREPARE MATERIALS FOR CONFIRMATION HEARING (.5) | | | | |

**TOTAL FEES:**  **974.10**  **$490,114.50**

**ITEMIZED DISBURSEMENTS - 44294.0004 - CHAPTER 11**

| DATE | NAME/<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| 11/10/09 | Ganesh, Jennifer N.<br>LOCAL TRANSPORTATION<br>VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20091110; DATE: 11/10/2009  -  NY<br>PETTY CASH 11/10/09. J.GANESH - TAXI HOME, 10/30/09 | 011 | 15505621 | 46.00 |
| 11/10/09 | Perez, Alfredo R.<br>BUSINESS MEALS<br>VENDOR: ALONTI CAFE & CATERING; INVOICE#: 281299; DATE: 10/28/2009  -  LUNCH<br>FOR MEETING ON 10/28/09 | 017 | 15501181 | 56.20 |
| 11/10/09 | Perez, Alfredo R.<br>BUSINESS MEALS<br>VENDOR: ALONTI CAFE & CATERING; INVOICE#: 281349; DATE: 10/28/2009  -  DINNER<br>FOR MEETING ON 10/28/09 | 017 | 15501182 | 20.62 |
| 11/10/09 | Lopez, Christopher M<br>ATTORNEY MEALS<br>VENDOR: BIRRAPORETTI'S; INVOICE#: 4501; DATE: 10/24/2009  -  WEEKEND MEAL ON<br>10/24/09 FOR CHRISTOPHER LOPEZ | 020 | 15502483 | 18.06 |
| 11/10/09 | Shah, Manesh J.<br>ATTORNEY MEALS<br>VENDOR: BIRRAPORETTI'S; INVOICE#: 4501; DATE: 10/24/2009  -  WEEKEND MEAL ON<br>10/24/09 FOR MANESH SHAH | 020 | 15502484 | 18.06 |
| 11/11/09 | Dougnac, Rachel<br>LOCAL TRANSPORTATION<br>VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20091111; DATE: 11/11/2009  -  NY<br>PETTY CASH 11/11/09. RACHEL DOUGNAC - TAXI HOME, 11/10/09 | 011 | 15515885 | 9.50 |
| 11/12/09 | Houston Office, H<br>DUPLICATING (FIRM)<br>2560 PAGES PRINTED IN HOUSTON BETWEEN  11/03/2009 | 024D | 15509848 | 384.00 |
| 11/12/09 | Houston Office, H<br>DUPLICATING (FIRM)<br>688 PAGES PRINTED IN HOUSTON BETWEEN 10/28/2009 TO 11/03/2009 | 024D | 15509850 | 103.20 |
| 11/12/09 | Houston Office, H<br>DUPLICATING (FIRM)<br>19 PAGES SCANNED IN HOUSTON BETWEEN 10/30/2009 TO 10/30/2009 | 024I | 15511674 | 2.85 |
| 11/12/09 | Houston Office, H<br>COLOR COPIES<br>86 PAGES PRINTED IN HOUSTON BETWEEN 10/28/2009 TO 11/03/2009 | 094D | 15509851 | 86.00 |
| 11/12/09 | Houston Office, H | 094D | 15509849 | 325.00 |

**ITEMIZED DISBURSEMENTS - 44294.0004  - CHAPTER 11**

| <u>DATE</u> | <u>NAME/</u><br><u>DESCRIPTION</u> | <u>DISB</u> <u>TYPE</u> | <u>DISB</u> <u>ID#</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| | COLOR COPIES<br>325 PAGES PRINTED IN HOUSTON BETWEEN 11/03/2009 | | | |
| 11/13/09 | Houston Office, H<br>DUPLICATING (FIRM)<br>PHOTOCOPIES MADE IN HOUSTON BETWEEN 11/2/2009 TO 11/8/2009 | 024 | 15516029 | 98.25 |
| 11/13/09 | Houston Office, H<br>DUPLICATING (FIRM)<br>PHOTOCOPIES MADE IN HOUSTON BETWEEN 11/2/2009 TO 11/8/2009 | 024 | 15516030 | 86.70 |
| 11/16/09 | Ganesh, Jennifer N.<br>TRAVEL<br>VENDOR: TOWNE CAR; INVOICE#: 3-94432; DATE: 10/25/2009  -  CAR SERVICE FOR<br>JENNIFER GANESH ON 10/19/09 FROM HOUSTON OFFICE TO IAH | 012 | 15519805 | 60.69 |
| 11/16/09 | Ganesh, Jennifer N.<br>TRAVEL<br>VENDOR: GANESH, JENNIFER N. INVOICE#: CREX0017825711162057 DATE: 11/16/2009<br>TAXI/CAR SERVICE OCT 19, 2009 - CAB - FROM/TO: FROM AIRPORT | 012 | 15520508 | 33.50 |
| 11/16/09 | Lopez, Christopher M<br>ATTORNEY MEALS<br>VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, LLC; INVOICE#: 592932; DATE:<br>11/1/2009  -  MEAL PURCHASES FOR 10/26/09-11/01/09 - AFTER HOURS MEAL ON 10/26/09<br>FOR CHRISTOPHER LOPEZ | 020 | 15520316 | 15.54 |
| 11/16/09 | Lopez, Christopher M<br>ATTORNEY MEALS<br>VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, LLC; INVOICE#: 592932; DATE:<br>11/1/2009  -  MEAL PURCHASES FOR 10/26/09-11/01/09 - AFTER HOURS MEAL ON 10/27/09<br>FOR CHRISTOPHER LOPEZ | 020 | 15520323 | 9.84 |
| 11/16/09 | WGM, Firm<br>DUPLICATING (FIRM)<br>150 PAGES PRINTED IN NEW YORK BETWEEN 11/10/2009 TO 11/13/2009 | 024D | 15518339 | 22.50 |
| 11/17/09 | Ganesh, Jennifer N.<br>TRAVEL<br>VENDOR: GANESH, JENNIFER N. INVOICE#: CREX0017803511172058 DATE: 11/17/2009<br>AIRFARE, DOMESTIC ECONOMY, TICKET:000000000,  OCT 19, 2009 - TRIP TO HOUSTON<br>- TICKET FEE - FROM/TO: LGA | 012 | 15521272 | 50.00 |
| 11/18/09 | Ganesh, Jennifer N.<br>LEXIS/NEXIS COMPUTERIZED RESEARCH (NY)<br>NY LEXIS - GANESH, JENNIFER 10/24/2009 ACCOUNTS: 100248 | 075B | 15522233 | 10.75 |
| 11/19/09 | Curro, Matthew L. | 011 | 15531788 | 54.00 |

ITEMIZED DISBURSEMENTS - 44294.0004 - CHAPTER 11

| DATE | NAME/ DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20091118; DATE: 11/19/2009 - NY PETTY CASH 11/18/09. M.CURRO - TAXIS HOME, 11/13, 11/14, 11/15/09 | | | |
| 11/19/09 | WGM, Firm DUPLICATING (FIRM) PHOTOCOPIES MADE IN NEW YORK BETWEEN 11/9/2009 TO 11/16/2009 | 024 | 15528743 | 0.15 |
| 11/19/09 | Houston Office, H DUPLICATING (FIRM) PHOTOCOPIES MADE IN HOUSTON BETWEEN 11/9/2009 TO 11/16/2009 | 024 | 15528744 | 1.80 |
| 11/19/09 | Houston Office, H DUPLICATING (FIRM) PHOTOCOPIES MADE IN HOUSTON BETWEEN 11/9/2009 TO 11/16/2009 | 024 | 15528745 | 193.50 |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE VENDOR: CSC INVOICE#: 52457405 DATE: 11/12/2009   SECRETARY OF STATE DE REQUESTED BY RACHEL DOUGNAC | 036 | 15533580 | 146.45 |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE VENDOR: CSC INVOICE#: 52458707 DATE: 11/12/2009   SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | 036 | 15533581 | 64.45 |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE VENDOR: CSC INVOICE#: 52458560 DATE: 11/12/2009   SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | 036 | 15533582 | 65.45 |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE VENDOR: CSC INVOICE#: 52456852 DATE: 11/12/2009   COMPTROLLER OF PUBLIC ACCOUNTS TX  REQUESTED BY RACHEL DOUGNAC | 036 | 15533583 | 34.45 |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE VENDOR: CSC INVOICE#: 52458735 DATE: 11/12/2009   SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | 036 | 15533584 | 59.45 |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE VENDOR: CSC INVOICE#: 52456856 DATE: 11/12/2009   COMPTROLLER OF PUBLIC ACCOUNTS TX  REQUESTED BY RACHEL DOUGNAC | 036 | 15533585 | 34.45 |

**ITEMIZED DISBURSEMENTS - 44294.0004 - CHAPTER 11**

| DATE | NAME/ DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE VENDOR: CSC INVOICE#: 52458738 DATE: 11/12/2009  SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | 036 | 15533586 | 64.45 |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE VENDOR: CSC INVOICE#: 52456873 DATE: 11/12/2009  COMPTROLLER OF PUBLIC ACCOUNTS TX  REQUESTED BY RACHEL DOUGNAC | 036 | 15533587 | 34.45 |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE VENDOR: CSC INVOICE#: 52458676 DATE: 11/12/2009  SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | 036 | 15533588 | 64.45 |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE VENDOR: CSC INVOICE#: 52458596 DATE: 11/12/2009  SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | 036 | 15533589 | 65.45 |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE VENDOR: CSC INVOICE#: 52458645 DATE: 11/12/2009  SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | 036 | 15533590 | 65.45 |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE VENDOR: CSC INVOICE#: 52457285 DATE: 11/12/2009  SECRETARY OF STATE DE REQUESTED BY RACHEL DOUGNAC | 036 | 15533591 | 146.45 |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE VENDOR: CSC INVOICE#: 52456866 DATE: 11/12/2009  COMPTROLLER OF PUBLIC ACCOUNTS TX  REQUESTED BY RACHEL DOUGNAC | 036 | 15533592 | 34.45 |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE VENDOR: CSC INVOICE#: 52457416 DATE: 11/12/2009  SECRETARY OF STATE DE REQUESTED BY RACHEL DOUGNAC | 036 | 15533593 | 146.45 |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE | 036 | 15533594 | 59.45 |

**ITEMIZED DISBURSEMENTS - 44294.0004  - CHAPTER 11**

| <u>DATE</u> | <u>NAME/</u><br><u>DESCRIPTION</u> | <u>DISB</u> <u>TYPE</u> | <u>DISB</u> <u>ID#</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| | VENDOR: CSC INVOICE#: 52458700 DATE: 11/12/2009  SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533595 | 146.45 |
| | VENDOR: CSC INVOICE#: 52457339 DATE: 11/12/2009  SECRETARY OF STATE DE REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533596 | 39.45 |
| | VENDOR: CSC INVOICE#: 52456808 DATE: 11/12/2009  COMPTROLLER OF PUBLIC ACCOUNTS TX  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533597 | 34.45 |
| | VENDOR: CSC INVOICE#: 52456811 DATE: 11/12/2009  COMPTROLLER OF PUBLIC ACCOUNTS TX  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533598 | 146.45 |
| | VENDOR: CSC INVOICE#: 52457295 DATE: 11/12/2009  SECRETARY OF STATE DE REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533599 | 34.45 |
| | VENDOR: CSC INVOICE#: 52456850 DATE: 11/12/2009  COMPTROLLER OF PUBLIC ACCOUNTS TX  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533600 | 34.45 |
| | VENDOR: CSC INVOICE#: 52456864 DATE: 11/12/2009  COMPTROLLER OF PUBLIC ACCOUNTS TX  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533601 | 59.45 |
| | VENDOR: CSC INVOICE#: 52458663 DATE: 11/12/2009  SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533602 | 34.45 |
| | VENDOR: CSC INVOICE#: 52456835 DATE: 11/12/2009  COMPTROLLER OF PUBLIC ACCOUNTS TX  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533603 | 34.45 |

**ITEMIZED DISBURSEMENTS - 44294.0004 - CHAPTER 11**

| DATE | NAME/<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| | VENDOR: CSC INVOICE#: 52456878 DATE: 11/12/2009  COMPTROLLER OF PUBLIC ACCOUNTS TX  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533604 | 146.45 |
| | VENDOR: CSC INVOICE#: 52457306 DATE: 11/12/2009  SECRETARY OF STATE DE  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533605 | 34.45 |
| | VENDOR: CSC INVOICE#: 52456859 DATE: 11/12/2009  COMPTROLLER OF PUBLIC ACCOUNTS TX  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533606 | 34.45 |
| | VENDOR: CSC INVOICE#: 52456847 DATE: 11/12/2009  COMPTROLLER OF PUBLIC ACCOUNTS TX  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533607 | 59.45 |
| | VENDOR: CSC INVOICE#: 52458542 DATE: 11/12/2009  SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533608 | 59.45 |
| | VENDOR: CSC INVOICE#: 52458582 DATE: 11/12/2009  SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533609 | 146.45 |
| | VENDOR: CSC INVOICE#: 52457240 DATE: 11/12/2009  SECRETARY OF STATE DE  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533610 | 146.45 |
| | VENDOR: CSC INVOICE#: 52457393 DATE: 11/12/2009  SECRETARY OF STATE DE  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533611 | 34.45 |
| | VENDOR: CSC INVOICE#: 52456829 DATE: 11/12/2009  COMPTROLLER OF PUBLIC ACCOUNTS TX  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533612 | 198.45 |

**ITEMIZED DISBURSEMENTS - 44294.0004 - CHAPTER 11**

| DATE | NAME/ DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| | VENDOR: CSC INVOICE#: 52457398 DATE: 11/12/2009   SECRETARY OF STATE DE REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE | 036 | 15533613 | 59.45 |
| | VENDOR: CSC INVOICE#: 52458783 DATE: 11/12/2009   SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE | 036 | 15533614 | 59.45 |
| | VENDOR: CSC INVOICE#: 52458630 DATE: 11/12/2009   SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE | 036 | 15533615 | 34.45 |
| | VENDOR: CSC INVOICE#: 52456824 DATE: 11/12/2009   COMPTROLLER OF PUBLIC ACCOUNTS TX  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE | 036 | 15533616 | 89.45 |
| | VENDOR: CSC INVOICE#: 52457222 DATE: 11/12/2009   SECRETARY OF STATE DE REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE | 036 | 15533617 | 34.45 |
| | VENDOR: CSC INVOICE#: 52456818 DATE: 11/12/2009   COMPTROLLER OF PUBLIC ACCOUNTS TX  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE | 036 | 15533618 | 69.45 |
| | VENDOR: CSC INVOICE#: 52458785 DATE: 11/12/2009   SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE | 036 | 15533619 | 65.45 |
| | VENDOR: CSC INVOICE#: 52461147 DATE: 11/13/2009   SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE | 036 | 15533620 | 134.30 |
| | VENDOR: CSC INVOICE#: 52461934 DATE: 11/13/2009   SECRETARY OF STATE DE REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE | 036 | 15533621 | 65.45 |

**ITEMIZED DISBURSEMENTS - 44294.0004 - CHAPTER 11**

| <u>DATE</u> | <u>NAME/</u><br><u>DESCRIPTION</u> | <u>DISB</u> <u>TYPE</u> | <u>DISB</u> <u>ID#</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| | VENDOR: CSC INVOICE#: 52461180 DATE: 11/13/2009   SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533622 | 65.45 |
| | VENDOR: CSC INVOICE#: 52461110 DATE: 11/13/2009   SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533623 | 59.45 |
| | VENDOR: CSC INVOICE#: 52461167 DATE: 11/13/2009   SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533624 | 59.45 |
| | VENDOR: CSC INVOICE#: 52461138 DATE: 11/13/2009   SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533625 | 134.30 |
| | VENDOR: CSC INVOICE#: 52461850 DATE: 11/13/2009   SECRETARY OF STATE DE REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533626 | 69.45 |
| | VENDOR: CSC INVOICE#: 52461198 DATE: 11/13/2009   SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533627 | 65.45 |
| | VENDOR: CSC INVOICE#: 52461001 DATE: 11/13/2009   SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533628 | 135.30 |
| | VENDOR: CSC INVOICE#: 52461841 DATE: 11/13/2009   SECRETARY OF STATE DE REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533629 | 64.45 |
| | VENDOR: CSC INVOICE#: 52461120 DATE: 11/13/2009   SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | | | |

**ITEMIZED DISBURSEMENTS - 44294.0004 - CHAPTER 11**

| DATE | NAME/<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE<br>VENDOR: CSC INVOICE#: 52461069 DATE: 11/13/2009   SECRETARY OF STATE,<br>STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL<br>DOUGNAC | 036 | 15533630 | 59.45 |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE<br>VENDOR: CSC INVOICE#: 52461107 DATE: 11/13/2009   SECRETARY OF STATE,<br>STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL<br>DOUGNAC | 036 | 15533631 | 59.45 |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE<br>VENDOR: CSC INVOICE#: 52460988 DATE: 11/13/2009   SECRETARY OF STATE,<br>STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL<br>DOUGNAC | 036 | 15533632 | 59.45 |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE<br>VENDOR: CSC INVOICE#: 52461128 DATE: 11/13/2009   SECRETARY OF STATE,<br>STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL<br>DOUGNAC | 036 | 15533633 | 73.45 |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE<br>VENDOR: CSC INVOICE#: 52461903 DATE: 11/13/2009   SECRETARY OF STATE DE<br>REQUESTED BY RACHEL DOUGNAC | 036 | 15533634 | 130.30 |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE<br>VENDOR: CSC INVOICE#: 52461886 DATE: 11/13/2009   SECRETARY OF STATE DE<br>REQUESTED BY RACHEL DOUGNAC | 036 | 15533635 | 134.30 |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE<br>VENDOR: CSC INVOICE#: 52461940 DATE: 11/13/2009   SECRETARY OF STATE DE<br>REQUESTED BY RACHEL DOUGNAC | 036 | 15533636 | 134.30 |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE<br>VENDOR: CSC INVOICE#: 52461015 DATE: 11/13/2009   SECRETARY OF STATE,<br>STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL<br>DOUGNAC | 036 | 15533637 | 59.45 |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE | 036 | 15533638 | 59.45 |

ITEMIZED DISBURSEMENTS - 44294.0004 - CHAPTER 11

| DATE | NAME/ DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|-------------------|-----------|----------|--------|
| | VENDOR: CSC INVOICE#: 52461195 DATE: 11/13/2009   SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX   REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE | 036 | 15533639 | 140.30 |
| | VENDOR: CSC INVOICE#: 52461921 DATE: 11/13/2009   SECRETARY OF STATE DE REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE | 036 | 15533640 | 134.30 |
| | VENDOR: CSC INVOICE#: 52461859 DATE: 11/13/2009   SECRETARY OF STATE DE REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE | 036 | 15533641 | 65.45 |
| | VENDOR: CSC INVOICE#: 52461074 DATE: 11/13/2009   SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX   REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE | 036 | 15533642 | 134.30 |
| | VENDOR: CSC INVOICE#: 52461872 DATE: 11/13/2009   SECRETARY OF STATE DE REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE | 036 | 15533643 | 40.30 |
| | VENDOR: CSC INVOICE#: 52466247 DATE: 11/16/2009   SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX   REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE | 036 | 15533644 | 40.30 |
| | VENDOR: CSC INVOICE#: 52466312 DATE: 11/16/2009   SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX   REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE | 036 | 15533645 | 40.30 |
| | VENDOR: CSC INVOICE#: 52466259 DATE: 11/16/2009   SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX   REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE | 036 | 15533646 | 40.30 |
| | VENDOR: CSC INVOICE#: 52466269 DATE: 11/16/2009   SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX   REQUESTED BY RACHEL DOUGNAC | | | |

**ITEMIZED DISBURSEMENTS - 44294.0004 - CHAPTER 11**

| <u>DATE</u> | **NAME/**<br>**DESCRIPTION** | **DISB TYPE** | **DISB ID#** | **AMOUNT** |
|---|---|---|---|---|
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE<br>VENDOR: CSC INVOICE#: 52466316 DATE: 11/16/2009   SECRETARY OF STATE,<br>STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL<br>DOUGNAC | 036 | 15533647 | 40.30 |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE<br>VENDOR: CSC INVOICE#: 52466233 DATE: 11/16/2009   SECRETARY OF STATE,<br>STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL<br>DOUGNAC | 036 | 15533648 | 40.30 |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE<br>VENDOR: CSC INVOICE#: 52466332 DATE: 11/16/2009   SECRETARY OF STATE,<br>STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL<br>DOUGNAC | 036 | 15533649 | 40.30 |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE<br>VENDOR: CSC INVOICE#: 52466321 DATE: 11/16/2009   SECRETARY OF STATE,<br>STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL<br>DOUGNAC | 036 | 15533650 | 40.30 |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE<br>VENDOR: CSC INVOICE#: 52466286 DATE: 11/16/2009   SECRETARY OF STATE,<br>STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL<br>DOUGNAC | 036 | 15533651 | 47.55 |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE<br>VENDOR: CSC INVOICE#: 52466350 DATE: 11/16/2009   SECRETARY OF STATE,<br>STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL<br>DOUGNAC | 036 | 15533652 | 40.30 |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE<br>VENDOR: CSC INVOICE#: 52466225 DATE: 11/16/2009   SECRETARY OF STATE,<br>STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL<br>DOUGNAC | 036 | 15533653 | 40.30 |
| 11/19/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE<br>VENDOR: CSC INVOICE#: 52466327 DATE: 11/16/2009   SECRETARY OF STATE,<br>STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL<br>DOUGNAC | 036 | 15533654 | 40.30 |
| 11/19/09 | Urquhart, Douglas R. | 036 | 15533655 | 40.30 |

ITEMIZED DISBURSEMENTS - 44294.0004  - CHAPTER 11

| DATE | NAME/ DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52466364 DATE: 11/16/2009   SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | | | |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE VENDOR: CSC INVOICE#: 52466254 DATE: 11/16/2009   SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | 036 | 15533656 | 40.30 |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE VENDOR: CSC INVOICE#: 52466342 DATE: 11/16/2009   SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | 036 | 15533657 | 40.30 |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE VENDOR: CSC INVOICE#: 52466356 DATE: 11/16/2009   SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | 036 | 15533658 | 40.30 |
| 11/19/09 | Urquhart, Douglas R. CORPORATION SERVICE VENDOR: CSC INVOICE#: 52466241 DATE: 11/16/2009   SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL DOUGNAC | 036 | 15533659 | 40.30 |
| 11/19/09 | Swartz, Andrew R. FILING FEES VENDOR: SWARTZ, ANDREW INVOICE#: CREX0018455411192107 DATE: 11/19/2009 FILING FEES NOV 05, 2009 - FILING FEES FOR NOTICE OF REMOVAL. | 064 | 15532645 | 250.00 |
| 11/20/09 | Lopez, Christopher M BUSINESS MEALS VENDOR: JASON'S DELI; INVOICE#: 2887807; DATE: 10/24/2009  -  BREAKFAST FOR CLIENT MEETING ON 10/24/09 | 017 | 15533739 | 35.18 |
| 11/20/09 | WGM, Firm DUPLICATING (FIRM) 50 PAGES PRINTED IN NEW YORK BETWEEN 11/13/2009 TO 11/20/2009 | 024D | 15536190 | 7.50 |
| 11/23/09 | Perez, Alfredo R. AIR COURIER/EXPRESS MAIL VENDOR: FEDERAL EXPRESS-EDI INVOICE#: 938292830 DATE: 10/30/2009   TRACKING #: 798119253498 SHIPMENT DATE: 20091027 SENDER: ALFREDO PEREZ WEIL GOTSHAL & MANGES, 700 LOUISIANA, HOUSTON, TX 77002 SHIP TO: DOUGLAS PLANTE, RICHARDS KIBBE & ORBE LLP, 1 WORLD FINANCIAL CTR, NEW YORK, NY 10281 | 023X | 15534853 | 11.19 |

**ITEMIZED DISBURSEMENTS - 44294.0004 - CHAPTER 11**

| <u>DATE</u> | <u>NAME/</u><br><u>DESCRIPTION</u> | <u>DISB TYPE</u> | <u>DISB ID#</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 11/24/09 | Shah, Manesh J.<br>LEXIS/NEXIS COMPUTERIZED RESEARCH (TX)<br>HOUSTON LEXIS - SHAH, MANESH 11/06/2009 ACCOUNTS: 100248 | 072B | 15536925 | 39.24 |
| 11/24/09 | Shah, Manesh J.<br>LEXIS/NEXIS COMPUTERIZED RESEARCH (TX)<br>HOUSTON LEXIS - SHAH, MANESH 11/09/2009 ACCOUNTS: 100248 | 072B | 15536926 | 102.69 |
| 11/24/09 | Shah, Manesh J.<br>LEXIS/NEXIS COMPUTERIZED RESEARCH (TX)<br>HOUSTON LEXIS - SHAH, MANESH 11/02/2009 ACCOUNTS: 100248 | 072B | 15536927 | 6.77 |
| 11/24/09 | Lopez, Christopher M<br>WESTLAW-COMPUTERIZED RESEARCH (TX)<br>HOUSTON WESTLAW - LOPEZ,CHRIS 10/31/2009  CONNECT TIME: 0:14:13  DOC/LINE(S): 0  TRANSACTIONS: 0 | 072C | 15537024 | 54.37 |
| 11/24/09 | Lopez, Christopher M<br>WESTLAW-COMPUTERIZED RESEARCH (TX)<br>HOUSTON WESTLAW - LOPEZ,CHRIS 11/05/2009  CONNECT TIME: 1:21:42  DOC/LINE(S): 5  TRANSACTIONS: 0 | 072C | 15537025 | 399.00 |
| 11/24/09 | Swartz, Andrew R.<br>WESTLAW-COMPUTERIZED RESEARCH (TX)<br>HOUSTON WESTLAW - SWARTZ,ANDREW 10/30/2009  CONNECT TIME: 0:15:12  DOC/LINE(S): 0  TRANSACTIONS: 0 | 072C | 15537026 | 121.65 |
| 11/24/09 | Ortiz,  Giana<br>WESTLAW-COMPUTERIZED RESEARCH (TX)<br>HOUSTON WESTLAW - ORTIZ,GIANA 11/12/2009  CONNECT TIME: 0:00:00  DOC/LINE(S): 0  TRANSACTIONS: 2 | 072C | 15537027 | 52.87 |
| 11/25/09 | Dougnac, Rachel<br>LOCAL TRANSPORTATION<br>VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20091123; DATE: 11/25/2009  -  NY PETTY CASH 11/23/09.R.DOUGNAC - TAXIS HOME, 11/11, 11/13, 11/16, 11/17/09 | 011 | 15541172 | 31.10 |
| 11/25/09 | Perez, Alfredo R.<br>BUSINESS MEALS<br>VENDOR: DESSERT GALLERY BAKERY & CAFE; INVOICE#: 983; DATE: 11/17/2009 - LUNCH FOR MEETING ON 11/17/09 | 017 | 15541923 | 188.27 |
| 11/25/09 | Houston Office, H<br>DUPLICATING (FIRM)<br>PHOTOCOPIES MADE IN HOUSTON BETWEEN 11/16/2009 TO 11/23/2009 | 024 | 15540145 | 1.35 |
| 11/25/09 | Houston Office, H | 024 | 15540146 | 583.50 |

**ITEMIZED DISBURSEMENTS - 44294.0004 - CHAPTER 11**

| <u>DATE</u> | <u>NAME/<br>DESCRIPTION</u> | <u>DISB</u> <u>TYPE</u> | <u>DISB</u> <u>ID#</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| | DUPLICATING (FIRM)<br>PHOTOCOPIES MADE IN HOUSTON BETWEEN 11/16/2009 TO 11/23/2009 | | | |
| 11/25/09 | Dallas, Office<br>DUPLICATING (FIRM)<br>PHOTOCOPIES MADE IN DALLAS BETWEEN 11/16/2009 TO 11/23/2009 | 024 | 15540147 | 0.15 |
| 11/25/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE<br>VENDOR: CSC INVOICE#: 52461063 DATE: 11/13/2009   SECRETARY OF STATE,<br>STATUTORY FILINGS DIVISION, CORPORATIONS TX  REQUESTED BY RACHEL<br>DOUGNAC | 036 | 15541915 | 66.45 |
| 11/30/09 | Curro, Matthew L.<br>ATTORNEY MEALS<br>SEAMLESS WEB MEALS FROM MANGIA  ORDERED BY CURRO MATTHEW L ON<br>11/14/09 AT 14:12 | 020A | 15555257 | 24.49 |
| 11/30/09 | Curro, Matthew L.<br>ATTORNEY MEALS<br>SEAMLESS WEB MEALS FROM HARU - SAKE BAR  ORDERED BY CURRO MATTHEW L<br>ON 11/10/09 AT 18:27 | 020A | 15555408 | 32.73 |
| 11/30/09 | Dougnac, Rachel<br>ATTORNEY MEALS<br>SEAMLESS WEB MEALS FROM SERAFINA AT THE TIME HOTEL ORDERED BY<br>DOUGNAC RACHEL ON 11/10/09 AT 18:26 | 020A | 15555410 | 32.18 |
| 11/30/09 | Curro, Matthew L.<br>ATTORNEY MEALS<br>SEAMLESS WEB MEALS FROM CHINA FUN - 2ND AVE ORDERED BY MILLS MARVIN<br>ON 11/11/09 AT 11:13 | 020A | 15555583 | 38.39 |
| 11/30/09 | Dougnac, Rachel<br>ATTORNEY MEALS<br>SEAMLESS WEB MEALS FROM SERAFINA AT THE TIME HOTEL ORDERED BY<br>DOUGNAC RACHEL ON 11/16/09 AT 18:13 | 020A | 15556464 | 32.18 |
| 11/30/09 | Dougnac, Rachel<br>ATTORNEY MEALS<br>11/12/2009  DINNER  RACHEL DOUGNAC  CORPORATE | 020G | 15545044 | 19.94 |
| 11/30/09 | Dougnac, Rachel<br>ATTORNEY MEALS<br>11/11/2009  DINNER  RACHEL DOUGNAC  CORPORATE | 020G | 15545155 | 16.90 |
| 11/30/09 | Dougnac, Rachel<br>ATTORNEY MEALS | 020G | 15545937 | 19.91 |

**ITEMIZED DISBURSEMENTS - 44294.0004 - CHAPTER 11**

| <u>DATE</u> | <u>NAME/</u><br><u>DESCRIPTION</u> | <u>DISB</u> <u>TYPE</u> | <u>DISB</u> <u>ID#</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| | 11/13/2009  DINNER  RACHEL DOUGNAC  CORPORATE | | | |
| 11/30/09 | Swartz, Andrew R.<br>POSTAGE<br>POSTAGE IN HOUSTON 11/06/09 | 022 | 15548793 | 17.60 |
| 11/30/09 | Lopez, Christopher M<br>POSTAGE<br>POSTAGE IN HOUSTON 11/12/09 | 022 | 15549049 | 1.39 |
| 11/30/09 | WGM, Firm<br>DUPLICATING (FIRM)<br>PHOTOCOPIES MADE IN NEW YORK BETWEEN 11/13/2009 TO 11/30/2009 | 024 | 15547188 | 41.70 |
| 11/30/09 | Houston Office, H<br>DUPLICATING (FIRM)<br>PHOTOCOPIES MADE IN HOUSTON BETWEEN 11/13/2009 TO 11/30/2009 | 024 | 15547189 | 0.15 |
| 11/30/09 | Jalomo, Chris<br>COMPUTERIZED RESEARCH -OTHER (TX)<br>HOUSTON PACER SERVICE CENTER CHARGED 10/01/09-10/31/09 | 072 | 15549718 | 2.16 |
| 11/30/09 | Mitchel, Gayle E.<br>COMPUTERIZED RESEARCH -OTHER (TX)<br>HOUSTON PACER SERVICE CENTER CHARGED 10/01/09-10/31/09 | 072 | 15549719 | 18.40 |
| 11/30/09 | Mitchel, Gayle E.<br>COMPUTERIZED RESEARCH -OTHER (TX)<br>HOUSTON PACER SERVICE CENTER CHARGED 10/01/09-10/31/09 | 072 | 15549721 | 0.24 |
| 11/30/09 | Coffee, Kristina L.<br>WESTLAW-COMPUTERIZED RESEARCH (TX)<br>DALLAS WESTLAW - COFFEE,KRISTINA 11/12/2009  CONNECT TIME: 0:00:00<br>DOC/LINE(S): 1  TRANSACTIONS: 5 | 072C | 15553631 | 176.96 |
| 11/30/09 | Coffee, Kristina L.<br>WESTLAW-COMPUTERIZED RESEARCH (TX)<br>DALLAS WESTLAW - COFFEE,KRISTINA 11/11/2009  CONNECT TIME: 0:00:00<br>DOC/LINE(S): 3  TRANSACTIONS: 5 | 072C | 15553632 | 229.19 |
| 12/04/09 | Curro, Matthew L.<br>LOCAL TRANSPORTATION<br>VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20091202; DATE: 12/4/2009  -  NY<br>PETTY CASH 12/02/09. M.CURRO - TAXIS HOME, 11/29, 12/01/09 | 011 | 15562142 | 49.00 |
| 12/04/09 | Houston Office, H<br>DUPLICATING (FIRM)<br>287 PAGES PRINTED IN HOUSTON BETWEEN 11/03/2009 TO 11/30/2009 | 024D | 15563303 | 43.05 |

**ITEMIZED DISBURSEMENTS - 44294.0004 - CHAPTER 11**

| <u>DATE</u> | <u>NAME/</u><br><u>DESCRIPTION</u> | <u>DISB</u> <u>TYPE</u> | <u>DISB</u> <u>ID#</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 12/04/09 | Dallas, Office<br>DUPLICATING (FIRM)<br>36 PAGES PRINTED IN DALLAS BETWEEN 11/24/2009 TO 11/24/2009 | 024D | 15563304 | 5.40 |
| 12/04/09 | WGM, Firm<br>DUPLICATING (FIRM)<br>145 PAGES PRINTED IN NEW YORK BETWEEN 11/17/2009 TO 11/30/2009 | 024D | 15563305 | 21.75 |
| 12/04/09 | FLA, Office<br>DUPLICATING (FIRM)<br>118 PAGES PRINTED IN MIAMI BETWEEN 11/16/2009 TO 11/16/2009 | 024D | 15563306 | 17.70 |
| 12/04/09 | Houston Office, H<br>DUPLICATING (FIRM)<br>3705 PAGES PRINTED IN HOUSTON BETWEEN 11/03/2009 TO 11/30/2009 | 024D | 15563308 | 555.75 |
| 12/04/09 | Dallas, Office<br>DUPLICATING (FIRM)<br>3 PAGES PRINTED IN DALLAS BETWEEN 11/17/2009 TO 11/20/2009 | 024D | 15563309 | 0.45 |
| 12/04/09 | WGM, Firm<br>DUPLICATING (FIRM)<br>13 PAGES SCANNED IN NEW YORK BETWEEN 11/04/2009 TO 11/11/2009 | 024I | 15566065 | 1.95 |
| 12/04/09 | Houston Office, H<br>DUPLICATING (FIRM)<br>199 PAGES SCANNED IN HOUSTON BETWEEN 11/05/2009 TO 11/18/2009 | 024I | 15566066 | 29.85 |
| 12/04/09 | WGM, Firm<br>DUPLICATING (FIRM)<br>85 PAGES SCANNED IN NEW YORK BETWEEN 11/06/2009 TO 11/30/2009 | 024I | 15566067 | 12.75 |
| 12/04/09 | Houston Office, H<br>DUPLICATING (FIRM)<br>71 PAGES SCANNED IN HOUSTON BETWEEN 11/10/2009 TO 11/24/2009 | 024I | 15566068 | 10.65 |
| 12/04/09 | Dallas, Office<br>DUPLICATING (FIRM)<br>33 PAGES SCANNED IN DALLAS BETWEEN 11/10/2009 TO 11/24/2009 | 024I | 15566069 | 4.95 |
| 12/04/09 | Urquhart, Douglas R.<br>CORPORATION SERVICE<br>VENDOR: CSC INVOICE#: 52471318 DATE: 11/18/2009   SECRETARY OF STATE DE<br>REQUESTED BY RACHEL DOUGNAC | 036 | 15567377 | 519.47 |
| 12/04/09 | Urquhart, Douglas R. | 036 | 15567378 | 519.47 |

**ITEMIZED DISBURSEMENTS - 44294.0004  - CHAPTER 11**

| DATE | NAME/ DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|-------------------|-----------|----------|--------|
| | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52471301 DATE: 11/18/2009  SECRETARY OF STATE DE REQUESTED BY RACHEL DOUGNAC | | | |
| 12/04/09 | Urquhart, Douglas R. CORPORATION SERVICE VENDOR: CSC INVOICE#: 52471321 DATE: 11/18/2009  SECRETARY OF STATE DE REQUESTED BY RACHEL DOUGNAC | 036 | 15567379 | 519.47 |
| 12/04/09 | Urquhart, Douglas R. CORPORATION SERVICE VENDOR: CSC INVOICE#: 52471314 DATE: 11/18/2009  SECRETARY OF STATE DE REQUESTED BY RACHEL DOUGNAC | 036 | 15567380 | 519.47 |
| 12/04/09 | Urquhart, Douglas R. CORPORATION SERVICE VENDOR: CSC INVOICE#: 52471338 DATE: 11/18/2009  SECRETARY OF STATE DE REQUESTED BY RACHEL DOUGNAC | 036 | 15567381 | 519.47 |
| 12/04/09 | Urquhart, Douglas R. CORPORATION SERVICE VENDOR: CSC INVOICE#: 52471316 DATE: 11/18/2009  SECRETARY OF STATE DE REQUESTED BY RACHEL DOUGNAC | 036 | 15567382 | 519.47 |
| 12/04/09 | Urquhart, Douglas R. CORPORATION SERVICE VENDOR: CSC INVOICE#: 52471311 DATE: 11/18/2009  SECRETARY OF STATE DE REQUESTED BY RACHEL DOUGNAC | 036 | 15567383 | 519.47 |
| 12/04/09 | Urquhart, Douglas R. CORPORATION SERVICE VENDOR: CSC INVOICE#: 52471328 DATE: 11/18/2009  SECRETARY OF STATE DE REQUESTED BY RACHEL DOUGNAC | 036 | 15567384 | 519.47 |
| 12/04/09 | Houston Office, H COLOR COPIES 145 PAGES PRINTED IN HOUSTON BETWEEN 11/03/2009 TO 11/30/2009 | 094D | 15563307 | 145.00 |
| 12/07/09 | Curro, Matthew L. LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20091204; DATE: 12/7/2009  -  NY PETTY CASH 12/04/09. M.CURRO - TAXIS HOME, 11/29, 11/28/09 | 011 | 15569348 | 29.00 |
| 12/07/09 | Ganesh, Jennifer N. SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 600173 DATE: 11/6/2009   SKYLINE 9009206534 577  GANESH JENNIFER 5277 RIDE DATE: 2009-10-27 FROM: M NEW YORK 767 5 AVE TO: QU  8233 260 ST RIDE TIME: 22:25 | 014B | 15591644 | 56.44 |

## ITEMIZED DISBURSEMENTS - 44294.0004  - CHAPTER 11

| DATE | NAME/<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| 12/08/09 | Perez, Alfredo R.<br>BUSINESS MEALS<br>VENDOR: ALONTI CAFE & CATERING; INVOICE#: 287541; DATE: 11/30/2009  -  LUNCH FOR CLIENT ON 11/30/09 | 017 | 15571294 | 8.77 |
| 12/09/09 | Houston Office, H<br>DUPLICATING (FIRM)<br>PHOTOCOPIES MADE IN HOUSTON BETWEEN 11/30/2009 TO 12/7/2009 | 024 | 15572699 | 1189.20 |
| 12/10/09 | Curro, Matthew L.<br>LOCAL TRANSPORTATION<br>VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20091210; DATE: 12/10/2009  -   NY PETTY CASH 12/10/09. M.CURRO - TAXIS HOME, 11/12, 11/28/09 | 011 | 15575915 | 27.00 |
| 12/14/09 | Swartz, Andrew R.<br>O/S MESSENGER - COURIER & TAXI<br>MACH 5 COURIERS SERVICE ORDER #581284 11/5/2009 1050AM FROM: 700 LOUISIANA 1600 TO: 201 CAROLINE INVOICE #65368 11/30/2009 | 038 | 15579517 | 14.95 |
| 12/14/09 | Swartz, Andrew R.<br>O/S MESSENGER - COURIER & TAXI<br>MACH 5 COURIERS SERVICE ORDER #581287 11/5/2009 1120AM FROM: 201 CAROLINE TO: 700 LOUISIANA 1600 INVOICE #65368 11/30/2009 | 038 | 15579518 | 14.95 |
| 12/15/09 | Mitchel, Gayle E.<br>TAXI SERVICE - SUPPORT STAFF<br>VENDOR: PAUL'S TOWNCAR SERVICE; INVOICE#: 1978; DATE: 11/22/2009  -  CAR SERVICE FOR GAYLE MITCHEL ON 10/26/09 FOR AFTER HOURS WORK | 015 | 15583576 | 105.00 |
| 12/15/09 | Mitchel, Gayle E.<br>TAXI SERVICE - SUPPORT STAFF<br>VENDOR: PAUL'S TOWNCAR SERVICE; INVOICE#: 1978; DATE: 11/22/2009  -  CAR SERVICE FOR GAYLE MITCHEL ON 10/27/09 FOR AFTER HOURS WORK | 015 | 15583578 | 105.00 |
| 12/15/09 | Mitchel, Gayle E.<br>TAXI SERVICE - SUPPORT STAFF<br>VENDOR: PAUL'S TOWNCAR SERVICE; INVOICE#: 1978; DATE: 11/22/2009  -  CAR SERVICE FOR GAYLE MITCHEL ON 10/29/09 FOR AFTER HOURS WORK | 015 | 15583579 | 105.00 |
| 12/15/09 | Mitchel, Gayle E.<br>TAXI SERVICE - SUPPORT STAFF<br>VENDOR: PAUL'S TOWNCAR SERVICE; INVOICE#: 1978; DATE: 11/22/2009  -  CAR SERVICE FOR GAYLE MITCHEL ON 10/30/09 FOR AFTER HOURS WORK | 015 | 15583580 | 105.00 |
| 12/15/09 | Mitchel, Gayle E.<br>TAXI SERVICE - SUPPORT STAFF | 015 | 15583582 | 105.00 |

**ITEMIZED DISBURSEMENTS - 44294.0004  - CHAPTER 11**

| <u>DATE</u> | <u>NAME/</u><br><u>DESCRIPTION</u> | <u>DISB</u> <u>TYPE</u> | <u>DISB</u> <u>ID#</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| | VENDOR: PAUL'S TOWNCAR SERVICE; INVOICE#: 1978; DATE: 11/22/2009  -  CAR<br>SERVICE FOR GAYLE MITCHEL ON 11/02/09 FOR AFTER HOURS WORK | | | |
| 12/15/09 | Mitchel, Gayle E.<br>TAXI SERVICE - SUPPORT STAFF<br>VENDOR: PAUL'S TOWNCAR SERVICE; INVOICE#: 1978; DATE: 11/22/2009  -  CAR<br>SERVICE FOR GAYLE MITCHEL ON 11/03/09 FOR AFTER HOURS WORK | 015 | 15583583 | 105.00 |
| 12/15/09 | Mitchel, Gayle E.<br>TAXI SERVICE - SUPPORT STAFF<br>VENDOR: PAUL'S TOWNCAR SERVICE; INVOICE#: 1978; DATE: 11/22/2009  -  CAR<br>SERVICE FOR GAYLE MITCHEL ON 11/12/09 FOR AFTER HOURS WORK | 015 | 15583585 | 105.00 |
| 12/15/09 | Houston Office, H<br>DUPLICATING (FIRM)<br>PHOTOCOPIES MADE IN HOUSTON BETWEEN 12/7/2009 TO 12/14/2009 | 024 | 15583719 | 7.05 |
| 12/15/09 | Justice, Pauline<br>COMPUTERIZED RESEARCH -OTHER (TX)<br>HOUSTON PACER SERVICE CENTER CHARGED 11/01/09-11/30/09 | 072 | 15587020 | 0.88 |
| 12/15/09 | Scarpa, Ann M<br>COMPUTERIZED RESEARCH -OTHER (TX)<br>HOUSTON PACER SERVICE CENTER CHARGED 11/01/09-11/30/09 | 072 | 15587021 | 1.12 |
| 12/15/09 | Mitchel, Gayle E.<br>COMPUTERIZED RESEARCH -OTHER (TX)<br>HOUSTON PACER SERVICE CENTER CHARGED 11/01/09-11/30/09 | 072 | 15587022 | 31.76 |
| 12/15/09 | Jalomo, Chris<br>COMPUTERIZED RESEARCH -OTHER (TX)<br>HOUSTON PACER SERVICE CENTER CHARGED 11/01/09-11/30/09 | 072 | 15587023 | 0.64 |
| 12/15/09 | Curro, Matthew L.<br>COMPUTERIZED RESEARCH - OTHER (NY)<br>NY PACER SERVICE CENTER CHARGED 11/01/09-11/30/09 | 075 | 15587791 | 7.04 |
| 12/16/09 | Perez, Alfredo R.<br>BUSINESS MEALS<br>VENDOR: ALONTI CAFE & CATERING; INVOICE#: 288904; DATE: 12/7/2009  -  LUNCH<br>FOR MEETING ON 12/07/09 | 017 | 15588135 | 192.00 |
| 12/21/09 | Lopez, Christopher M<br>WESTLAW-COMPUTERIZED RESEARCH (TX)<br>HOUSTON WESTLAW - LOPEZ,CHRIS 11/30/2009  CONNECT TIME: 0:15:58  DOC/LINE(S):<br>0  TRANSACTIONS: 0 | 072C | 15604212 | 60.91 |
| 12/21/09 | Swartz, Andrew R. | 072C | 15604213 | 810.42 |

**ITEMIZED DISBURSEMENTS - 44294.0004  - CHAPTER 11**

| <u>DATE</u> | **NAME/**<br>**<u>DESCRIPTION</u>** | <u>DISB</u> **TYPE** | <u>DISB</u> <u>ID#</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| | WESTLAW-COMPUTERIZED RESEARCH (TX)<br>HOUSTON WESTLAW - SWARTZ,ANDREW 12/02/2009  CONNECT TIME: 1:27:51<br>DOC/LINE(S): 0  TRANSACTIONS: 0 | | | |
| 12/21/09 | Swartz, Andrew R.<br>WESTLAW-COMPUTERIZED RESEARCH (TX)<br>HOUSTON WESTLAW - SWARTZ,ANDREW 11/17/2009  CONNECT TIME: 0:04:47<br>DOC/LINE(S): 0  TRANSACTIONS: 0 | 072C | 15604214 | 18.23 |
| 12/21/09 | Swartz, Andrew R.<br>WESTLAW-COMPUTERIZED RESEARCH (TX)<br>HOUSTON WESTLAW - SWARTZ,ANDREW 12/03/2009  CONNECT TIME: 0:07:12<br>DOC/LINE(S): 0  TRANSACTIONS: 0 | 072C | 15604215 | 27.47 |
| 12/21/09 | Swartz, Andrew R.<br>WESTLAW-COMPUTERIZED RESEARCH (TX)<br>HOUSTON WESTLAW - SWARTZ,ANDREW 11/23/2009  CONNECT TIME: 0:33:51<br>DOC/LINE(S): 0  TRANSACTIONS: 0 | 072C | 15604216 | 339.51 |
| 12/22/09 | Curro, Matthew L.<br>LEXIS/NEXIS COMPUTERIZED RESEARCH (NY)<br>NY LEXIS - CURRO, MATTHEW 12/07/2009 ACCOUNTS: 100248 | 075B | 15605509 | 81.66 |
| 12/22/09 | Curro, Matthew L.<br>LEXIS/NEXIS COMPUTERIZED RESEARCH (NY)<br>NY LEXIS - CURRO, MATTHEW 12/03/2009 ACCOUNTS: 100248 | 075B | 15605510 | 13.61 |
| 12/22/09 | Curro, Matthew L.<br>WESTLAW - COMPUTERIZED RESEARCH (NY)<br>NY WESTLAW - CURRO,MATTHEW 11/29/2009  CONNECT TIME: 0:00:00  DOC/LINE(S): 1<br>TRANSACTIONS: 2 | 075C | 15606914 | 64.02 |
| 12/22/09 | Curro, Matthew L.<br>WESTLAW - COMPUTERIZED RESEARCH (NY)<br>NY WESTLAW - CURRO,MATTHEW 11/28/2009  CONNECT TIME: 0:00:00  DOC/LINE(S): 0<br>TRANSACTIONS: 2 | 075C | 15606915 | 57.49 |
| 12/22/09 | Curro, Matthew L.<br>WESTLAW - COMPUTERIZED RESEARCH (NY)<br>NY WESTLAW - CURRO,MATTHEW 12/03/2009  CONNECT TIME: 0:00:00  DOC/LINE(S): 1<br>TRANSACTIONS: 16 | 075C | 15606916 | 114.76 |
| 12/23/09 | Dougnac, Rachel<br>AIR COURIER/EXPRESS MAIL | 023X | 15612491 | 5.83 |

**ITEMIZED DISBURSEMENTS - 44294.0004 - CHAPTER 11**

| <u>DATE</u> | <u>NAME/</u><br><u>DESCRIPTION</u> | <u>DISB TYPE</u> | <u>DISB ID#</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| | VENDOR: FEDERAL EXPRESS-EDI INVOICE#: 942213243 DATE: 12/4/2009   TRACKING #: 791248537760 SHIPMENT DATE: 20091130 SENDER: RACHEL DOUGNAC WEIL GOTSHAL & MANGES, 767 FIFTH AVENUE, NEW YORK CITY, NY 10153 SHIP TO: DOUGLAS PLANTE, RICHARDS KIBBE & ORBE LLP, 1 WORLD FINANCIAL CTR, NEW YORK, NY 10281 | | | |
| 12/28/09 | Curro, Matthew L.<br>ATTORNEY MEALS<br>SEAMLESS WEB MEALS FROM MANGIA  ORDERED BY CURRO MATTHEW L ON 11/28/09 AT 14:47 | 020A | 15621626 | 24.35 |
| 12/28/09 | Curro, Matthew L.<br>ATTORNEY MEALS<br>SEAMLESS WEB MEALS FROM JUST SALAD (30 ROCKEFELLER CENTER) ORDERED BY CURRO MATTHEW L ON 11/29/09 AT 15:23 | 020A | 15621652 | 16.60 |
| 12/28/09 | Strasburger, John B.<br>POSTAGE<br>POSTAGE IN HOUSTON 12/08/09 | 022 | 15620730 | 1.56 |
| 12/28/09 | Houston Office, H<br>DUPLICATING (FIRM)<br>PHOTOCOPIES MADE IN HOUSTON BETWEEN 12/21/2009 TO 12/28/2009 | 024 | 15618602 | 0.30 |
| 12/29/09 | Curro, Matthew L.<br>ATTORNEY MEALS<br>SEAMLESS WEB MEALS FROM JUST SALAD (30 ROCKEFELLER CENTER) ORDERED BY CURRO MATTHEW L ON 12/01/09 AT 18:56 | 020A | 15623390 | 28.00 |
| 12/29/09 | Curro, Matthew L.<br>ATTORNEY MEALS<br>SEAMLESS WEB MEALS FROM AKDENIZ ORDERED BY MEYER DAMON P ON 11/30/09 AT 20:18 | 020A | 15623646 | 29.68 |
| 12/29/09 | Curro, Matthew L.<br>ATTORNEY MEALS<br>SEAMLESS WEB MEALS FROM ABITINOGÇÖS PIZZA & ITALIAN KITCHEN (50TH/2ND) ORDERED BY ZIGMAN ABIGAIL L ON 12/03/09 AT 19:02 | 020A | 15623768 | 25.79 |
| 12/30/09 | Houston Office, H<br>DOCUMENT SCANNING AND CODING<br>BLOW BACKS IN HOUSTON - NOVEMBER 2009 | 029B | 15628257 | 205.80 |
| 12/30/09 | Houston Office, H<br>DOCUMENT SCANNING AND CODING<br>COLOR BLOW BACKS IN HOUSTON - NOVEMBER 2009 | 029B | 15628477 | 3.00 |
| 12/30/09 | Mayes,  Charlotte | 036 | 15630253 | 8197.17 |

**ITEMIZED DISBURSEMENTS - 44294.0004 - CHAPTER 11**

| DATE | NAME/ DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|-------------------|-----------|----------|--------|
| | CORPORATION SERVICE<br>VENDOR: CT CORPORATION  (POBOX 4349); INVOICE#: 5495760-RI; DATE: 10/19/2009 - D&D TONGS GP, LLP - STATE LIEN SEARCH - ARKANSAS | | | |
| 01/05/10 | Houston Office, H<br>DUPLICATING (FIRM)<br>324 PAGES SCANNED IN HOUSTON BETWEEN 12/02/2009 TO 12/07/2009 | 024I | 15656507 | 48.60 |
| 01/06/10 | Lopez, Christopher M<br>AIR COURIER/EXPRESS MAIL<br>VENDOR: FEDERAL EXPRESS-EDI INVOICE#: 941481276 DATE: 11/27/2009   TRACKING #: 790195105277 SHIPMENT DATE: 20091120 SENDER: CHRIS LOPEZ WEIL GOTSHAL & MANGES, 700 LOUISIANA, HOUSTON, TX 77002 SHIP TO: PATRICK M  LEATHEM, THE GARDEN CITY GROUP, 105 MAXESS RD STE 320, MELVILLE, NY 11747 | 023X | 15637942 | 10.52 |
| 01/07/10 | Mitchel, Gayle E.<br>TAXI SERVICE - SUPPORT STAFF<br>VENDOR: PAUL'S TOWNCAR SERVICE; INVOICE#: 2002; DATE: 12/19/2009 -  CAR SERVICE FOR GAYLE MITCHEL ON 11/23/09 FOR AFTER HOURS WORK | 015 | 15638520 | 105.00 |
| 01/07/10 | Houston Office, H<br>DOCUMENT SCANNING AND CODING<br>SCANS IN HOUSTON - DECEMBER 2009 | 029B | 15638439 | 171.75 |
| 01/08/10 | WGM, Firm<br>DUPLICATING (FIRM)<br>386 PAGES PRINTED IN NEW YORK BETWEEN 12/01/2009 TO 12/07/2009 | 024D | 15644550 | 57.90 |
| 01/08/10 | FLA, Office<br>DUPLICATING (FIRM)<br>15 PAGES PRINTED IN MIAMI BETWEEN 12/03/2009 TO 12/03/2009 | 024D | 15644551 | 2.25 |
| 01/08/10 | Houston Office, H<br>DUPLICATING (FIRM)<br>2308 PAGES PRINTED IN HOUSTON BETWEEN 12/01/2009 TO 12/30/2009 | 024D | 15644553 | 346.20 |
| 01/08/10 | Houston Office, H<br>COLOR COPIES<br>36 PAGES PRINTED IN HOUSTON BETWEEN 12/01/2009 TO 12/30/2009 | 094D | 15644552 | 36.00 |
| 01/20/10 | Curro, Matthew L.<br>LOCAL TRANSPORTATION<br>VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20100119; DATE: 1/20/2010 -  NY PETTY CASH 01/19/10. M.CURRO - TAXIS HOME, 12/03, 12/04/09 | 011 | 15663792 | 28.00 |
| 01/21/10 | Swartz, Andrew R.<br>COMPUTERIZED RESEARCH -OTHER (TX)<br>HOUSTON PACER SERVICE CENTER CHARGED 12/01/09-12/31/09 | 072 | 15668748 | 0.56 |

**ITEMIZED DISBURSEMENTS - 44294.0004  - CHAPTER 11**

| DATE | NAME/ DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|-------------------|-----------|----------|--------|
| 01/21/10 | Mitchel, Gayle E. COMPUTERIZED RESEARCH -OTHER (TX) HOUSTON PACER SERVICE CENTER CHARGED 12/01/09-12/31/09 | 072 | 15668749 | 15.44 |
| 01/21/10 | Jalomo, Chris COMPUTERIZED RESEARCH -OTHER (TX) HOUSTON PACER SERVICE CENTER CHARGED 12/01/09-12/31/09 | 072 | 15668750 | 3.84 |
| 01/21/10 | Olvera, Rene A COMPUTERIZED RESEARCH -OTHER (TX) HOUSTON PACER SERVICE CENTER CHARGED 12/01/09-12/31/09 | 072 | 15668751 | 0.08 |
| 01/26/10 | Curro, Matthew L. LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20100125; DATE: 1/26/2010  -  NY PETTY CASH 01/25/10.M.CURRO - TAXIS HOME, 11/10, 11/14, 11/22/09 | 011 | 15680318 | 40.00 |
| 01/26/10 | Jalomo, Chris LOCAL TRANSPORTATION VENDOR: JALOMO, CHRIS INVOICE#: CREX0016675401261959 DATE: 1/26/2010 MILEAGE OCT 28, 2009 - TRAVEL TO EXPRESS ENERGY SERVICES, INC. 3200 SOUTHWEST FREEWAY TO OBTAIN SIGNATURES FROM THE CLIENT PURSUANT TO THE FILING. - FROM/TO: OFFICE/CLIENT OFFICE | 011 | 15680964 | 7.15 |
| 01/26/10 | Jalomo, Chris TRAVEL VENDOR: JALOMO, CHRIS INVOICE#: CREX0016675401261959 DATE: 1/26/2010 PARKING OCT 28, 2009 - TRAVEL TO EXPRESS ENERGY SERVICES, INC. 3200 SOUTHWEST FREEWAY TO OBTAIN SIGNATURES FROM THE CLIENT PURSUANT TO THE FILING. | 012 | 15680965 | 1.00 |

**TOTAL DISBURSEMENTS:**                                                    **$28,444.11**

## EXHIBIT 5

**Summary of Services by Task Code for Services Rendered by
Weil, Gotshal & Manges LLP on Behalf of the Debtors in Possession
from October 27, 2009 through December 7, 2009**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| W110 | Case Administration | 225.0 | $55,193.00 |
| W120 | WG&M Retention/Billing | 1.9 | $906.50 |
| W130 | Retention/Fee Application: Other Professionals | 1.8 | $837.00 |
| W140 | Schedules/Statements of Financial Affairs/U.S. Trustee Reports | 38.6 | $22,166.00 |
| W200 | Financing/Cash Collateral | 204.7 | $110,470.50 |
| W210 | Business Operations | 86.7 | $53,730.00 |
| W310 | Real Property Leases | 13.8 | $6,255.00 |
| W320 | Automatic Stay/Adequate Protection | 7.2 | $4,633.00 |
| W340 | Employee Benefits Issues | 0.5 | $450.00 |
| W400 | Claims Administration Process | 18.1 | $9,964.00 |
| W500 | Plan of Reorganization Process | 206.3 | $119,068.50 |
| W510 | Plan Implementation | 61.6 | $39,790.50 |
| W520 | Litigation | 107.9 | $66,650.50 |
| **Total** | | **974.10** | **$490,114.50** |

## EXHIBIT 6

### Actual and Necessary Disbursements Incurred by WG&M on Behalf of the Debtors in Possession from October 27, 2009 through December 7, 2009

| EXPENSES | AMOUNTS |
|---|---|
| Local Transportation | $1,217.19 |
| Domestic Travel | $145.19 |
| Professionals/Paraprofessionals O/T Meals | $402.64 |
| Postage | $20.55 |
| Air Courier/Express Mail | $27.54 |
| Duplicating (In House) | $3,883.05 |
| Document Scanning and Coding | $380.55 |
| Corporation Service | $18,130.73 |
| Messenger – Courier & Taxi | $29.90 |
| Filing Fees | $250.00 |
| Computerized Legal Research | $2,863.73 |
| Business Meals | $501.04 |
| Color Copies | $592.00 |
| **Total** | **$28,444.11** |

NOTE:   Except for expenses attributable to in-house postage, document coding and scanning, and photocopying charges, any single expense in excess of $100.00 is supported by a receipt or invoice.  Copies of all the receipts are available upon request.

**<u>EXHIBIT 7</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| In re | § | **Chapter 11** |
| | § | |
| **EXPRESS ENERGY SERVICES** | § | |
| **OPERATING, LP,** *et al.*, | § | **Case No. 09-38044** |
| | § | |
| | § | |
| Reorganized Debtors. | § | **Jointly Administered** |
| | § | |

**CERTIFICATION OF ALFREDO R. PÉREZ FOR FEES AND
DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF THE
FIRST AND FINAL APPLICATION OF WEIL, GOTSHAL & MANGES LLP
AS ATTORNEYS FOR THE DEBTORS, FOR FINAL ALLOWANCE OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED
FROM OCTOBER 27, 2009 THROUGH DECEMBER 7, 2009**

I, Alfredo R. Pérez, hereby certify that:

1.      I am a partner with the applicant firm, Weil, Gotshal & Manges

LLP ("**WG&M**"), and submit this certification with respect to the chapter 11 cases of

Express Energy Services Operating, LP and its affiliated reorganized debtors

(collectively, the "**Reorganized Debtors**" or the "**Debtors**"), in compliance with the

Guidelines for Compensation and Expense Reimbursement of Professionals in the United

States Bankruptcy Court for the Southern District of Texas (the "**Local Guidelines**") and

the Order dated November 17, 2009 authorizing the Debtors to retain WG&M [Docket

No. 122] (the "**WG&M Retention Order**," and together with the Local Guidelines, the

"Guidelines").

2.      In accordance with the Guidelines, this certification is made in

respect of WG&M's First and Final Application, dated February 16, 2010 (the

"**Application**"), seeking (i) the final allowance of compensation for professional services rendered from October 27, 2009 through December 7, 2009 (the "**Compensation Period**") and (ii) reimbursement of its actual and necessary expenses incurred during the Compensation Period.

3. In respect of section I.G of the Local Guidelines, I certify that:

a. I have read the Application;

b. to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines except as specifically noted herein and described in the Application;

c. the fees and disbursements sought are billed at rates in accordance with practices customarily employed by WG&M and generally accepted by WG&M's clients; and

d. in providing a reimbursable service, WG&M does not make a profit on that service, whether the service is performed by WG&M in-house or through a third party, except perhaps with respect to photocopying charges which WG&M is charging $0.15 per page since the actual cost is difficult to determine.  As it relates to computerized research, WG&M charges one-half of the provider's normal billing rate.  WG&M believes that it does not make a profit on that service as a whole, although the cost of any particular search is difficult to ascertain.

Dated: Houston, Texas
February 16, 2010

*/s/ Alfredo R. Pérez*

Alfredo R. Pérez, Esq.
WEIL, GOTSHAL & MANGES LLP
700 Louisiana St., Suite 1600
Houston, TX  77002-2784
Telephone:  (713) 546-5000
Facsimile:   (713) 224-9511

Attorneys for the Debtors in Possession
and the Reorganized Debtors

**EXHIBIT 8**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | § | |
| In re | § | Chapter 11 |
| | § | |
| **EXPRESS ENERGY SERVICES** | § | |
| **OPERATING, LP,** *et al.*, | § | **Case No. 09-38044** |
| | § | |
| | § | |
| **Reorganized Debtors.** | § | **Jointly Administered** |
| | § | |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF
WEIL, GOTSHAL & MANGES LLP, AS ATTORNEYS FOR THE
DEBTORS, FOR FINAL ALLOWANCE OF COMPENSATION
FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES
<u>INCURRED FROM OCTOBER 27, 2009 THROUGH DECEMBER 7, 2009</u>**

**[Related to Docket No. _____]**

Upon the First and Final Application (the "**<u>Final Application</u>**")[1] of Weil,

Gotshal & Manges LLP ("**<u>WG&M</u>**"), as attorneys for Express Energy Services

Operating, LP and its affiliated debtors (collectively, the "**<u>Debtors</u>**") for Final Allowance

of Compensation for Professional Services Rendered and Reimbursement of Actual and

Necessary Expenses Incurred from October 27, 2009 Through December 7, 2009 [Docket

No. _____], as more fully described in the Final Application; and the Court having

jurisdiction to consider the Final Application and the relief requested therein in

accordance with 28 U.S.C. §§ 157 and 1334, the Plan and the Confirmation Order; and

the requested relief in the Application being a core proceeding the Court can determine

pursuant to 28 U.S.C. §157(b); and venue being proper before the Court pursuant to 28

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

U.S.C. §§ 1408 and 1409; and due and proper notice of the Final Application and the

hearing thereon has been given under the circumstances and that no other or further

notice need be provided; and the Court having determined WG&M holds a retainer of

$123,520.27 (the "**Retainer**"); and the Court having determined that the legal and factual

bases set forth in the Final Application establish just cause for the relief granted herein;

and upon all the proceeding had before the Court and after due deliberation and sufficient

cause appearing therefore, it is **ORDERED** that

        1.      The Final Application is **GRANTED** to the extent provided herein.

        2.      WG&M shall be allowed compensation of $490,114.50 in fees for

services rendered and reimbursement of expenses incurred in the amount of $28,444.11

(collectively, the "**Allowed Amount**"), on behalf of the Debtors from October 27, 2009

through December 7, 2009.

        3.      The Debtors are hereby authorized to pay $395,038.34 to WG&M

which represents the Allowed Amount less the Retainer.

        4.      The Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation and/or enforcement of this

Order.

Dated: _____, 2010
      Houston, Texas

                                  _____

                                    HONORABLE JEFF BOHM
                                    UNITED STATES BANKRUPTCY JUDGE